IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

BARRET GREEN 245124
Full name and prison number
of plaintiff(s)

v.

Prison Health Services Inc.

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
) RECEIVED
)
) 2006 NOV 22 A 9:48
)
) DEBRA P. HACKETT
) CIVIL ACTION NO. 2:06CV1052-F
) U.S. DISTRICT COURT
) (To be supplied by Clerk of
) MIDDLE DISTRICT ALA. U.S. District Court)
)
)
)
)
)
)
)
)
)
)
)
)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Ventress Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Prison Health Care Services — Ventress Correctional Facility P.O. Box 767 Clayton, AL. 36016

2. _____

3. Prison Health Care Services — Kilby Correctional Facility P.O. Box 150 Mt. Meigs, AL. 36057

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Between March 06 and Oct 06. Now changed diet; still hurting.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

① GROUND ONE: Not receiving medical treatment for ulcers.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I have sent request slips, sickcall sheets and medical grievance forms to Medical Facility. I got no responses other than appointents that accomplished nothing. Medical Records Reflect complaints.

GROUND TWO: I was mis-diagnosed as having panic attacks and put on psycotropic medications.
SUPPORTING FACTS: Medical Records reflect High B.P. (due to ulcers) Mental Health picked up and mis-diagnosed until I refused to continue medication. I was discharged from mental Health when they realized their mistake.

GROUND THREE: I went to court on July 12th and pled out to a bogus charge because I wasn't thinking straight.
SUPPORTING FACTS: I have filed a motion to withdraw plea. Mental Records reflect dates concurrent. Attempt Assault is no good I abandoned the attempt. And I was assaulted in the first place.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I have B.C. BS. of AL. File order to get to a competent physician. Get a copy of records as evidence. And Financial compensation for ① pain & suffering ② Mental Anguish ③ Illegal Detention

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __Nov. 15th 2006__.
           (Date)

_____
Signature of plaintiff(s)

4