# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

BARRET GREEN

Plaintiff

V.

PRISON HEALTH SERVICES

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

RECEIVED
2006 NOV 22 A 9:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:06CV1052-MEF

I, __Barrett Green__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Ventress Correctional Facility__

    Are you employed at the institution? __yes__   Do you receive any payment from the institution? __no__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Oct. 31st 2005__

    __$1400 per month.__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☐ No
    b. Rent payments, interest or dividends              ☐ Yes    ☐ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
    d. Disability or workers compensation payments       ☐ Yes    ☐ No
    e. Gifts or inheritances                             ☐ Yes    ☐ No
    f. Any other sources                                 ☑ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

$2100 Income Tax Refund
$600 Sold a storage building, car body, and truck body.

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount.  $5

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value.

   94' Ford Aerostar van $500

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

11-15-06                    Barnett, Drew
_____                 _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

2:06cv1052-MEF
RECEIVED
2006 NOV 22 A 9:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Barrett Green 245124 7A27
   Present mailing address: Ventress Correctional Facility
   P.O. Box 767
   Clayton AL. 36016

2. Are you presently employed? Yes ___ No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   Monthly earnings: 0

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Self $1400

   Date last worked: Oct 31 05
   Monthly earnings: 1400

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ___ No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___ No ✓

1

(c) Pensions, annuities, or life insurance payments?  Yes ___  No ✓

(d) Gifts or inheritances?  Yes ___  No ✓

(e) Any other sources?  Yes ✓  No ___

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

$2100 Income tax went to lawyers. Sold a Truck, Storage Building, Carbody for $600

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 5

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?  Yes ✓  No ___

If the answer is "yes," describe the property and state its approximate value:

94' Ford Aerostar van $500

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11·14·06

_Barnett Shee_ (signature)
SIGNATURE OF PLAINTIFF

2

## ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Barnett Duer__ has been incarcerated in this institution since __4-10-06__, __×__, and that he has the sum of $__70.00__ in his prison or jail trust account on this the __15th__ day of __Nov.__, 19 __2006__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | See | $ attached | $ |
| Month 2 |  | $ | $ |
| Month 3 |  | $ | $ |
| Month 4 |  | $ | $ |
| Month 5 |  | $ | $ |
| Month 6 |  | $ | $ |
| Current month (if less than full month) |  | $ | $ |

_____
Signature of Authorized Officer of Institution

__Ventress Corr. Fac.__
Name of Institution

4

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 245124      NAME: GREEN, BARRETT              AS OF: 11/15/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 15 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $6.24 | $60.57 |
| MAY | 31 | $33.91 | $40.00 |
| JUN | 30 | $38.54 | $20.00 |
| JUL | 31 | $29.91 | $275.75 |
| AUG | 31 | $52.58 | $99.00 |
| SEP | 30 | $59.78 | $199.00 |
| OCT | 31 | $3.81 | $60.00 |
| NOV | 15 | $21.39 | $90.00 |