Green

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rachael S_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Rachael Sumner    C. Date of Delivery: 12-18-06 |
| 1.<br>Prison Health Services, Inc.<br>105 Westpark Drive<br>Suite 200<br>Brentwood, TN 37027 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2:06cv1052 (Cmp + order 40 Dep)<br>2. Article Number (Transfer from service label)  7005 1160 0001 2962 1171 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540