IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRETT GREEN (AIS# 245124), | * |
| Plaintiff, | * |
| v. | CIVIL ACTION: 2:06-CV-1052-MEF |
| | * |
| PRISON HEALTH SERVICES, INC. et al. | * |
| Defendants. | * |

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE
SPECIAL REPORT AND ANSWER**

COMES NOW the Defendants, Prison Health Services, Inc., et al., by and through counsel, and respectfully requests that this Honorable Court extend the time period which this Defendant has to file its Answer and Special Report in this action by thirty (30) days, up to and including February 21, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to scheduling conflicts with the Defendants' medical practices and current Counsel's schedule, Counsel has been unable to meet with the Defendants in order to defend their interest in this matter.

2. The Defendants have just received but have not had an opportunity to adequately review the records to viably determine the validity of the Plaintiff's claims.

3. The Defendants will continue to use all efforts to timely file a Special Report by the date designated in this Court's Order, which is tentatively January 22, 2007. However, a

brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

WHEREFORE, all premises considered, the Defendants respectfully requests a thirty (30) day extension within which to file its Special Report and Answer, but will use all efforts to try to comply with the Court's Order scheduled date of January 22, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc., et al.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 18th day of January, 2007, to:

Barrett Green (AIS# 245124)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc., et al.