IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| BARRETT GREEN, #245 124 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-1052-MEF |
| PRISON HEALTH SERVICES, INC. | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 6) is GRANTED; and

2. Defendant is GRANTED an extension from January 22, 2007 to February 21, 2007 to file its answer and written report.

Done, this 19th day of January 2007.

                                                  /s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE