IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARRETT GREEN (AIS# 245124),

  Plaintiff,

v.

PRISON HEALTH SERVICES, INC.
et al.

  Defendants.

  *
  *
  *  CIVIL ACTION: 2:06-CV-1052-MEF
  *
  *
  *

## SPECIAL REPORT OF DEFENDANT
## PRISON HEALTH SERVICES, INC.

COMES NOW the Defendant, Prison Health Services, Inc. ("PHS"), by and through counsel, and in response to the Plaintiff's Complaint and this Court's Order, presents the following special report with regard to this matter.

### I. INTRODUCTION

The plaintiff, Barrett Green (AIS# 245124) is an inmate confined at Ventress Correctional Facility, located near Clayton, Alabama. Green also alleges that constitutional violations occurred at Kilby Correctional Facility at Mt. Meigs, Alabama. On or about November 22, 2006, Green filed a Complaint against PHS, the company that currently contracts with the Alabama Department of Corrections to provide healthcare to inmates confined within the State of Alabama. Green makes extremely vague complaints about medical treatment rising to the level of a constitutional violation. Green complains that despite completing request slips, sick call sheets, and medical grievance forms relating to an ulcer in his abdomen, he has received "no responses other than appointments that accomplish nothing." [Plaintiff's Complaint, p. 3].

In addition, Green claims he was misdiagnosed as having panic attacks and put on psychotropic medications. Finally, a third charge claiming he unwillingly plead guilty to a bogus charge of attempted assault does not assert a claim against this Defendant, whose sole purpose is to provide medical services for prison inmates. Green demands an unspecified amount of compensatory damages in his Complaint.

As directed by this Court, PHS has undertaken a review of plaintiff Green's claim. After conducting its investigation and reviewing the medical chart at issue in this case, PHS is submitting this Special Report supported by the following exhibits:

1.    Certified copy of plaintiff Green's medical records [Exhibit "A"];

2.    Affidavit of John M. Peasant, M.D. [Exhibit "B"]; and

3.    Affidavit of Nettie Burks, H.S.A. [Exhibit "C"].

These evidentiary materials demonstrate that plaintiff Green has failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and that appropriate medical treatment has been provided for Green at all times. Even if the medical records were to somehow demonstrates a claim of medical malpractice (which they do not), that malpractice "does not rise to the level of deliberate indifference" necessary for Green to prove a claim against PHS.

## II.  NARRATIVE SUMMARY OF FACTS

According to his Complaint, Barrett Green has been incarcerated as an inmate at Ventress Correctional Facility in Clayton, Alabama, and Kilby Correctional Facility in Mt. Meigs, Alabama. [Plaintiff's Complaint, p. 2]. According to his medical chart, Green has been treated extensively at the Ventress Correctional Facility, has been seen and evaluated by medical and

nursing staff at that prison, and has been provided wide ranging care in response to unverified health complaints raised by Green. [Exhibit "A"].

Mr. Green was transferred to Ventress Correctional Facility on or about March 8, 2006. [Exhibit "A.1"]. At that time, he was found to be alert and oriented and presented with a normal appearance with no signs of trauma. [Id.]. Green reported no complaints or symptoms to the medical employees at that time and was released into the general population. [Id.].

On March 18, 2006, Green submitted a Sick Call Request complaining of a "hot spot" on his head, which caused side effects which were not described. [Exhibit "A.3"]. Green also complained of panic attacks with tapping on his chest. Medical personnel assessed Green as having intermittent headaches and prescribed a treatment plan for him to follow. [Exhibit "A.4"].

On March 22, Green returned to the medical clinic. He again complained of intermittent headaches and increased blood pressure. PHS employees continued Green on his medications.

Later, in early April 2006, he reported to medical personnel that he was taking medication for high blood pressure and psychiatric disorders. [Exhibit "A.2"]. He did not request that these medications be discontinued.

In late May 2006, Green returned to the clinic and complained of a bloody stool/swollen prostrate, a problem which apparently had been ongoing for about two weeks. An abdominal exam proved normal, but PHS employees did diagnose a mild, internal, hemorrhoid. Assessment notes verify acute prostatitis/hemorrhoid and PHS personnel prescribed Preparation H and Doxycycline for the condition. [Exhibit "A.5"].

Two months later, Green returned to the clinic again complaining of bloody stools and stomach pain. PHS verified rectal bleeding although no evidence was found at that particular

time. In addition, notes verify the diagnosis of a headache with a questionable etiology and that Green was concerned about sexually transmitted diseases. Finally, a previous diagnosis of H-pilori bacteria was noted, a condition verified via a colonoscopy performed on Mr. Green. [Exhibit "A.6"].

Another two months passed before a return visit by Mr. Green to the clinic in mid-September 2006. Green complained of blood in his stool and pain in the prostate area. However, Green refused a medical exam claiming "he knew what his problem was" and simply wanted blood work done. Several days later, nursing notes indicate chest pains which may have been aggravated by food intake, but no mention is made of Green having any further bloody stools or other abdominal concerns.

On November 28, 2006, (six days after he filed his Complaint), Green again returned to the clinic complaining of abdominal pain and bloody stools. Again, Green refused a rectal exam, but did verify that he had not seen blood in his stools for the past thirty (30) days. He was found to be in no acute distress and assessment notes confirm a diagnosis of abdominal pain with questionable etiology with a history of gastro-intestinal bleed.

Finally, on January 2, 2007, Green returned to the clinic complaining about "ulcers." He reiterated his past complaints of abdominal pain and rectal bleeding and stated he currently had hemorroids. Assessment notes discuss a history of ulcers and past complaints of hemorroids, along with positive blood in the stool. PHS employees adopted a plan of noting if and when bloody stools were found for Green to report this condition to the clinic and his treatment plan was continued.

### III. DEFENSES

The Defendant asserts the following defenses to the Plaintiff's claims:

1.      The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.      The Defendant denies each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.      The Defendant pleads not guilty to the charges in the Plaintiff's Complaint.

4.      The Plaintiff's Complaint fails to state a claim against the Defendant for which relief can be granted.

5.      The Defendant affirmatively denies any and all alleged claims by the Plaintiff.

6.      The Plaintiff is not entitled to any relief requested in the Complaint.

7.      The Defendant pleads the defense of qualified immunity and avers that the actions taken by the Defendant was reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.      The Defendant is entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendant has violated any clearly established constitutional right.

9.      The Defendant cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

10.     The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.     The allegations contained in the Plaintiff's Complaint against the Defendant sued in its individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of

Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendant pleads all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendant avers that it was at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendant pleads the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendant would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendant in its official capacity are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendant pleads the defense that at all times in treating Plaintiff it exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendant pleads the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.     The Defendant pleads the affirmative defenses of contributory negligence and assumption of the risk.

21.     The Defendant pleads the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.     The Defendant pleads the affirmative defense that it is not responsible for the policies and procedures of the Alabama Department of Corrections.

23.     The Defendant pleads the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.     The Defendant pleads the affirmative defense that it is not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

25.     The Defendant adopts and asserts all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.     The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.     Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendant who is a state officer entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.     The Defendant asserts that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42

U.S.C. § 1988 to award Defendant reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

**A.    Because Green Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

Congress passed the Prison Litigation Reform Act of 1995 ("PLRA") in order to control frivolous prisoner lawsuits. The Act contains multiple, mandatory provisions that require the dismissal of complaints identical to those asserted by Mr. Green.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. 42 U.S.C. §1997e(h).

Green admits to being incarcerated in his complaint, therefore, he meets the definition of "prisoner" as defined by the PLRA. See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit. The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies. 42 U.S.C. §1997e(a). This provision states the following:

(a)    **Applicability of Administrative Remedies.**
No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility <u>until such administrative remedies as are available are exhausted</u>.  (emphasis added).

(b)    **Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

(c)    **Dismissal**
The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

<div align="center">42 U.S.C. § 1997e(a)</div>

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report.  Before filing suit, the prison/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based.  Failure to strictly follow these procedures requires dismissal of the action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement.  <u>See Zolicoffer v. Scott</u>, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

In this particular case, Green failed to follow available, required administrative procedures that existed within the Ventress Correctional Facility.  [Exhibit "C" – Affidavit of Nettie Burks].  These procedures required Green to seek administrative relief of his claim <u>before seeking court intervention</u> regarding his claim.  His failure to follow these internal procedures

concerning his medical grievances require his claim be dismissed with prejudice.  Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The Woodford case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act.   In Woodford, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System.   Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act.   On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint.   The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is a requirement that administrative remedies be followed prior to litigation ensuing in federal court. Id. At 2387, 2388, 2390, 2392-2393.

Green's case is no different from that outlined in Woodford.   Green must exhaust internal, administrative remedies before seeking redress for his complaints within the legal system.   Adhering to these procedures serves a two-fold interest, (1) it allows Green the opportunity to advise correctional officers or healthcare employees regarding his concerns and (2) it permits internal procedures to address and alleviate concerns raised by prisoners through this process. More importantly, it eliminates frivolous litigation by giving both the prisoner and

the correctional facility the opportunity to be aware of complaints and address them prior to the expense of litigation.

**B.    The Plaintiff has failed to prove that the Defendant acted with deliberate indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Green's medical records reveals that he has been given appropriate medical treatment at all times. [See Exhibits "A" & "B"].

The Plaintiff's Complaint fails to state a claim against the Defendant with the detail and specificity required by the Alabama Medical Liability Act, ALA. CODE § 6-5-551, which provides as follows:

> In any action for injury, damages, or wrongful death, whether in contract or tort, against a health care provider for breach of the standard of care, whether resulting from acts or omissions in providing health care, or the hiring, training, supervision, retention or termination of care givers, the Alabama Medical Liability Act shall govern the parameters of discovery and all aspects of the action. The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be made at least 90 days before trial. Any complaint which fails to include such detailed specification and factual description of each act and omission shall be subject to dismissal for failure to state a claim upon which relief may be granted. Any party shall be prohibited

from conducting discovery with regard to any other act or omission or from introducing at trial evidence of any other act or omission. (emphasis added).

ALA. CODE § 6-5-551.

The Plaintiff's Complaint fails to state a claim against the Defendant because it fails to include a "detailed specification and factual description" of each act and omission alleged by Plaintiff to render the Defendant liable to Plaintiff; in particular, said Complaint fails to include the required statement of "the date, time, and place of the act or acts" of alleged malpractice, as required by the Act. See ALA. CODE § 6-5-551 (emphasis added).

In order to state a cognizable claim under the Eighth Amendment, Green must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Green must allege and prove that he suffered from a serious medical need, that the Defendant was deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." (citations omitted). [Id.].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994),

Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendant may only be liable if it had knowledge of Green's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Green cannot carry his burden.  The evidence submitted with this Special Report clearly shows that the Defendant did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that PHS employees applied the appropriate standard of care to the treatment of Mr. Green. Green complained of abdominal pain. [Exhibit "A"].

The Defendant is, also, entitled to qualified immunity from all claims asserted by Green in this action.  There is no argument that the Defendant was not acting within the scope of its discretionary authority.  See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994).  Because the Defendant has demonstrated that it was acting within the scope of their discretionary authority, the burden shifts to Green to show that the Defendant violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendant's actions can be said to have violated clearly established constitutional rights, Green must show that the right allegedly violated was clearly established in a fact-specific, particularized sense.  Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

13

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendant fair warning that its alleged treatment of Green was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Green must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendant to the fact that its practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendant submits that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Green's constitutional rights. All of Green's medical needs have been addressed or treated. [See Exhibits "A" & "B"]. The Defendant has provided Green with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. <u>CONCLUSION</u>

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law.    The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendant requests that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant Prison Health
Services, Inc.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 21st day of February, 2007, to:

Barrett Green (AIS# 245124)
Ventress Correctional Facility
P. O. Box 767
Clayton, AL  36016

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc.

# EXHIBIT A

# A F F I D A V I T

STATE OF ALABAMA                    )
                                   )
Barbour    COUNTY                  )


I, Dorothy Stanford, hereby certify and affirm that I am a

Medical Records Clerk, at Ventress Correctional; that I am one

of the custodian of records at this institution; that the attached documents are

true, exact, and correct photocopies of certain documents maintained here in

the institutional medical file of one Green, Barrett, AIS# 245124;

and that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at Ventress Correctional; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 4th day of January, 2007.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 4 DAY OF January,
2007.

Charlotte Brown
Notary Public
My Commission Expires: 1/10/2010



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11-28-06_

**To:** _DOC_

**From:** _HCU/CCC_

**Inmate Name:** _Green Barrett_      **ID#:** _248724_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_report to HCU on 2-2617 @ 800 Am to_

_see Dr. Peasant / CCC_

_Barrett Green_

**Date:** _11/28/06_   **MD Signature:** _Peasant / Nhayna_   **Time:** _____

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _____
(Agency)

_____
(Address)

_____

From: _____
(Institution)

_____
(Address)

_____
(Telephone)

Inmate's Name: _____

a/k/a: _____

D.O.B.: _____ SS #: _____

**Person Completing Form**

Name: _____

Signature: _____

Date: _____

---

**MEDICAL PROBLEM(S):**

**TREATMENTS/MEDICATIONS:**

---

| Allergies: | TB Skin Test: | NEG | POS | Date _____ |
|---|---|---|---|---|
| | CXR: | NEG | POS | Date _____ |

| Pregnant: | | | | Test | | Treated | Date |
|---|---|---|---|---|---|---|---|
| | Yes | No | Unknown | RPR: | NEG POS | Yes No | _____ |
| | | | | VDRL: | NEG POS | Yes No | _____ |
| **Other Lab Data:** | | | | GC: | NEG POS | Yes No | _____ |
| | | | | Other: _____ | | Yes No | _____ |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**IDENTIFICATION OF SPECIAL NEEDS**

**NAME (PLEASE PRINT)** Green                Barrell

LAST                    FIRST                    MI

**DATE OF BIRTH** 10-2-72                    SS# 245124

**Housing Recommendations:**

General Population _____ ① Report to HU

Medical Observation Unit _____ for Stool test

Lower Level/Lower Bunk _____ 3 separate times

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____ ② B/p V at 5:00 am

Initiate Universal Precautions _____

for 14 day

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____ Date 9-11-06

Barrett Green

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-3-06

**To:** DOC

FOR PROFESSIONAL
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**From:** HCU/CCC

**Inmate Name:** Green Barrett          **ID#:** 245124

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

report to HCU on 8-10-06 @ 800 Am to

see Dr. Peasant /CCC

Barrett Son

**Date:** 8/3/06  **MD Signature:** Peasant / SManypugu  **Time:** _____

60418

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Green, Barrett_ _245124_
                      LAST         FIRST        MI

DATE OF BIRTH _10-02-72_                SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Hu appt to pee MD on Sept 11, 2006 at 9:00 Am Monday*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _B. L. L. RN_                Date _7-31-06_

_Barrett Green_

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Green, Barrett_

Date of Birth: _10/02/1972_     Social Security No.: _# 245124_

Date: _7/16/06_     Time: _8:40 p_     A.M. / P.M.

This is to certify that I, _Green, Barrett_ (Print Inmate's Name), currently in

custody at the _Ventress_ (Print Facility's Name), am refusing to

accept the following treatment/recommendations: _Scheduled sick call_ (Specify in Detail)

_appt - No Show_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barrett Green_
(Signature of Inmate)**

_F. Foster, cr_
(Witness)

_B Brannon LPN_
(Signature of Medical Person)

_G Johnson LPN_
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

**PHS** PRISON HEALTH SERVICES INCORPORATED

# SEGREGATION HEALTH LOG

Name: Green Barnett    AIS # 245124    Cell 803

Name Key:
NC  No Complaints
C   Complaint (Provide Documentation in Complaint Section)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Year / Month | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials:

60527-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**BLOOD PRESSURE RECORD**

INSTRUCTIONS: _BPV x 7d_

PHYSICIAN: _Rajapati_

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 4/18/06 | 140/96 | L arm | VV |
| 4/19/06 | 130/88 | | |
| 4/20/06 | 138/90 | | |
| 4/21/06 | 148/80 | Lt | |
| 4/22/06 | 140/90 | Lt | |
| 4/23/06 | 140/90 | Lt | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NAME: _Green, Barrett_

LOCATION: _Ventress_





## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _____
(Agency)

_____
(Address)

_____

From: _____
(Institution)

_____
(Address)

( _____ ) _____
(Telephone)

Inmate's Name: _____

a/k/a: _____

D.O.B.: _____ SS #: _____
**Person Completing Form**

Name: _____

Signature: _____

Date: _____

---

**MEDICAL PROBLEM(S):**

**TREATMENTS/MEDICATIONS:**

---

**Allergies:**

| | | | |
|---|---|---|---|
| **TB Skin Test:** | NEG | POS | Date _____ |
| **CXR:** | NEG | POS | Date _____ |

**Pregnant:**
        Yes        No        Unknown

**Other Lab Data:**

| **Test** | | | **Treated** | **Date** |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes  No | _____ |
| VDRL: | NEG | POS | Yes  No | _____ |
| GC: | NEG | POS | Yes  No | _____ |
| Other: | _____ | | Yes  No | |

60109 (4/87)

WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5·5·06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**To:** DOC

**From:** HCU/CCC

**Inmate Name:** Green, Barrett          **ID#:** 245124

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____until_____

5.  Other _____

**Comments:**

report to HCU on 5-11-06 @ 800 AM to see

Dr. Rayapati / CCC

Barrett Green

**Date:** 5/5/06    **MD Signature:** Rayapati    **Time:** _____

60418



PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4-16-06

**To:** Ventress C.F.

**From:** Healthcare Unit

**Inmate Name:** Green, Barrett    **ID#:** 245124

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until_____

5. Other _____ B/p ✓ daily (a 1030pm

**Comments:**

4/17 —                 4/21 —

4/18 —                 4/22 —

4/19 —                 4/23 —

4/20 —

**Date:** 4/16/06  **MD Signature:** 40 Dr. Rayapati    **Time:** 2030

Barrett Dan

60418

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

N610

ALABAMA DEPARTMENT OF CORRECTIONS

### RECEIVING SCREENING FORM

Inmate's Name: Green, Barrett W/245124    Date: 4-10-06    Time: 9:00 AM

DOB: 10-2-72    Officer: REYNOLDS    Institution: VCF

*Receiving Officer's Visual Opinion*                                    Yes    No

1. Is the inmate conscious? — ✓ Yes

2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? — ✓ No

3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? — ✓ No

4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? — ✓ No

5. Is the skin in poor condition or show signs of vermin or rashes? — ✓ No

6. Does the inmate appear to be under the influence of alcohol or drugs? — ✓ No

7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) — ✓ No

8. Is the inmate making any verbal threats to staff or other inmates? — ✓ No

9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? — ✓ Yes

10. Does the inmate have any obvious physical handicaps? — ✓ No

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? — ✓ Yes

12. Are you on any special diet prescribed by a physician? (if YES, what type?) — ✓ No

13. Do you have a history of venereal disease or abnormal discharge? — ✓ No

14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? — ✓ No

5. Have you ever attempted suicide? — ✓ No

(If YES, When? _____    How? _____

Do you want to do any harm to yourself now? — ✓ No

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Green, Barrett_

LAST               FIRST            MI

DATE OF BIRTH _10-2-72_    SS# _245124_

**Housing Recommendations:**

*10:30 p m*

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*B/p √ twice weekly x 4 weeks. Report on Mondays & Thursdays @ Treatment Call 4/10/06 → 5/10/06*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _T. Stall, Lpn_    Date _4-10-06_

_Barrett Green 245124_



**PRISON HEALTH SERVICES INCORPORATED**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | ✓ |
| TB TEST CURRENT | ✓ | ___ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | ✓ |

3-10-06
0mm

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _T. Starks, Lpn_  DATE: _4-10-06_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X _Barett Green_  DATE: _245124_

EXPIRATION DATE: _3-10-07_

| INMATE NAME (LAST, FIRST, MIDDLE) Green, Barrett | DOC# #245124 | DOB 10/2/72 | Race/Sex W/M | FAC. UCF |
|---|---|---|---|---|

PHS-MD-70042    (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

# VENTRESS CORRECTIONAL FACILITY

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# VERIFICATION OF ACCESS TO HEALTHCARE

THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS.  I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.

X _Canett Sheen_____
SIGNATURE

_245124_____
AIS NUMBER

_T. Stall, Lpn_____
WITNESS

_4-10-06_____
DATE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Date:** 3-19-06

**To:** DOC

**From:** A. Brown, R.N

**Inmate Name:** Green, Barrett        **ID#:** 245124

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Blood pressure check Mon and Wed

X4 Months    Come to ww At 0500Am

for B/P checks

_____

**Date:** 3-19-06    **MD Signature:** Angela Brown RN    **Time:** 1200 Am

60418

## ACTIVITY ASSESSMENT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**INSTRUCTIONS:** Each time the Overall Activity Plan is updated, proceed as follows:

1- Enter the name of activity, frequency and start date. Place your initials in the un-shaded boxes labeled "staff initials".
2- At the end of the week (SU), quarter (RTU) or at the end of the groups, indicate the date evaluated, % of participation, and place a √ in each un-shaded box indicating the inmates' participation level in activities. (% OF PARTICIPATION = NUMBER OF GROUPS INMATE ATTENDED ÷ # OF GROUPS OFFERED × 100)
3- Repeat the process weekly (SU), each quarter (RTU), when additional groups are offered and whenever there is a significant change in the inmates' condition.
4- All Activity Technicians documenting on this form should sign their name in the boxes indicated at the bottom of this page and initial in the un-shaded boxes on the right.

## GROUP ACTIVITIES:

| Activity | Frequency | Date | % of participation | Chooses not to participate | Attends activities independently | Requires reminding to attend activities | Is an active participant | Is a passive participant | Behavior in activities is appropriate | Prefers to be alone | Initiates conversations | Rarely initiates conversations | Enjoys large groups | Enjoys small groups | Staff Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coping Skills | 1 X / Week | 3/21/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | √ | | √ | | | | | | (AL) |
| Reality Orientation | 1 X / Week | 3/22/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | | | √ | | | | √ | | (B.) |
| Basic Living Skills | 1 X / Week | 3/23/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | | | √ | | √ | | | | (AL) |
| Leisure Activities | 1 X / Week | 3/24/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | | | √ | | | | √ | | (B) |
| Current Events | 1 X / Week | 3/27/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | √ | | √ | | √ | | √ | | (B) |
| Coping Skills | 1 X / Week | 3/28/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | √ | | √ | | √ | | √ | | (B) |
| Reality Orientation | 1 X / Week | 3/29/06 | | | | | | | | | | | | | |
| | Evaluation | | 100 | | √ | | √ | | √ | | | | | | (AL) |
| Basic Living Skills | 1 X / Week | 3/30/06 | | | | | | | | | | | | | |
| | Evaluation | | | | | | | | | | | | | | |
| Leisure Activities | 1 X / Week | 3/31/06 | | | | | | | | | | | | | |
| | Evaluation | | | | | | | | | | | | | | |

Notes:

| Activity Therapist Signature and Initial | Andrew D. Lore, BA (AL) | Peter Jord (B) | |
|---|---|---|---|

| INMATE NAME-Last | First | Middle | AIS # | Facility | Location |
|---|---|---|---|---|---|
| Green, | Barrett | | 245124 | Kilby | (SU) or RTU |

MENTAL HEALTH SU/RT~    CONFIDENTIAL
INITIAL ACTIVITY ASSESSMENT NOT TO BE PHOTO COPIED

## MENTAL HEALTH PROBLEMS IDENTIFIED

Problem I   Experiencing depressed mood due to incarceration and seperation from family
Problem II  Experiencing recurrent symptoms of panic disorder and fear of losing control
Problem III of his life, chest pain and shortness of breath.
Problem IV  _____
Problem V   _____

## HEALTH INFORMATION

Do you have any health problems which would prevent you from participating in activities? *No*  If so, what are
they? _____

## ACTIVITY PURSUIT PATTERNS (P – Past interest; C – Current interest; N – No Interest)

| P | C | N | ACTIVITY | P | C | N | ACTIVITY | P | C | N | ACTIVITY |
|---|---|---|----------|---|---|---|----------|---|---|---|----------|
|   | ✓ |   | Cards |   |   | ✓ | Spiritual/religious activities |   |   |   | Hobbies |
|   | ✓ |   | Games |   | ✓ |   | Walking outdoors |   |   |   | Radio |
|   | ✓ |   | Crafts/arts |   | ✓ |   | Groups/organizations | ✓ |   |   | Writing |
|   | ✓ |   | Exercise |   | ✓ |   | Watching movies |   |   | ✓ | Watching TV |
|   | ✓ |   | Sports |   |   | ✓ | Gardening/plants |   |   |   | Other: |
|   | ✓ |   | Music |   | ✓ |   | Talking/Conversing |   |   |   | Other: |
|   | ✓ |   | Reading |   | ✓ |   | Helping others/ volunteer work |   |   |   | Other: |

Do you prefer activities done:   ☐ Alone   ☑ In small groups   ☐ In large groups

## COMMUNICATION AND COGNITIVE PATTERNS

Oriented to:   ☑ Person   ☑ Place   ☑ Time   ☑ Situation   ☑ Object

## ATTITUDE (PSYCHOSOCIAL WELL-BEING)

Attitude:  ☑ Cooperative  ☐ Cheerful  ☐ Motivated  ☐ Depressed  ☐ Uncooperative  ☐ Withdrawn

Attitude toward activities in general:  ☑ Interested  ☐ Disinterested

## TREATMENT RECOMMENDATIONS

| Activity: | Frequency: | Start Date: |
|-----------|-----------|-------------|
| Current Events | 1x weekly | 3/27/06 |
| Coping Skills | 1x weekly | 3/21/06 |
| Reality Orientation | 1x weekly | 3/22/06 |
| Basic Living Skills | 1x weekly | 3/23/06 |
| Leisure Activity | 1x weekly | 3/24/06 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Activity Therapist Signature  *Andrew D. Love, D.D*   Date 3/21/06   Time 9:00 am

INMATE NAME-Last  *Green*   First  *Barrett*   MI ____   AIS # 245124

FED READ ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# RECEIVING SCREENING FORM

INMATE'S NAME: _Green, Barrett_    DATE: _3/8/06_ TIME: _7:30A_

DOB: _10-2-72_   OFFICER: _Cole_    INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ___✗___ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Cole_
_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

| DATE: 7/2/06 | TIME: | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
|---|---|---|---|---|
| Target Symptoms | | | | |
| | Anxiety | | | 0 / 0 |
| | Depression | | | 0 / 0 |
| | Low energy | | | 0 / 0 |
| | Feelings of hopelessness | | | 0 / 0 |
| | Poor sleep | | | 0 / 0 |

Medications: Prozac / Benadryl  D/C'd as of 7/31/06. I'm doing well clinically

Compliance: ___ Inmate report ___ % vs MAR ___ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

S & I am doing just fine without taking any medicines for about three months now. My mood is good. I am not depressed anymore. Reports of other s/s of mood/anxiety or thoughts or thoughts to hurt himself or anyone else. Has no other concerns. Alex 3- Good eye contact. Mood: euthymic, affect appropriate. ⊘ST ⊘HI ⊘HA, ⊘delusions ⊘paranoia ⊘s/s of depression noted at this time. Thought Process logical, ⊘loose association noted.

Side effects: 0

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ⊘ST ⊘HI ⊘HA, ⊘delusions ⊘paranoia |
| Serious Depression | ✓ | | ⊘s/s of depression noted at this time |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted / at present time |
| Situational Upset | ✓ | | None noted / |

Lab info: None at this time from mental health.    Lab Ordered:    Labs Reviewed:    AIMS?:

ASSESSMENT/Diagnosis (DSM-IV)
Major Depression
(in remission)

PLAN: I'm clinically stable. He has been doing well without being on any psychotropic meds, since 7/31/06. Exhibits ⊘ s/s or signs of mental illness at present. Discussed to ___ to change his meds. code to 2 MH2c at this time.

Return to Clinic: RTC PRN    Printed Last Name: DR. BANERJEE    Signature: Banerjee MD

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Green Barrett | 215124 | | M/W | MH2c | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623, 615
ADOC Form MH-025  March 2, 2005

Discussed Tx plan ē pt. He understands and agrees ē Tx plan - RTC on PRN basis at this time.

ALABAMA DEPARTMENT OF CORRECT...
MENTAL HEALTH SERVICES FOR PROFESSIONAL USE ONLY
PSYCHIATRIC PROGRESS NOTES **CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

| DATE: 7/31/06 | TIME: | Behavioral Rating Scale 0=No problem 5= worst | |
|---|---|---|---|
| Target Symptoms | | | Today vs Before |
| Anxiety | | | 0 / 0-1 |
| Depression | | | 0 / 1-2 |
| Low energy | | | 0 / 1-2 |
| Feelings of hopelessness | | | 0 / 1-2 |
| Poor sleep | | | 0 / 1-2 |
| Medications: D/C'd Prozac / Benadryl a dose 7/31/06 | | | Informed Consent |
| Compliance: Inmate report 90% % vs MAR 90% % | | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** — "I am okay. I don't want to take no medicines anymore. I don't feel good when I take medicines. I go home soon."

Side effects:

**O** — I am not taking medicines anymore. I am good. I feel a whole lot better when I don't take medicines. My mood is good. I am not depressed.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ SI, ∅ HI, ∅ HA ∅ delusions ∅ paranoia |
| Serious Depression | ✓ | | ∅ sx's of depression noted at this time |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted — at present time |
| Situational Upset | ✓ | | None noted |

| Lab info: None at this time | Labs Ordered: | Labs Reviewed: from mental health | AIMS?: |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)

Major Depression
(in remission)

PLAN: I'm clinically stable. Refusing all psychotropic meds at present time. Exhibits ∅ sx's of sign of mental illness at present will
D/C Prozac & D/C Benadryl. Will be followed
RTC 90 days     Print Last Name: DR BANERJEE    Sign: [signature]

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution: |
|---|---|---|---|---|---|
| Gwin Barritt | 215129 | | W/M | MH-1 | Ventress |

Disposition: Medical File

∓ counseling RTC in 90 days
for follow up. Discussed Tx plan[?] pt
He understands and agrees ē Tx plan.
Continue care.

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

*(right margin notes:)* 2 Reports of other sx's of mood, anxiety or thought d/o

∅ thought to hurt himself or anyone else

Voices no other concerns

Alert × 3
Good eye contact.

Mood: euthymic
Affect: Appropriate

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Green Barrett

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

AIS #: _____ LOCATION: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Prozac | 20mg | | |
| Benadryl | 25mg | | |
| Inderal | 20mg | | |

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation:

S- The medicine is causing me to have some
thought to do harm to myself but when I stop taking it
I stop having them

Reported by: _____ J. Harris RN _____ Date: 07-24-2006

**MENTAL HEALTH NURSE FOLLOW-UP:**

O- Alert to surroundings c̄ no complaints @ present
denies harm to self/others today.

A- Non-Compliance: Prepared Problems c̄ Meds

P- Schedule to ē Dr. Banerjee for Medication re-evaluation

Follow-Up by: _____ J. Harris RN _____ Date: 07-24-06

**PSYCHIATRIC REVIEW/PLAN:**

Please review progress notes dated 7/31/06.

SBanerjee MD.

Follow-Up by: _____ Date: _____

| Inmate Name | Green Barrett | AIS # | |
|---|---|---|---|

DOC Form #458-04

AR 458 – August 30, 2001

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHIATRIC PROGRESS NOTES

DATE: 5/4/06    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|
| Anxiety | | 0 - 1 / 0 |
| Depression | | 1 - 2 / 0 |
| Low energy | | 1 - 2 / 0 |
| Feelings of hopelessness | | 1 - 2 / 0 |
| Poor sleep | | 0 - 2 / 0 |

Medications: Got started on Prozac / Benadryl

Informed Consent ✓

Compliance:  Inmate report ___ % vs MAR ___ %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am feeling depressed again. I am not sleeping well at night. I quit going to the Dual DX class — it was very stressful.

**O** So they put me in seg. I think I need to get back on medicine again."
Reports & other sx's of mood, anxiety or thought dis. & thoughts to hurt himself or anyone else.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings: |
|---|---|---|---|
| Psychosis | ✓ | | & ST, & HI, & HA, & delusion & paranoia |
| Serious Depression | ✓ | | & sx's of depression noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies ✓ |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | Res being in seg. |

Voices no other concern

A+O x3

Lab info: None    Labs Ordered: ___    Labs Reviewed: from mental health at this time    AIMS?: ___

Mood: sad

## ASSESSMENT/Diagnosis (DSM-IV)
Major Depression

Affect: mildly depressed affect noted

**PLAN:** Im exhibits mild sx's of depression at present time. Will start him on Prozac will start him on Benadryl to help him sleep and rest. Discussed tx plan & RM. He understands

Return to clinic: Discussed tx plan & RM

RTC 90 days

Print Last Name: DR. BANERJEE    Sign: Banerjee, MD

Thought Process logical & loose

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| | | | b/m | MH = 1 | VENTRESS |

Disposition: Medical File
P and agrees to tx plan. Continue care.

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Thought Process logical

ALABAMA DEPARTMENT OF CORRECTIONS  FOR PROFESSIONAL USE ONLY
MENTAL HEALTH SERVICES  CONFIDENTIAL RECORD
PSYCHIATRIC PROGRESS NOTES  NOT TO BE PHOTO COPIED

| DATE: 4/24/06 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | | |
| Anxiety | | | c / c-i |
| Depression | | | c / c-i |
| Low Energy | | | c / c-i |
| Feelings of hopelessness | | | c / c-i |
| Poor sleep | | | c / c-i |

Medications: I'm refusing Trivil. Doing well clinically.                    Informed Consent

Compliance: Inmate report 90 % % vs MAR 90 % x Trivil. D/c'd as of 4/24/06.

In addition to the information in the tables above and below, then inmate-patient:

S⁺⁺ I don't want to take those psych pills anymore. It's having my heart race and gives me high blood pressure. My pulse rate has never been so high until I started taking those ~~psych~~ psych' pills. I am fine, I have no problem. My mood is good. I am not depressed.

Side effects: 0

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings: Please tell me off that plan |
|---|---|---|---|
| Psychosis | ✓ | | ∅ ST ∅ HI ∅ HA ∅ delusions ∅ paranoia Plan |
| Serious Depression | ✓ | | ∅ SxS of depression noted |
| Self-Injurious Thoughts | ✓ | | Denied Refe |
| Suicidal Intent | ✓ | | Denied ∅ ∅ |
| Aggressive | ✓ | | None noted ⌄ at present time Sx's |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | Re: his present medical condition |

Lab info: None from mental health at    Labs Ordered:    Labs Reviewed:    AIMS? c̄ hypertension
this time.    (as per im)

ASSESSMENT/Diagnosis (DSM-IV)
Major Depression
(in remission)

PLAN: I'm clinically stable. Refusing all psychotropic meds. at present time. Exhibits ∅ SxS or signs of mental illness at present. Will D/c Trivil. will be followed up ē counseling. RTC in 90 days
Return to clinic: RTC 90 days    Print Last Name: DR BANERJEE    Sign: Banerjee, MD *

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | | Code | Institution |
|---|---|---|---|---|---|---|
| Green Barrett | 245121 | 33 | W/M | MH = 1 | Ventress |

Disposition: Medical File
* for follow up. Continue care.

ADOC AR. 632, 633, 623, 615
ADOC Form MH-025 March 2, 2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## MENTAL HEALTH UNIT
## PATIENT INFORMATION SLIP

_KCF_
_____
INSTITUTION

_Green, Barnett_ _____ _745724_ _LW/M_
NAME                   NUMBER    R/S

Lay-in for _____ days from _____ to

_____ due to _____
(date)

_Transfer  to  Population_ _____

_____

_____

Instructions: _____

_____

_____

_____

_Failure to follow the directions above may result in a disciplinary._

_3/29/06_ _____    _T. O. R. McGuin  H. Roberson_
Date Issued                   Signature  _D. Rudolph, CO II_

21961  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

## MENTAL HEALTH UNIT
## PATIENT INFORMATION SLIP

*KCF*

**INSTITUTION**

*Green Barrett*                    *245/24*

**NAME**                    **NUMBER**    **R/S**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

*Bed low qu*

Instructions: *B/P check 2xWK*

*x4 wks*

*start 3/23/06*

*Failure to follow the directions above may result in a disciplinary.*

*3/29/06*                    *J Davison*

**Date Issued**                    **Signature**

21961  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

## MENTAL HEALTH UNIT
### PATIENT INFORMATION SLIP

_Kilby CF_
INSTITUTION

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_Green, Barnett_                    _245124_   _W/m_
NAME                                  NUMBER     R/S

Lay-in for _____ days from _____ to
                                (date)

_____ due to _____
         (date)

MH Col 017

① D/shrg to population today

Instructions: _____

_____

_____

_____

_Failure to follow the directions above may result in a disciplinary._

_3/29/06_      (signature)
Date Issued
_11 10 Am_

21961  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

## MENTAL HEALTH UNIT
## PATIENT INFORMATION SLIP

_Kilby_
INSTITUTION

Green, Barrett,     245124     W/M
NAME                NUMBER      R/S

Lay-in for _____ days from _____ to

_____ due to _____
(date)

Admit to M.H. Unit
(Cell # 017)

On Routine Observation Status

Instructions: May have regular food trays

regular inmate clothing, regular bedding

personal property.

Failure to follow the directions above may result in a disciplinary. 3:40pm

3/20/06          _signature_
Date Issued      Signature
   1575          Joseph R. McCammons

21961  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECOR
NOT TO BE PHOTO COPIED

## MENTAL HEALTH UNIT
## PATIENT INFORMATION SLIP

Kilby

**INSTITUTION**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MH#17

Green, Barrett                    245124        B/II

**NAME**                          **NUMBER**     **R/S**

Lay-in for _____ days from  3/19/06

(date)                                            to

3/20/06                          due to _____

(date)

Keep on temp. observation until
Monday 3-20-06 until evaluated by
Dr. McGinn

Instructions:  May have clothes

R.B          MH#17

*Failure to follow the directions above may result in a disciplinary.*

3-19-06  9:30 AM      By Dr. Sanders
                      R. Flowers, LPN

**Date Issued**          **Signature**

**21961** BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

## MENTAL HEALTH UNIT
## PATIENT INFORMATION SLIP

_K / b /_

**INSTITUTION**

_Green Barrett_          _2/ / / /_       _ch_

**NAME**          **NUMBER**     **R/S**

Lay-in for _____ days from _____ _3- 19-06_ _____ to

(date)

_____ due to _____

(date)

_Place on temp observation_

_until calm and then_

_may be released to Pop_

Instructions: _May have clothes_

_WLCR_

_Failure to follow the directions above may result in a disciplinary._

_3-19-06_                    _signature_

**Date Issued**              **Signature**

**21961** BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

_Inmate not seen
today.
Chart ref. re med. issue_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DATE: 3/31/06　　TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
|---|---|---|---|
| | Anxiety | | 3 |
| | Depression | | 2 |
| | # Somatic complaints | | 2 |

Medications: _Trazo 1 4/50  π p o hc  Inderal 40 BID_　Informed Consent

Compliance:　Inmate report　% vs MAR　% _Trazodone_

In addition to the information in the tables above and below, then inmate-patient:

**S** _Chart ref. to me by CF RN re "compliance" with
Trazodone dose. (Trazodone was to be d.c'd when
Trazodone began 3/23/06)_

Side effects:

**O** _No new info to try. Saw RN who said was
in No active depression  EKG reviewed today & shows
Sinus BRADYCARDIA  Dated 28 March 06_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | _improved_ |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | ✓ | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT/Diagnosis (DSM-IV)**　_I Major Depression
II PDNOS_

**PLAN:** _①  ∨ Inderal to 20 BID X 7d then dc-med
F/U  7d_

| Return to clinic: | Print Last Name: | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Green, Barrett | 245724 | | | | |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

*CONFIDENTIAL RECORD*
*PROFESSIONAL USE ONLY*
*NOT TO BE PHOTO COPIED*

DATE: 3/27/06     TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before | |
|---|---|---|---|---|
| Anxiety | | | 3 | 3 |
| Depression | | | 2 | 2 |
| # Somatic complaints | | | 2 | 1 |
| | | | | |
| | | | | |

**Medications:** Thtz 50/hr Trazul 4/50 x 2 g hr, Inbul 40 BID     Informed Consent

**Compliance:** Inmate report /100 % vs MAR        %

In addition to the information in the tables above and below, then inmate-patient:

**S** Affect better, more interactive. Still c/o depression but
No AS but agrees to return to pop & team mt limit -
**Side effects:** he is not overly agitated or dysfunctly dressed/groom

**O** occas smirky smiles, better eye contact & fluency in
speech responses, ↑ function toward normalcy.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | ✓ | improved |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS.? |
|---|---|---|---|
| | | | |

**ASSESSMENT/Diagnosis (DSM-IV)** I Major Depression
# PD NOS Dependent, Cluster Begins

**PLAN:** ① D/C off suicide limit / PSU → DC to pop.
② F/U a 1 wk

Return to clinic: _____ Print Last Name: _____   Sign: [signature] M.D.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Green, Brett | 245124 | | | MH₂ | KCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

**PSYCHOTROPIC MEDICATION REPORT**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NMATE NAME: _Green Barrett_

AIS #: _245124_     LOCATION: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Trazodone | 50 mg | HS | |

**PROBLEM REPORTED:**
  Side effects: _____  Medication-Related Problem: _____  Non-Compliance: _____
Explanation:
_Pt has missed (10) HS Trazodone doses_

Reported by: _Shelia Roberts RN_     Date: _3/30/06_

**MENTAL HEALTH NURSE FOLLOW-UP:** _Pt has been counseled
on the side effects that can occur from non-compliance
of medication. Pt states he's been taking all of
his meds as ordered. Medication nurse states med out
of stock. Will follow up._

Follow-Up by: _Shelia Roberts RN_     Date: _3/31/06_

**PSYCHIATRIC REVIEW/PLAN:**

_OK._

MHM Correctional Services

Follow-Up by: _Dr. Joseph M____     Date: _3/31/06_

| Inmate Name | AIS # |
|---|---|
| Green Barrett | 245124 |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATING
Rate highest severity observed. Rate movements
That occur upon activation one less than those
observed spontaneously.

CODE
0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| | | Rating |
|---|---|---|
| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | (0) 1 2 3 4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | (0) 1 2 3 4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | (0) 1 2 3 4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | (0) 1 2 3 4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine). DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | (0) 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | (0) 1 2 3 4 |
| TRUNK MOVEMENTS | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations. | (0) 1 2 3 4 |
| GLOBAL JUDGEMENTS | SEVERITY OF ABNORMAL MOVEMENTS | (0) 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | (0) 1 2 3 4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report  0 – No awareness   3 – Aware, moderate distress  1 – Aware, no distress  4 – Aware, severe distress  2 – Aware, mild distress | (0) 1 2 3 4 |
| DENTAL STATUS | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | (NO) YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | (NO) YES |

Assessed by: _____  Date: 3/23/06
Reviewed by: _____  Date: _____

| Inmate Name  Queen, Barrett | AIS # 248724 |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS — FOR PROFESSIONAL USE ONLY
MENTAL HEALTH SERVICES — CONFIDENTIAL RECORD
**PSYCHIATRIC PROGRESS NOTES** — NOT TO BE PHOTO COPIED

DATE: 3/23/06    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | | Today vs Before |
|---|---|---|---|
| | Anxiety | | 3 |
| | Depression | | 2 |
| | # Somatic cmplts | | 1 |
| | | | |

**Medications:** Celexa 20mg, Inderal 20 BID, Trazodone 50 @ hs

**Compliance:** Inmate report ___ % vs MAR ___ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S** Still complains re depression. Vague as to specifics.
Does not feel Celexa is helping. Inderal has helped
**Side effects:** Shirley feelys "tremor" "sure of nerves"

**O** ⊕ A/V Mild ⊕ Delusion ⊕ SI/Hidasf — Somatization has
a unreality delusional flavor + is obsessant as well.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | Somatization is subsidelused, overly expressed |
| Serious Depression | | ✓ | cohesive |
| Self-Injurious Thoughts | ✓ | | The potential benefits and side |
| Suicidal Intent | ✓ | | effects of ~~Topral~~ within |
| Aggressive | | | the dosage range of 9/60 |
| Seriously Impulsive | | | +-7.5 ‡ have been |
| Situational Upset | | ✗ | discussed with the inmate and the inmate has agreed to accept the medication. poor copay |

| Lab info: | Labs Ordered: | Labs Reviewed: ✓ | AIMS:? 3/23/06 |
|---|---|---|---|

**ASSESSMENT/Diagnosis (DSM-IV)**  I Dep NOS, I Anxiety NOS
① DC Celexa
② Prozac 9/60 T qhs — Continue Inderal 20 gBID

**PLAN:**

Return to clinic: ___   Print Last Name: ___   Sign: Frank M Guiero

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Green, Bruce | 245724 | | W/M | MH3 | KCF |

Disposition: Medical File

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE: 3/20/06 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
| | Anxiety | | 4 |
| | Depression | | 3 |
| | Somatic Complaints | | 3 |
| | | | |
| | | | |
| Medications: Celexa 20  Trazodone 50 ghs | | | Informed Consent |
| Compliance:  Inmate report        % vs MAR        % | | | |

In addition to the information in the tables above and below, then inmate-patient:

**S**  Inmate admitted to MH Unit yesterday due to ? anxiety episode
+ stress related somatic complaints; eg. headache "feely better"

Side effects: to dy

**0**  ES/Modden @ M/U Welfare    were just seen by me
Friday 17 March — ( NO Δ S )

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | | panic attacks (?) ↑ Symptoms |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | The potential benefits and side effects of Celexa within the dosage range of 25-100 have been discussed with the inmate and the inmate has agreed to accept the medication |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)  I  Adjustment Disorder
F  Anxiety Disorder NOS
II  PDNOS

**P**LAN:  ① Add Vistaril 50 qm    Fgit 1st time Adapt to
② Continue Celexa & Trazodone    wms don Temp.  bid  shts
③ Recheck Slightly here    d/c soon  B/t

Return to clinic: 7 day    Print Last Name: McGinn    Sign: Jim McGinn

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Green, Barrett | 245124 | | M/m | MHS | REF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

The potential benefits and side
effects of _Trazodone_ within
the dosage range of _50-200_
have been
discussed with the inmate
and the inmate has agreed
to accept the medication.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

**DATE:** 3/19/06     **TIME:**

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before | |
|---|---|---|---|---|
| Anxiety | | | 4 | |
| Depressed Mood | | | 2 | |
| | | | | |
| | | | | |
| **Medications:** Paxil  75 ghs | | | Informed Consent | |
| **Compliance:**  Inmate report ____% vs MAR ____% | | | | |

**In addition to the information in the tables above and below, then inmate-patient:**

**S** ____ asked to be seen. ___ yet placed on
Paxil — states it is "too sedating"
**Side effects:** Feels funny " ... can't take it ... Dizzy "

**O** Same to his expected excessive mund & sensitive
concern ... side effects, yet seemed truly concern & on
unpleasant level of anxiety ⊝ A/V ... ⊝ delus ⊝ S/Hcd

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | √ | | |
| Serious Depression | | √ | ↓ anxiety |
| Self-Injurious Thoughts | | | |
| Suicidal Intent | | √ | |
| Aggressive | √ | | |
| Seriously Impulsive | √ | | |
| Situational Upset | √ | | |

The potential benefits and side
effects of _Elavil_ within
the dosage range of _20-60_
have been
discussed with the inmate
and the inmate has agreed
to accept the medication. ⊝

| Lab info: | Labs Ordered: | Labs Reviewed: ____ | AIMS:? N/A |
|---|---|---|---|
| | | CBC 3/10 | |

**ASSESSMENT/Diagnosis (DSM-IV):** ANX NOS , Meth rel ____

DC Paxil.

**PLAN:** ① Elav 20 ghs.
② Traz 100 & 50 ghs.
③ F/U 1 wk appt

| Return to clinic: 7 d | Print Last Name: MHM ____ | Sign: ____ |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Green, B____ | 2457__ | | | | |

**Disposition:** Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025 March 2, 2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## ...TERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 04/10/06 | 11:59A | Chart reviewed Per Mental Health Stay. Will schedule to the EDy Banerjee | S Banerjee ? |
| 6-1-06 | 9:15A | S- I/M rep. his doing o.k. His main complaint is poor sleep. To keep busy, he walks & reads. He reported good family support. He misses his children (4 kids). He looks forward to his release in August. He denied SI. <br> O- Alert, occasional half-smile, good eye contact, speech logical & coherent, grooming appropriate <br> A- Appears currently stable <br> P- Continue care. | E. Brun, PhD |
| 6/26/06 | | Im seen for Tx team meeting. Reviewed and discussed Tx plan c̄ Im. He understands and agrees c̄ tx plan - Continue care. | S Banerjee, MD |
| 7-25-06 | | S- I/M rep. he is o.k., although he is experiencing anxiety & mild dep. regarding his EOS date in August. He is anxious about pending charges. He denied SI. He rep. he is selling 2 vehicles (through his uncle) to get $ on his books. He rep. he has good outside support. <br> O- Good eye contact, speech logical & coherent, grooming appropriate, alert but sleepy in appearance - I/M rep, "I am not getting enough to eat." <br> A- Mild anxiety & dep. Appropriate throughout interaction. <br> P- Continue care. I/M agreed to contact MH if the need arises. | E. Brun, PhD |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Green Barrett | 245124 | 33 | W/M | Ventress |

F-61

INTERDISCIPLINARY PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/28/06 | 1810 | STD- Inmate calm and quiet. *illegible* notes 4/16. No BCG rest *illegible*. Any complaints. Consumes 100% of meal. No notes. A- Appears stable. P- Continue to monitor — | *illegible* |
| 3/29/06 | 0300 | S3C- Inmate awake in bed *illegible* eyes closed. Resp. noted. Calm, quiet, appears to be sleeping. A- no mental status RT *illegible*. P- Cont. to monitor — | S. Kaylin, LPN |
| 3-29-06 | 0900 | S&O Inmate alert. Resp & ease. No distress noted. Standing in cell. No bizarre behavior noted. Denies hallucinations. Medication compliance. Calm, cooperative. Reports heartburn yesterday. A- Cond appears stable. P- Cont to plan; cont to monitor behavior & activity. Discussed dietary changes to reduce incidents of heartburn. Specific food & seasonings discussed. Verbalizes understanding. Inm advised not to laydown *illegible* eating for 1° *illegible* — | *illegible* |
| | 1130 | S&O Discussed overcrowding in unit & discharge to E block. Inm request population instead. Dr. McRae notified. Discussing to population. Chaplain discussed illness in grandmother *illegible* Inm. Dr. McRae on unit to assess Inm before discharge. Cond appears stable. P- Meds & chart prepared for dining — | *illegible* |
| 3/30/2006 | 11:11am | Inmate Green's discharge planning has been completed. Singer, MS MHP Inmate Green has been transferred to Kilby Population. See MHP | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Green, Barrett | 245124 | 33 | W/M | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/28/06 | 1030a | Pt attended oral Posthospital group "Cancer Recovery" 5 Planned MHP | |
| 3/27/06 | 1400 | S/O - Inmate up in cell, brought out of cell for shower. Compliant c̄ medication. Consumed 100% of meal. Refused to come out for recreation. A - appears stable @ this time. P - will continue to monitor. D. Bruce LPN | |
| 3/27/06 | 2036 | SO-Inmate calm and quiet notes standing in cell door awaiting pill call. Compliant c̄ meds. consumed 100% of meal. No complaints voiced. No notes. A - Appears stable P - continue to monitor | [signature] |
| 3/28/06 | 0200 | S30 - Resting quietly in bed, eyes closed, resp. even appears to be sleeping. NAD noted A - alt. mental status RTDy P - cont to monitor | S. Vaughn LPN |
| 3/28/06 | 1205 | S/O - Inmate up in cell, brought out for shower. Vital signs done. Compliant c̄ medication except refused Tylenol. Consumed 100% of meal. Out to West Ward for EKG. Refused to come out for recreation. A - Altered mental status P - Will continue to monitor. D. Bruce LPN | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Green Barrett | 245724 | 33 | B/M | Kilby |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/26/05 | 1110 Am | S: "The Inderal is helping my headaches" "I don't need the Tylenol" O: Alert, ↑ out of cell for recreation and activity. ↑ to shower this Am. Compliant c̄ meds. No complaints voiced. A: Stable P: Continue to Monitor. | DMcReady |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| | 245124 | 33 | | |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/24/06 | 1/00 | *[handwritten notes, illegible]* SEG. Awake. Alert. Resp... no distress noted lying in bed reading book. genius uncomfortable calm cooperative c pill call. no bizarre behavior noted. A- no acute distress noted. medication compliance P- cont to monitor activity and behavior, cont tx plan | *[signature]* Drum |
| 3/24/06 | 2020 | STS - No affect And calm noted with a BM noted. No complaints voiced. Consumed 100% of meal. compliant c meds. Meds noted. A - Appears stable P- Continue to monitor | *[signature]* Arthur |
| 3/25/06 | 0345 | STS - Noted quiet [sitting] not seen to have concern... on bunk. clothing intact resp. c care, No bizarre... A- seem stable P- Care Cont'd | *[signature]* Carter |
| 3/25/06 | 1130am | S: "I'm okay Nurse" O: Alert sitting up in chair. Out of cell for activity and exercise. Up to shower this am. Compliant c Meds. No complaints voiced. A: Stable P: Continue to Monitor. | *[signature]* CMcKerdy |
| 3/25/06 | 2100 | *[handwritten notes, illegible/faded]* | *[signature]* |

CONFIDENTIAL... RECORD... PHOTOCOPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| *Green, Barrett* | 248174 | 33 | b/m | Kar |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/22/06 | 2020 | STD-INMATE CALM AND QUIET. NOTED STANDING IN OUTDOOR AWAITING PILL CALL. COMPLIANT E MEDS. CONSUMED 100% OF MEAL. NO NOTES. A-RESULAR OBSERVATION P-CONTINUE TO MONITOR | _(illegible)_ |
| 3/23/06 | 0100 | S/O-Resting quietly, eyes closed, respirations and color appears to sleeping. A-alt mental status RTDY P-Cont to monitor | S.Washington LPN |
| 3/23/06 | 1335 | S/O-inmate in cell, sitting on bunk _(illegible)_ _(illegible)_ _(illegible)_ out for shower vital signs done, was compliant c medication, consumed 75% of meal, inmate out of cell for recreation, skin color recovered _(illegible)_ no cell A-_(illegible)_ skin color _(illegible)_ P-Will continue to monitor _(illegible)_ | _(illegible)_ |
| 3/23/06 | 2037 | STD-INMATE CALM AND QUIET. NOTED STANDING IN OUTDOOR AWAITING PILL CALL. COMPLIANT E MEDS. CONSUMED 100% OF MEAL. NO COMPLAINTS VOICED. NO NOTED. A-APPEARS STABLE P-CONTINUE TO MONITOR | _(illegible)_ |
| 3/24/06 | 0110 | S/O-Resting quietly, respirations regular even c color good, appears resting A-alt mental status RTDY P-Cont to monitor | S.Washington LPN |

RECEIVED / NOT TO BE COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Green Barrett | 245124 | 33 | W/n | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | *depressed mood (compliant c̄ services @ this time). NHP will continue to assist I/m c̄ adjusting to prison w/ any necessary coping mechanisms.* | |
| | | A: *Depression NOS, Panic Disorder NOS* | |
| | | P: *NHP will present her/his note in the a.m. of 3/22/06 due to assignment held given on 3/21/06. She will continue as needed.* J. Russell, MS-NHP | |
| 3/21/06 | 2030 | S/O- INMATE CALM AND QUIET NOTED LYING IN BED RESTING c̄ SHEET OVER FACE. NO COMPLAINTS VOICED. CONSUMED 100% OF MEAL. COMPLIANT c̄ MEDS. NO S/S NOTED. | |
| | | A- APPEARS STABLE @ PRESENT | |
| | | P Continue to monitor | ____ LPN |
| 3/22/06 | 0500 | S/O - Resting quietly c̄ eyes closed, resp. c̄ ease, color good, nap noted, no c/o discomfort voiced, appears to be asleep | |
| | | A - appears stable @ present | |
| | | P - cont. to monitor | S. Vaughn LPN |
| 3/22/06 | 10:00 | S & O Alert Resp c̄ ease no distress noted. Seen by treatment team. flat affect. denies hallucinations. Reports "panic attacks." Calm, cooperative. | |
| | | A - Cond. appear stable. medication compliance, anxiety. | |
| | | P - Cont. to monitor Activity & behavior, cont. tx plan, CRC consult today. | D. Damico |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| | | 33 | w/m | |

F-61

FOR PROFESSIONAL USE. CONFIDENTIAL RECORD. NOT TO BE PHOTO COPIED

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/19/06 | 0930 | Unable to reach 1st on call. Dr. Sanders notified & new orders rec'd & noted to keep on Temp. Observation until evaluated on Monday (3-20-06) by psychiatrist. Shift Office notified. — R. Flowers, RN | |
| 3/19/06 | 1330 | S: Sitting out in day room — watching TV. No visible problem noted. A: Calm appearance, 4/0 — apparent anxiety noted @ present time. P: Continue on Temp. Observation. — R. Flowers, RN | |
| 3/19/06 | 2100 | 320 Inmate on cell. Breathing & ease voiced @ complaints & slr on distress. Spent time lying on bunk took meds. A/O. 4/0 at meal. A: Calm and quiet @ anxiety noted. P: Cont. to monitor — _____ | |
| | 0500 | 320 Inmate on cell. Breathing & ease voiced @ complaints. Spent time lying on bunk & eyes closed. A/O 4/0 & on med. A: Calm and quiet & ill & anxiety. P: Cont. to monitor — _____ | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Green, Barrett | 245124 | 33 | W/m | KCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/19/06 | 0700 | _(illegible)_ | |
| | | _(illegible)_ | |
| | | _(illegible)_ | |
| | | _(illegible)_ | |
| | | _(illegible)_ | |
| | | _(illegible)_ | |
| 3/19/06 | 0730 AM | Inmate awake & stated "I'm much calmer now & feel like. I'm ready to go back to my dorm. I'm not having any chest discomfort or any other problems. I did get some rest in the shot the other nurse gave me." A: Calm cooperative. B/P checked prior to leaving MH Unit B/P-130/92. P: Will monitor on PRN basis & will refer to psychiatrist for anxiety. | R. Flowers, RN |
| 3/19/06 | 0810 AM | Inmate returned to MHU & states SAO "I went back to my dorm & my head started hurting & I just couldn't take the stress. I feel like I'm having an anxiety attack. I feel like my blood pressure is OK." | |
| | 124/80 96-84-20 | A: Inmate calm & cooperative c good eye contact made. VIS stable. No anxiety symptoms noted at present time. Denies SI or HI. Request to be by himself. P: Will notify on call psychiatrist & update on situation. Placed in MHU #17 until psychiatrist returns call. | R. Flowers, LPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| _(illegible)_ | _(illegible)_ | | | |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 7-19-06 | 1:25 | [illegible] said he took that | |
| | | medication. [illegible] | |
| | | c/o [illegible] communicat[illegible] | |
| | | [illegible] chest [illegible] and | |
| | | heart discomfort, [illegible] | |
| | | can't think [illegible] | |
| | | I/M [illegible] from | |
| | | PHS to MHU due | |
| | | to [illegible] | |
| | | [illegible] problem. I/M | |
| | | [illegible] | |
| | | B/P ↑ 170/120 and [illegible] | |
| | | [illegible] | |
| | | [illegible] PHS [illegible] | |
| | | that EKG [illegible] | |
| | | [illegible] due | |
| | | to I/M [illegible] | |
| | | [illegible] Place on B/P check | |
| | | per R Adams MD. I/M | |
| | | was transferred from PHS | |
| | | to MHU for observation | |
| | | until Dr could be notified | |
| | | Dr. [illegible] notified at | |
| | | 1:29 AM. With P.O. phone | |
| | | order to Give Phenergan | |
| | | 25mg IM and observe | |
| | | on MHU until he is | |
| | | calm and [illegible] I/M | |
| | | may return to dorm. | |
| | 1:45 | IM Phenergan 25mg IM | |
| | | given [illegible] I/M | |
| | | placed on temp observation | |
| | 2:45 | I/M in cell calm | |
| | | and [illegible] eyes | |
| | | closed | [illegible] |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Green, Barrett | 245124 | 10/9/72 | B/M | Kilby |

F-61

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

**PSYCHIATRIC EVALUATION FORM**
Page 1 of 2                                    10/2/72

**Referred by:**
☐ Admission to Institution     ☐ Mental Health Staff     ☐ Medical Staff     ☐ Other _____

**Reason for Referral (Presenting Problem):**

c/o Depre & sleep dist
prin R/ Wellbutn.

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**

33 y/o MWO → here for methylphenine MFC states has
feel "slow and (sively) depressed every since he sustained a concussion
c 5min LOC @ 18 20 wkly c constipation "Always slowed down" since
that time, except, of course, when he used methylphenidate. He did feel that
Wellbutrin (which he tried a few months T)'s "helped somewhat"

**Pertinent Medical History (allergies):** botth ↓ motor and mood, however, he had some
myoclonus. Not opposed
Fell a head LOC × 5 minutes 20 y/o him to for
(?4)                                         a S-2-r time
Feels a little slurr                          future Wellbutn.]

**Substance Abuse History:**                Has a depressive tone and affect

meth, M.J.                    Misses children, mother, warned of our
family sickness

**Pertinent Personal/Family History (inmate's sentence):**

5                              Po Has Co.                  5
                mother = supportive contact    4
Jobs (multiple)                                            10

**Institutional Adjustment (current placement):** IST  Dorm?          Sent 3 yr

Convict of meth MFC.

| Inmate Name Green, Barrett | AIS # 245124 |
|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHIATRIC EVALUATION FORM
Page 2 of 2

**Mental Status Examination:**

Appearance and Behavior: _W D m/br W ⊃ Tears_

Mood and Affect: _depressed_

Speech and Language: _unremarkable / dysthymic_

Thought Process: _⊖ LOA, short direct answers_

Thought Content and Perceptions: _endorses feels
very stressed about the family situation and also "mentally & physically_

Cognitive Assessment/Memory: _clear, grossly intact_  _Tried all the time "slowed down" for many years
⊖ A/V/Tactile Edelia  ⊖ S/H _____

Insight/Judgment: _adequate_

Sleep/Appetite: _↓ sleep, appetite so so_

**Suicide/Violence Risk Assessment:**

Past Suicidal Ideation/Attempts (dates and methods): _Denies_

Current Suicidal Ideation and Behavior: _Denies_

Past Violent/Assaultive Behavior: _Denies_

Current Violent/Assaultive Ideas/Behavior: _Denies_

The potential benefits and side effects of _____ within the dosage range of _____ have been discussed with the inmate and the inmate has agreed to accept the medication.

The potential benefits and side effects of _Pamelor_ within the dosage range of _25 - 150 mg_ have been discussed with the inmate and the inmate has agreed to accept the medication.

_X BG_

**Diagnostic Impression**

Axis I: _Dep. NOS ; Methamphetamine Abuse_

Axis II: _Deferred_

Axis III: _Denies Hx Anxiety, age 20_

Axis IV: _Incarcer., S.A., family problems 2° incarcer._

Axis V: _60_

**Treatment Recommendations (including medications/labs ordered/special housing)**

① Ordered Pamelor 75mg ℥hr. x60d ord.

② OK for o/pt @ any camp.

**Mental Health Code:** ~~SMI~~     **HARM**     **HIST**     **NONE**

**Psychiatric Follow-Up Required Within:** _____ **Days**

_MHP Correctional Services_     _3/8/06_

**Psychiatrist Signature**          **Date**

| Inmate Name: Green, Barrett | AIS # 245124 |
|---|---|

ALDOC Form 455-01

AR 455 -- February 27, 2002

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Inmate Name: Green, Barrett    AIS# 245124    Date of Referral: 3/17/06

**REASON FOR REFERRAL:**

☐    CRISIS INTERVENTION
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☑ Other: 1st time in prison_____

☐    EVALUATION OF MENTAL STATUS
    ☐ Suicidal        ☐ Anxious        ☑ Physical complaints
    ☐ Homicidal      ☐ Depressed    ☐ Sleep disturbance
    ☐ Mutilative     ☐ Withdrawn    ☐ Hallucinations/delusions
    ☐ Hostile, angry  ☐ Poor hygiene  ☐ Suspicious
    ☐ Other inappropriate behavior:_____

☑    EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☐    HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☐    OTHER:_____

**COMMENTS:**




Referred by: _A. Lucette NG-PNP_    Phone Contact #: 215-6705
    ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**



Seen 3/9 & 3/17/06




MHM Correctional Services

Follow-Up by: Dr. Joseph McGinn    Date: 3/20/06

| Inmate Name Green, Barrett | AIS # 245124 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name GREEN, BARRETT AIS# 245124 Date of Referral: 3/15/06

REASON FOR REFERRAL:
☐    CRISIS INTERVENTION
     ☐ Family problem:_____
     ☐ Problems with other inmates:_____
     ☐ Recent stress:_____
     ☐ Other:_____

☐    EVALUATION OF MENTAL STATUS
     ☐ Suicidal              ☐ Anxious          ☐ Physical complaints
     ☐ Homicidal             ☐ Depressed        ☐ Sleep disturbance
     ☐ Mutilative            ☐ Withdrawn        ☐ Hallucinations/delusions
     ☐ Hostile, angry        ☐ Poor hygiene     ☐ Suspicious
     ☐ Other inappropriate behavior:_____

☐    EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☐    HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER

☐    OTHER:_____

COMMENTS: INMATE COMPLAINS THAT PAMELOR 75 IS MAKING HIM FEEL DIZZY. REQUESTS NEW MEDS OR SOMETHING FOR SLE.

Referred by: _____    Phone Contact #: 687
          ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

Follow-Up by:_____    Date:_____

| Inmate Name GREEN, BARRETT | AIS # 245124 |

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name:_____ AIS#:_____ R/S:_____
Date:_____/_____/_____    Date of Birth: _____/_____/_____    Age:_____

Beta II: _____    WAIS: _____/_____/_____    WRAT-RL:_____
Last School Grade Completed:_____    Special Education Classes:    Ye s    N o

MMPI Welsh Code:_____    Megargee Type:_____

### General Appearance
_____ a. Neat and generally appropriate        _____ c. Flat or avoiding interaction
_____ b. Poorly groomed                        _____ d. Sad or worried

_____ e. Other*_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### I.   Interpersonal Functioning
_____ a. Normal-good relationships likely      _____ d. Lacks skill or confidence
_____ b. Withdrawn/apparent loner              _____ e. Probably difficult to get along with
_____ c. Likely to ignore rights/needs

Other* (Specify)   _____1.   _____2.   _____3.   _____4.   _____5.   _____6.
       (See Copy) _____
       _____

### II.   Personality
_____ a. Healthy                               _____ d. Explosive
_____ b. Antisocial                            _____ e. Dependent
_____ c. Paranoid                              _____ f. Passive-Aggressive

Other* (Specify)    _____1. Schizoid      _____4. Narcissistic    _____7. Compulsive
                    _____2. Schizotypal    _____5. Borderline      _____8. Atypical/mixed
                    _____3. Histrionic    _____6. Avoidant
_____9. See Copy (Write in your wording) _____
_____
_____

### III.   Substance Abuse
_____ a. Alcohol addiction/abuse history _____
_____
_____

_____ b. Drug addiction/abuse history _____
_____
_____
_____
_____

N-259 (2/2001)                                  * See manual for selections and numbers for "other"
White to Central Records
Yellow to Institutional File
Pink to Medical Record

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 3                                                    Name:_____

## Mental Health History

_____ a. Outpatient treatment (dates/where) _____
_____

_____ b. Inpatient treatment (dates/where) _____
_____

_____ c. Psychotropic medication (type/effectiveness) _____
_____

_____ d. Family history of mental illness _____

## VI. Management Problems

_____ a. Suicide potential    Ideation?  Yes    No    Plans?  Yes    No_____
History of attempts/gestures _____

_____ b. Serious mental illness (specify)_____
_____

_____ c. Impulsive /acting out behaviors predicted_____
_____

_____ d. Authority conflict_____
_____

_____ e. Manipulative/untrustworthy_____
_____

_____ f. Easily victimized_____
_____

_____ g. Escape potential_____
_____

_____ h. Assaultiveness_____
_____

History of expressively violent behavior?        Yes    No

Other* (Specify)  ____1.  ____2.  ____3.  ____4.  ____5.  ____6.  ____7.  ____8.  ____9.
(See Copy) _____
_____

## VII. Educational Needs

___a. ABE        ___b. Special Education    ___c. Trade School    ___d. Junior College

## VIII. Mental Health Needs

| | | |
|---|---|---|
| _____ A. Refer to psychiatrist | _____ E. Sexual adjustment | _____ I. Self-concept enhancement |
| _____ B. Substance abuse counseling | _____ F. Reality therapy | _____ J. Healthy use of leisure |
| _____ C. Depression | _____ G. Anger-induced acting out | _____ K. Personal development |
| _____ D. Stress management | _____ H. Values clarification | |

RECOMMENDATIONS/REMARKS:_____
_____
_____
_____

MENTAL HEALTH CODE:      SMI        HARM        HIST        NONE

Evaluation Completed by:_____ Date:_____

* See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Page 2    CONFIDENTIAL RECORD          Name:_____

III.  Substance Abuse (continued) NOT TO BE COPIED

_____ c.  Current use _____

_____

_____ d.  Current addiction _____

_____

Other* (Specify): _____1. _____2. _____3. _____4. _____5. _____6. _____7. _____8.

IV.  Emotional Status
_____ a.  No significant problems
_____ b.  Depressed_____

_____ c.  Anxious or stressful_____

_____ d.  Angry or resentful_____

_____ e.  Confusion or psychotic symptoms_____

_____

_____ f.  Mood disturbances_____

_____ g.  Sexual maladjustment_____

         History of sex offenses?     Yes     No
_____ h.  Paranoid ideation _____

_____ i.  Sleep/appetite disorder_____

_____

Other* (Specify): _____1. _____2. _____3. _____4. _____5. _____6. _____7. _____8. _____9.
         (See Copy) _____

Emotional response to incarceration:_____
_____

V.   Mental Deficiency
_____ a.  Mild                           _____ d.  Borderline
_____ b.  Moderate                       _____ e.  Organic impairment suspected
_____ c.  Severe                         _____ f.  Memory deficit

Remarks:_____

         History of cerebral trauma or seizures?     Yes     No

* See manual for selections and numbers for "other"



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Barrett Green_____ Date of Request: _03·18·06_____

ID # _245724___ Date of Birth: _10·02·72_ Location: _M·N·5___

Nature of problem or request: _Have been seen for Meds. Have discovered_
_hot spot on head. Causing side effects. Cool & Damp_
_rag on head seems to help. I can think straight._
_Need diagnosis. Have Blue Cross Blue Shield Insurance._
_Sincerely, Not joking._    _Barrett Green____
                                           _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN  notes
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )            See Prog.
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )   3/20/06
            Was MD/PA on call notified:   Yes ( )   No ( )   (n

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Green, Barrett | D.O.B.: / / |
|---|---|---|

3/20/06
1235

c/o "hot spot" on head "@ times" & c/o panic attacks c̄ tapping in chest.

Ø VS Available

Ø medical chart Avail.

Hrt - S₁S₂ ; RRR ; ∅ ⓜ/gallop

Lgs - CTA ⑧

HEENT - ⑧ Tm's - WNL

throat - clear

nodes - neg

Scalp - old , well-healed scars noted

Ø lesions

A/P: 1) Intermittent HA

- Tylnol x 30d PRN

2) Panic Attack R/o palpitations

- EKG ( need V.S.

- Fln ī wk / PRN

E: Tx plan

[signature]

3/22/06
1155

Pt. c/o intermittent HA / ↑ BP

BP ¹⁴⁰/₁₀₀ today

Ø D in PE ; EKG ⑨

1) HTN - BP √'s / Fln ī mo

2) Intermittent HA - ↑ Tylnol

Fln As sched

E: Tx plan                    [signature]



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name _Greey Barrett_     Date of Request: _3/21/06_
ID # _245124_     Date of Birth: _10-2-76_  Location: _MH#77_
Nature of problem or request:_____

_____ _headache, ↑ B/P_ _____

_____ _Barrett Green_ _____
                                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│        RECEIVED             │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): T: _98⁵_   P: _84_   R: _18_   BP: _149/100_  WT: _219_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                  Was MD/PA on call notified:   Yes ( )     No ( )     _3/22/06_
                                                                          _(illegible)_

_____
                                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE / / | TIME ☐ AM ☐ PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP _____ ORAL RECTAL | RESP. _____ PULSE _____ B/P ___/___ | RECHECK IF SYSTOLIC ___/___ <100> 50 |
|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT |
|---|

| DISCHARGE DATE / / | TIME ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**REFERRAL TO MENTAL HEALTH**

Inmate Name: _Green, Barrett_    AIS# _245124_ Date of Referral: _3/8/06_

**REASON FOR REFERRAL:**
- ☐ **CRISIS INTERVENTION**
- ☐ **Family problem:** _____
- ☐ **Problems with other inmates:** _____
- ☐ **Recent stress:** _____
- ☐ **Other:** _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

- ☐ **EVALUATION OF MENTAL STATUS**
  - ☐ Suicidal
  - ☐ Homicidal
  - ☐ Mutilative
  - ☐ Hostile, angry
  - ☐ Other inappropriate behavior: _____
  - ☐ Anxious
  - ☐ Depressed
  - ☐ Withdrawn
  - ☐ Poor hygiene
  - ☐ Physical complaints
  - ☐ Sleep disturbance
  - ☐ Hallucinations/delusions
  - ☐ Suspicious

- ☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

- ☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

- ☐ **OTHER:** _____

**COMMENTS:**
_C/o depression and difficulty sleeping_

Referred by: _W McKeal_ _____ Phone Contact #: _084_
- ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_Sec Y Fol/_
_M H 1_
_Dep nos_
_Pamelor 75y_

MHM Correctional Services
Dr Joseph McGinn

Follow-Up by: _____ Date: _3/9/06_

| Inmate Name | AIS # |
|---|---|
| _Green Barrett_ | _245124_ |

# MENTAL HEALTH SERVICES
## RECEPTION MENTAL HEALTH SCREENING

Institution: _KILBY_      Date/Time Inmate Received: _3/8/06_

Date/Time of Screening: _3/8/06_      Signature /Title of Screener: _Wicked_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

- ☐ Yes ☐ No   Psychotropic Medication: _____
- ☐ Yes ☐ No   Medication turned over to a DOC upon arrival:
- ☐ Yes ☐ No   Mental Health follow – up in last 90 days:
- ☐ Yes ☐ No   Suicide/self harm attempts in last 90 days:

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

### MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):

- ☐ Yes ☐ No   Outpatient treatment: _____
- ☐ Yes ☐ No   Inpatient treatment: _____
- ☐ Yes ☐ No   Psychotropic Medication: _wellbutrin_
- ☐ Yes ☐ No   Suicidal Attempts: _____
- ☐ Yes ☐ No   Suicidal Thoughts: _____
- ☐ Yes ☐ No   Head Injury: _Concussion  6 oc  20 yr old_
- ☐ Yes ☐ No   Seizures: _____
- ☐ Yes ☐ No   Violent Behavior: _____
- ☐ Yes ☐ No   Substance Abuse: _Meth, Mari_
- ☐ Yes ☐ No   Substance Abuse Treatment: _Teen challenge, Rescue Mission_
- ☐ Yes ☐ No   Special Education classes: _____

### INMATE SELF – REPORT OF CURRENT STATUS

- ☐ Yes ☐ No   First incarceration (reaction): _"Okay"_
- ☐ Yes ☐ No   Reports family support: _Mother_
- ☐ Yes ☐ No   Reports serious depression/remorse: _Over Family Situation_
- ☐ Yes ☐ No   Thinking about suicide: _____
- ☐ Yes ☐ No   Has plan for suicide: _____
- ☐ Yes ☐ No   Possible to implement plan: _____
- ☐ Yes ☐ No   Reports hallucinations: _____

### BEHAVIORAL OBSERVATIONS

- ☐ Poor eye contact
- ☐ Disorientated
- ☐ Crying
- ☐ Illogical speech content
- ☐ Hostile
- ☐ Poor hygiene
- ☐ Overly anxious
- ☐ Memory deficits
- ☐ Appears to be hearing voices of seeing things
- ☐ Other unusual behavior: _____
- ☐ Unable to pay attention
- ☐ Unable to follow directions
- ☐ Signs of self-mutilation
- ☐ Unresponsive
- ☐ Unable to read
- ☐ Afraid
- ☐ Paranoid

### DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)

- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current Psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell recommended
- ☐ Parole violator interim assessment referral

Inmate Name: _Green, Barrett_

AIS#: _245124_

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

_Barrett Green_
Inmate Signature
Green, BARRett

_245/26/_
AIS #

_3 - 8 - 06_
Date Signed

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 8/16/06   Time: 11 25/A   Facility: YCF

Check all applicable CIC's being evaluated: __Card/HTN__DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** 33 y/w o/ = HTN since 3/06 while at Kilby. Pt started on meds. Pt has not taken any med × 30 f he feel his BP is ok since he is not having headache

**OBJECTIVE:** BP/22/82 HR 61 RR 20 Temp/98.6 Wt/212 Peak Flow_____ O2 sat 98%
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

HTN                    HEENT - NL        Wt. 225 → 212 over 2 months
Indeed - non compliant   HS ~ 2°
                       Abd S/F
Smoke 5 cg/day         lg's ear

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | (G) | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** - Cont Cozaar Self dt
- BP VS qd × 14 days
- Stop smoking

**F/U:** Routine 90 days: ✓   Other _____       Problem List Updated:  Yes  (No)

_____
Physician/NP/PA

Green Barnett                           245/24
NAME                                    AIS#

M                    W                  10-2-72
GENDER               RACE               DOB



DEPARTMENT OF CORRECTIONS
## NURSE'S
# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 8-3-06    1130 | | | NKDA |
| O: VS T 99.4 P 64    R          WT 205 3/4 | | | HX a treadmill?    Y  Ⓝ |
| BP 121/62     IF BP > 140/90 REFER TO MD/NP/PA | | | Date: |
| Do you smoke? | Ⓨ | Ⓝ | HX bypass surgery:   Y  Ⓝ |
| Use salt? | Y | Ⓝ | Date: |
| Family History of CVHTN? | Ⓨ | N | |
| Obese? | Y | Ⓝ | |
| Stress? | Ⓨ | N | CONFIDENTIAL RECORD |
| Blurred vision | Ⓨ | N | NOT TO BE PHOTO COPIED |
| Headache | Ⓨ | N | |
| Fatigue | Ⓨ | Ⓝ | |
| Muscle weakness | Y | Ⓝ | |
| Polyuria | Y | Ⓝ | |
| Epistaxis | Y | Ⓝ | P: LABS REVIEWED |
| S.O.B. | Ⓨ | N | Labs ordered  BPL |
| Compliant with meds | Y | Ⓝ | Last CMP-14 |
| KOP | Y | Ⓝ | Last EKG  3-28-06 |
| Counseled on risk factors + stress | Ⓨ | N | |
| Describe: quit smoking, walking exercise ⊘ salt | | | |
| Labs/EKG WNL                    NA | Y | Ⓝ | |
| CXR if over 50 | | | |
| Education Done | Ⓨ | N | |
| Topic: take med daily, how to manage stress | | | |
| Recently admitted to hospital/infirmary | Y | Ⓝ | CURRENT MEDICATIONS: |
| Notes: | | | Inderal 40mg BID |
| "I come off the table salt and loss some weight I'm having headache & stomach pain I was dx c̄ pyloric a bacterial I have a follow up in 4-6 wks" | | | |
| | | | Status: (circle)  IMPROVED  UNCHANGED  WORSENED |
| | | | Level of Control: (circle)  GOOD  FAIR  POOR |
| | | | CCC WITH NURSE (circle)  1, 2, 3 Months |
| | | | CCC WITH MD  (circle)  1, 2, 3, 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Green Barrett | 215124 | 10/2/72 | W/M | Barrett Green |

| Control | Good---BP < 140/90 | Status: | Improved---BP< previous visit |
|---|---|---|---|
| | Fair-----BP 140-160/90/100 | | Unchanged—BP unchanged |
| | Poor---BP > 160/100 | | Worsened----BP increased |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED


CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### RELEASE OF RESPONSIBILITY

Inmate's Name: _Green, Barrett_

Date of Birth: _10-2-72_          Social Security No.: _245124_

Date: _8-3-06_          Time: _1150_          **A.M.** / P.M.

This is to certify that I, _Barrett Green_ , currently in
(Print Inmate's Name)

custody at the _Ventress CF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _pill call_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barrett Green_
(Signature of Inmate)**

_S Thompson_
(Signature of Medical Person)

_C Stanford MRC_
(Witness)

_F Smith_
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PRISON HEALTH SERVICES

Physician's Chronic Care Clinic

Date: 5-11-06     Time: _____     Facility: Ventress

Check all applicable CIC's being evaluated: ✓ Card/HTN __DM __GI __ID __PUL __SZ __TB

<u>SUBJECTIVE:</u>

ō HTN

<u>OBJECTIVE:</u>  BP 120 80   HR 56   RR 18   Temp 97   Wt 225   Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Lung CTA
CV-NRR
Ext R Ext

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

<u>ASSESSMENT:</u> Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:                          Cont. Inderal

F/U:   Routine 90 days: _____ Other 6mo        Problem List Updated: (Yes)   No

_____
                    Physician/NP/PA

Green, Barrett          245124
NAME                    AIS#

male          Whitt          10-2-72
GENDER        RACE          DOB

Revised 2/28/05)





**PRISON
HEALTH
SERVICES
INCORPORATED**

**BLOOD PRESSURE RECORD**

INSTRUCTIONS: _Blood pressure checks on Mon and Wed_

PHYSICIAN: _DR. Robbins_

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 3/19/06 | 170/120 | (L) | AB |
| ✓ on 3/29/06 in MH #14 | | | |
| 4/5/06 | 150/100 | (L) | JW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

NAME: _Green, Barnett_       LOCATION: _M #115_

60103 (3/98)

PRISON HEALTH SERVICES

Nurse's Chronic Care Clinic

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

Date: _5-5-06_    Time: _2:42_    Facility: _VCF_

Check all applicable CICs being evaluated: ✓Card/HTN __DM __GI __ID __PUL __SZ __TB ____ other

Vital Signs: BP _128/69_ P _49_ R _12_ T _98.8_  _221_
SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: _0_ Dates: _—_
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: _0_ Dates: _—_
For seizure patients, list the # of witnessed seizures since the last CIC visits: _0_ Dates: _—_

ALLERGIES: _NKDA_    CURRENT DIET: _Reg_
MEDICATIONS: _Inderal 40mg BID, Prozac 20mg qd, Benadryl 25mg qd_
DESCRIBE MED AND DIET ADHERANCE: _compliance_
DESCRIBE ANY MED SIDE EFFECTS: _see below_
VACCINES: Flu____ Pneumovax ____ Hep A ____ Hep B _—_
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _0_
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c _—_ on _—_: CD4 & HIV-RNA _N/R_ on _3-9-06_:
Peak Flow _—_ LFTs _—_ on _3-10-06_; Serum Drug Levels __ on _—_; EKG _3/28/06_, CXR ____:

Medications:

NOTES:
/o Chest pain + SOB every now & then
I still got headache

↑DPT/fasting + CXR

Patient Educated on:
_take med as ordered, walking exercise as tolerated, keep appointment_

Inmate Signature _Barrett Green_

Nurses Signature and Title _M. Montgomery_

_Green Barrett_
NAME

M
GENDER

W
RACE

245/24
AIS

10-2-72
DOB

01/31/05
Revised 5/18/2005    _8-06_
Next Nurse

_5-1-06_
Next Doctor



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**BLOOD PRESSURE RECORD**

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS: B/P V  2x wk x 4wks



PHYSICIAN: _Adams_

| Date | B.P. | Arm | Initial | Date | B.P. | Arm | Initial |
|------|------|-----|---------|------|------|-----|---------|
| 3/3/06 | 134/8 | ↑C | JD | | | | |
| 3/28/06 | 140/90 | ↑C | JD | | | | |
| 3/29/06 | 130/82 | ↑C | JD | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NAME: _Green, Parrett_
_# 245134_

LOCATION: _MH #17_

60103 (3/98)


American Heart Association.

# How Can I Manage Stress?

Y ou can have a healthier heart when you make changes in your lifestyle. Managing your emotions better may help, because some people respond to certain situations in ways that can cause health problems for them. For instance, someone feeling pressured by difficult circumstances might start smoking or smoke more, overeat and become overweight, or in some cases develop high blood pressure. Finding more satisfactory ways to respond to pressure will help protect their health.

## What is stress?

Stress is your body's response to change. It's a very individual thing. A situation that one person finds stressful may not bother someone else. For example, one person may become tense when driving; another person may find driving a source of relaxation and joy. Something that causes fear in some people, such as rock climbing, may be fun for others. There's no way to say that one thing is "bad" or "stressful" because everyone's different.

Not all stress is bad, either. Speaking to a group or watching a close football game can be stressful, but they can be fun, too. Life would be dull without some stress. The key is to manage stress properly, because too much of it may lead to health problems in some people.



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Exercise helps you let go of stress! It makes you feel stronger and healthier. It helps control your weight and makes your heart pump better.

*Barretto, Arleen 245124*

*8-3-06 [signature]*

## How does stress make you feel?

- It can make you feel angry, afraid, excited or helpless.
- It can make it hard to sleep.
- It can give you aches in your head, neck, jaw and back.

- It can lead to habits like smoking, drinking, overeating or drug abuse.
- You may not even feel it at all, even though your body suffers from it.



Outside events (like problems with your boss, preparing to move or worrying about a child's wedding) can be upsetting. But remember that it's not the outside force, but how you react to it inside that's important. You can't control all the outside events in your life, but you can change how you handle them emotionally and psychologically. Here are some good ways to cope:

- Take 15 to 20 minutes a day to sit quietly, breath deeply, and think of a peaceful picture.

- Try to learn to accept things you can't change. You don't have to solve all of life's problems. Talk out your troubles and look for the good instead of the bad in situations.

- Exercise regularly. Do what you enjoy— walk, swim, ride a bike or jog to get your big muscles going. Letting go of the tension in your body will help you feel a lot better.

- Limit caffeine (coffee, tea and soft drinks). Also limit alcohol and don't smoke.

## How can I live a more relaxed life?

- Think ahead about what may upset you. Some things you can avoid. For example, spend less time with people who bother you or avoid driving in rush-hour traffic.

- Think about problems and try to come up with a good solution. You could talk to your boss about difficulties at work, talk with your neighbor if the dog next door bothers you, or get help when you have too much to do.

- Change how you respond to difficult situations. Be positive, not negative.

- Learn to say no. Don't promise too much. Give your self enough time to get things done.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## How can I learn more?

- Talk to your doctor, nurse or health care professional. Or call your local American Heart Association at 1-800-242-8721.

- If you have heart disease, members of your family also may be at higher risk. It's very important for them to make changes now to lower their risk.

## Do you have questions or comments for your doctor?

- Take a few minutes to write your own questions for the next time you see your doctor. For example:

How can family and friends help?

_____    _____

_____    _____

_____    _____

American Heart
Association.

National Center
7272 Greenville Avenue
Dallas, Texas 75231-4596
1-800-AHA-USA1

©1994, American Heart Association
Your contribution to the American Heart Association supports research that helps make publications like this possible.

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Green, Barrett_
LAST          FIRST          MI

DATE OF BIRTH _10-2-72_          SS# _245724_

**Housing Recommendations:**

Stool for occult Blood ✗
✗ 3 stools

head in if any stool today, to see MD tomorrow

whenever blood is in stool then see MD next day.

② to see MD

1-30-07

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _M Benfield_          Date _1-2-07_

✗ _Barett Green_

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Green, Barrett_____
                        LAST         FIRST        MI

DATE OF BIRTH _10-2-72_____    SS# _245124_____

**Housing Recommendations:**

*Stools for Occult blood x 3*

= 11-29-06
= 12-13-06

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

*Report to HCU on Dec. 21, 2006 @ 8:00 AM MD Appt —*

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

B/p ✓ daily x 14 d @ 6:30 pm

11/29  136/76
11/30  110/70
12/1   120/72
12/2   N/S
12/3   N/S
12/4   140/84
12/5   130/80
12/6   140/80
12/7   120/84
12/8   130/74
12/9   N/S
12/10  NS
12/11  NS
12/12  130/70
12/13  140/80

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _O'Hare, LPN_____    Date _11-28-06_____

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

# HYPERTENSION CLINIC
## Q 3-6 months

Name: Green ____ Barrett   DOB: 10/2/72   AIS#: 245724   R/S: w/m

34980005

## PATIENT HISTORY

Date of Diagnosis: 5-11-06
Current Meds: Inderal 40mg BID = Non-consent
Diet/exercise history: Low salt Diet / Nothing   Compliant?   Yes   No
20/05

**Risk factors (check all that apply)**
✓Family History ✓Smoker_Diabetes_Alcoholism_Drug Abuse_Obesity_CHF_Hyperlipidemia_Renal Disease
-BY PASS -STENT -STROKE -PACEMAKER -HEART ATTACK

| VARIABLE | Date (initial exam) 11/18/06 | Date | Date |
|---|---|---|---|
| BP/Weight/Pulse | 131/82 206 4 48 | | |
| CP | Ⓢ | | |
| Exertional Dyspnea | Ⓢ | | |
| Orthopnea | Ⓢ | | |
| Fundi exam annually | No H T E | | |
| General Appearance | W D W N | | |
| Heart | 5 m s V | | |
| JVD/Carotid Bruits | Ⓢ Ⓢ | | |
| Lungs | Clr TTP | | |
| Abdomen | Epigastric TTP | | |
| Periph. Pulses/edema | 2+ B.L.H Ⓢ | | |

## LABS

| | Date | Date | Date |
|---|---|---|---|
| BMP per MD/NP order | | | |
| DPII annually | 8-18-06 | | |
| UA Dipstick (on-site) | 6-29-06 | | |
| EKG | 9-22-06 | | |
| CXRAY | 5-5-06 | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/ Poor Improved/Worsened |

## PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | 4/22 | | |
| Completed Master Problem Sheet | Yes | | |
| Next F/U | 2-26-07 | | |
| Signature | D Klein RN | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1  BP↓ qd < 140 | 1  BP↑ 120/80 |
| 2 | 2 |

Comments: No blood in stool for 30 days - still ALd all the time. Pt does not want to take BP meds + has not taken for 5+ mnths. Since change in Diet he feels better and his BP's look good and he does not want further meds.

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Green, Barrett_

                      LAST            FIRST         MI

**DATE OF BIRTH** _10-2-72_      SS# _245124_

**Housing Recommendations:**

8/21

8/22

8/23

8/24

      General Population _____

      Medical Observation Unit _____

      Lower Level/Lower Bunk _____

      Suicide Precautions _____

      Special Watch (15 Minute Checks) _____

      Isolation _____

      Initiate Universal Precautions _____

_B/p ✓ daily @ 6:30 pm X 14d_

8/11

8/12

8/13

8/14

8/15

8/16

8/17

8/18

8/19

8/20

**Individual found to be:**

      Frail/Elderly _____

      Physically Handicapped _____

      Developmentally Disabled _____

      Drug/Alcohol Withdrawal _____

      Special Mental Health Needs _____

      Expressed Suicidal Ideation _____

      History of Seizures _____

      Other _____

Specify _____

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

_Barrett Green_

Nurse _T. Stallcup_      Date _8-10-06_

Name _Green, Barrett_    AIS _245134_ D.O.B. _10/2/72_

### Hep A Vaccine

Date _____ By _____

Date _____ By _____

### Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | | |
|---|---|---|
| Date _____ By _____ | Date _____ By _____ |
| Date _____ By _____ | Date _____ By _____ |
| Date _____ By _____ | Date _____ By _____ |
| Date _____ By _____ | Date _____ By _____ |
| Date _____ By _____ | Date _____ By _____ |
| Date _____ By _____ | Date _____ By _____ |

### Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

### TB PPD

Date _3-10-6_ Result _(Neg)_    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____

# INTAKE HEALTH EVALUATION

NAME: Green, Barrett

AIS #: 245124

R.N. evaluation within 24 hours.

D.O.B.: 10/2/72

Age 33   Sex M   Race W   Height 6'2"   Weight 220

Temp: 97.3   B/P: 130/80   Pulse: 60   Resp: 20

** B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

CONFIDENTIAL RECORD

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | ✓ | | Gastritis | | | **HIV/AIDS *** | | ✓ |
| Loss of Consciousness | ✓ | | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | ✓ | | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | ✓ | | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | ✓ | | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | ✓ | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | ✓ | | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | ✓ | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | ✓ | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: 3-8-6 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 3-10-6 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: _____ mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD /20 OS 20/20 | | | | | |
| Hay Fever/Allergies | ✓ | | OU 20/20 | | | **EKG** (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted:   Y   (N)   Refer to Mid-Level or M.D. if yes.

RN or Mid-Level, Signature                 3/9/06
                                           Date/Time

60511-AL   (rev 9/05)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Barrett Green_      Date _03-09-06_

AIS# _245124_

Medical Staff _J. Thomas CNA_ Date _3-9-06_

4/13/04



**PHS**
PRISON
HEALTH
SERVICES

# INTAKE SCREENING

Date: 3/8/00 | AIS#:

Last Name: Barrett Green | First: Barrett | Middle:
Birthplace: | DOB: | SS#:

| FEMALES: Pregnancy test: (circle one) | Positive | Negative | B/P 130/70 | Temp 98.6 | Pulse 60 | Resp 20 | Weight 220 |
| | | | FSBS 105 | If level > 200, repeat within 48 hours. Above 300 call M.D. | | | |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
None

Previous Incarcerations (Date & Facility)
None

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
DO NOT PHOTO COPY

Medications: ☐ None Antidepressants ☐ YES - Call MD/PA/CRNP | Special Instructions (list discharge):
Allergies: ☐ NKA | Past Positive TB Skin Test (Circle one) YES (Complete TB Screening Form) NO

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected
( ) Current intoxication/Abuse  (✓) Use  ( ) Withdrawal Symptoms
( ) Drugs ( ) Alcohol
Describe- What kind? Amount/Frequency?
* If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
Last Use: (Time/Date):

4a) Behavior/Conduct: ( ) Calm  ( ) Cooperative  ( ) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4b) Affect/Mood: ( ) Normal ( ) Manic  ( ) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No

5c) Is there evidence
If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No

5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control
Y or N

Triggers for Close Watch
Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense  Y or N

6a) Communication Difficulties  ( ) Yes  (✓) No
6c) Hearing Impairment  ( ) Yes  (✓) No

6b) Memory Defects  ( ) Yes  (✓) No
6d) Speech Difficulties  ( ) Yes  (✓) No

7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:  None ☑

S)

O)     Fever   Y   N        Swollen Glands  Y   N      Signs of Infection  Y   N        Skin Intact     Y   N

A)

P)

If known Diabetic * Call M.D. for order _____ . Initial Insulin given:_____ .

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Barrett Green        03.08.00
Inmate's Signature/Date

_____ MD-PAP 3/8/00
Health Provider Signature/Date

60412-AL    (rev 9/05)



**PHS**
PRISON HEALTH SERVICES, INC.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Barrett Green, Sheryll     Mother
**Name**                    **Relationship**

3144 AL HWY 125       (334) 735-2875
**Street Address**                    **Phone Number**

Brundidge        AL       36010
**City**                   **State**      **Zip Code**

Bennett Green     245124    418275507   0308·06
**Inmate Signature**          **AIS#**      **SS#**      **Date**

Al Guerette NGFNP            3/8/06
**Witness**                     **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Barrett, Green | | | | |

INTAKE HEALTH APPRAISAL

NAME: _____

AIS#: _____

D.O.B.: _____ R/S _____

**HEALTH CLASSIFICATIONS:**
(Circle One)

1 - No Restrictions

2 – Temporary Restrictions
    See Special Needs Form
3 – Permanent Restrictions
    See Special Needs Form
4 – A&I (Aged & Infirmed)

5 – Not Determined
    Recheck_____.

**PLACEMENT:**

General Population          ( )
Emergency Department   ( )
Isolation                          ( )
Medical Observation       ( )
Other_____

**REFERRAL:**
CCC Placement      ( )

Clinic(s)_____
  See MD/Mid-Level flow sheet
  for clinic(s).
Medical           ( )
Dental            ( )
Mental Health  ( )
Other_____
When: ( ) Immediately
         ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____

_____

| | APPRAISAL | N | Abn/Comment |
|---|---|---|---|
| General Movement | Deformity<br>Pain, Bleeding<br>Habitus, Hygiene | / | |
| Neuro | Mental Status<br>Intox Withdrawal, Tremor<br>Neuro-Deficits | | |
| Skin | Injury, Bruises, Trauma<br>Jaundice Diaphoretic<br>Rash, Lesions, Infestations<br>Needle Marks<br>Color, Turgor | / | Tattoos of<br>Acces. |
| Head | Normocaphalic<br>Atraumatic<br>Hair, Scalp | / | |
| Eyes | Glasses/Vision<br>Pupils<br>Sclera, Conjunctiva | / | |
| Ears | Appearance<br>Canals, TMs, Hearing | / | |
| Nose | Epistaxis<br>Sinuses | / | |
| Throat | Teeth, Gums, Dentures<br>Mouth, Tongue, Tonsils<br>Airway | | |
| Neck | C-Spine, Mobility<br>Veins, Carotids<br>Thyroid, Lymph Nodes | / | |
| Chest | Config. Ausc/Resp<br>Cough/Sputum<br>Breast/Masses | / | |
| Heart | Ausc Rate, Rhythm<br>Murmurs, Ectopy | / | |
| Abdomen | Bowel Sounds<br>Palp, G/R/T, Hernia | / | |
| GU | Flank Tenderness<br>Bladder Tenderness/Distention | / | |
| Back | ROM, Spasm, Injury | / | |
| Extremities | Edema, Pulse | / | |
| Genitals | Injuries/Lesions | | deferred |
| Pelvic Pap | | | |
| Rectal/Guiac   (required @ 45 and up)<br>Deferred/follow-up: | | | |

FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED

Medications Ordered: _____

_(P)_ 3/15/06

M.D. or Mid-Level Signature                    Date/Time

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Green Barrett_ AIS# _245124_

Medication Allergies: _NKDA_

Medical: Chronic (Long-Term) Problems
　　　　Roman Numerals for Medical/Surgical

Mental Health Code: SMI　HARM　HIST　NONE
　　　　Capital Letter for Psychiatric Behavior

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 3-10-6 | PPd can n | | | ODu |
| 04-24-06 | Major Depression | MHJ | | |
| 5/4/06 | Stable HTN | | | R |
| 7/31/06 | Major Depression (in remission) | MH = 1 | | AB, MD |
| 10/12/06 | Major Depression (in remission) | MH = 0 | | SB, MD |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:　Mild – Moderate – or Severe.

Alabama Department of Corrections Mental Health Services
<u>Treatment Plan:  Outpatient Care</u>

**Treatment Plan Initiated on**: 04-25-06    **Treatment Coordinator**: Dr. Brun
**Inmate's Location**:    **Institution**: Ventress Correctional Facility

**DSM IV Diagnosis**:
**Axis I:**    Major Depression
**Axis II:**    Deferred
**Axis III:**    Deferred
**Axis IV:**    Incarceration
**Axis V**    65

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Problem # 1    Inmate reported the following symptoms: anxiety, depression, low energy, feelings of hopelessness, and poor sleep. |
|---|
| Goal: Decrease intensity and frequency of symptoms, with end goal of absence of symptoms.<br><br>Target Date for Resolution:  10/25/06 |
| Intervention(s):  1) Continue supportive therapy.  2)  Review positive coping strategies to manage symptoms. 3) Continue recommended medication regimen.<br><br>Staff Member(s) Responsible: TC, MD, RN    Frequency:  monthly/90 days, PRN |

| Problem # 2 |
|---|
| Goal:<br><br>Target Date for Resolution: |
| Intervention(s):<br><br>Staff Member(s) Responsible:    Frequency: |

| Problem # 3 |
|---|
| Goal:<br><br>Target Date for Resolution: |
| Intervention(s):<br><br><br>Staff Member(s) Responsible:    Frequency: |

Psychiatrist:_____ Date:_____

Treatment Coordinator: _Dr. Brun_____ Date:_____

Mental Health Nurse:_____ Date:_____

Inmate Agreement:_____ Date:_____

Treatment Plan Review to be Conducted by:    (within six months)

| Inmate Name:    Green, Barrett | AIS# 245124 |
|---|---|

Alabama Department of Corrections Mental Health Services
## Treatment Plan: Outpatient Care

**Treatment Plan Initiated on**: 04-25-06    **Treatment Coordinator**: Dr. Brun
**Inmate's Location**:    **Institution**: Ventress Correctional Facility

**DSM IV Diagnosis**:
**Axis I:**      Major Depression
**Axis II:**     Deferred
**Axis III:**    Deferred
**Axis IV:**     Incarceration
**Axis V:**      65


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | |
|---|---|
| **Problem # 1**    Inmate reported the following symptoms: anxiety, depression, low energy, feelings of hopelessness, and poor sleep. | |
| Goal: Decrease intensity and frequency of symptoms, with end goal of absence of symptoms. <br><br> Target Date for Resolution: 10/25/06 | |
| Intervention(s): 1) Continue supportive therapy. 2) Review positive coping strategies to manage symptoms. 3) Continue recommended medication regimen. 3) Flu & Psychiatrist q. 3 month <br><br> Staff Member(s) Responsible: TC, MD, RN          Frequency: monthly/90 days, PRN | |
| **Problem # 2** | |
| Goal: <br><br> Target Date for Resolution: | |
| Intervention(s): <br><br> Staff Member(s) Responsible:          Frequency: | |
| **Problem # 3** | |
| Goal: <br><br> Target Date for Resolution: | |
| Intervention(s): <br><br><br> Staff Member(s) Responsible:          Frequency: | |

Psychiatrist: _SBanerjee, MD._     Date: 6/26/06
Treatment Coordinator: _Dr. Brun_     Date:
Mental Health Nurse: _C Harris LPN_     Date: 06/26/06
Inmate Agreement: X _Barrett Green_     Date: 06/26/06

Treatment Plan Review to be Conducted by:     (within six months)

| Inmate Name:     Green, Barrett | AIS# 245124 |
|---|---|

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## TREATMENT PLAN: INTENSIVE PSYCHIATRIC STABILIZATION UNIT

Treatment Plan Initiated On: 3/22/06          Treatment Coordinator: DSBurrell, MS-MHP
Institution: KCF                              Admitted On: 3/20/06

**DSM IV Diagnosis:**

Axis I: Depression,NOS; Panic Disorder,NOS; Substance Dependence

Axis II: Deferred

Axis III: None Reported

Axis IV: Incarceration

Axis V: 50 @admission

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| |
|---|
| Problem #1 I/M experiencing depressed mood due to 1st incarceration and separation from family members. |
| Goal 1 I/M will report a decrease in depressed by cooperating daily all provided mental health services. |
| Target Date for Resolution: Week |
| Intervention(s): Psychiatrist will continue to prescribe medication regimen. MH Nurses will monitor medication compliance daily. ATs will offer recreational/social therapy to redirect negative thinking to future goal setting. MHP will provide supportive/cognitive therapy to minimize emotional distress. |
| Staff Member(s) Responsible: MH Staff                    Frequency: Daily |

| |
|---|
| Problem #2 I/M experiencing recurrent symptoms of Panic Disorder: fear of losing control of life, chest pain, sweating, shaking and feeling short of breath. |
| Goal: I/M will learn to cope with life stressors as they occur w/o becoming overwhelmed. |
| Target Date for Resolution: Ongoing |
| Intervention(s): With the assistance of MHP, Mr. Green will begin to confront stressful situation in a healthy matter through 1:1/ group therapy. Psychiatrist will continue to prescribe medication regimen. MH Nurse will continue to monitor medication compliance daily. ATs will offer recreational therapy to reduce stress level. |
| Staff Member(s) Responsible: MH Staff                    Frequency: Daily |

| |
|---|
| Problem #3 |
| Goal: |
| Target Date for Resolution: Weekly |
| Intervention(s): |
| Staff Member(s) Responsible: MH Staff                    Frequency: Daily |

Second Page attached:    Yes ☐    No ☒
Psychiatrist: _____         Psychologist: _____
Treatment Coordinator: _____    Activities Therapist: _____
Mental Health Nurse: _____
Correctional Officer Present: Yes ☐    No ☒

Inmate Agreement: _____         Date: 3/22/06

*Treatment Plan Review by:* _____  ( week)

| Inmate Name : GREEN, BARRETT | AIS # 245124 |
|---|---|

ALDOC Form 473-07




FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Green, Barrett_____    BCDC#: _245/24_____

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


_Barrett Green_____        _10·03·06_____
Patient's Signature                                    Date


_____        _____
Dentist's Signature                                    Date



**PRISON HEALTH SERVICES INCORPORATED**



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|  |  |  |  |  |  |

PHS-MD-70022

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DENTAL RECORD**



| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination    3-9-06

Initial Classification

Oral Pathology ..........................................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings

Occlusion

Roentgenograms ..................................
- Periapical
- Bitewing
- Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☐ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 3-9-06 | FM | | OHI | | SW | |
| 10-3-06 | | | H/X reviewed brushing floss | | Pm PDN | |
| | | | OHI - give I o g | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Green    Barrett | 245124 | 10-2-72 | M | KCF |

PHS-MD-70015



Green, Barrett
ID: 245124

D.O.B.: 10/02/1972    33 YEARS
MALE
Meds:
Class:
Dr:          Peasant
Tech:   F smith LPN

09/22/2006 13:01:58

SINUS RHYTHM
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | |
|---|---|
| Vent. Rate: | 72 bpm |
| RR Interval: | 830 ms |
| PR Interval: | 134 ms |
| QRS Duration: | 88 ms |
| QT Interval: | 372 ms |
| QTc Interval: | 393 ms |
| QT Dispersion: | 64 ms |
| P-R-T AXIS: | 57°   20°   43° |

* Unconfirmed Analysis,

L: 0 mm/mV
C: 0 mm/mV

QTc=Hodges

25 mm/s
STABLE 40 Hz

| Specimen # | Control/Req Num* | | |
|---|---|---|---|
| 229-397-0208-0 | 5167287! .7 | Pg 1 | LabCorp® V 1.28 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| N/A | | | S / Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/17/06 | | 08/17/06 | 08/18/06 |

| Patient ID Number | Patient Phone Number | Patient SSN | Account |
|---|---|---|---|
| 245124 | | | 01488850 |

**Patient Name:** GREEN, BARRET   **Sex:** M   **Date of Birth:** 10/02/72

Account:
01488850
Ventress Correctional Facility
Prison Health Services          1
379 Hwy 239
Clayton AL  36016-0767

334-775-3331
PROV:
DR.ID: PEASANT

**Comments**
PATIENT AGE: 033/10/15

**Tests Requested** CMP12+LP+TP+TSH+6AC+CBC/D/Plt

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 79 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.1 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 13 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.8 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 16 | | | 8 - 27 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 106 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.5 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.4 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 6.9 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, S | 85 | | IU/L | 25 - 150 | MB |
| LDH | 159 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 54 | | IU/L | 0 - 55 | MB |
| GGT | 31 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 68 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 193 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 129 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 49 | | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 26 | | mg/dL | 5 - 40 | |
| **LDL Cholesterol Calc** | **118** | **High** | mg/dL | 0 - 99 | |
| Comment | | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors. | | | | | |
| T. Chol/HDL Ratio | 3.9 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.7 | | times avg. | 0.0 - 1.0 | |

                                T. Chol/HDL Ratio
                                     Men    Women
                         1/2 Avg.Risk  3.4     3.3
                             Avg.Risk  5.0     4.4
                          2X Avg.Risk  9.6     7.1

**FINAL REPORT**

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

GREEN, BARRET          245124          229-397-0208-0  Seq# 7024  08-18-06 06:13ET

Universal #2

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RESULTS
NOT TO BE PHOTOCOPIED

| Specimen # | Type | Primary Lab | Report Status | | | | |
|---|---|---|---|---|---|---|---|
| 135-397-0177-0 | R | MB | Final | PG | | **LabCorp** | |

TIME 0000    03/01/2006    11:22ET

Additional Information

DOB: 10/02/72
FASTING

| Physician ID | Patient ID | TVOL |
|---|---|---|
| RAYAPATI | 245124 | 0000 |

| Patient Name | 000-000-0000 | Sex | Age (Yr/Mos) | Account |
|---|---|---|---|---|
| **GREEN** , **BARRETT** | | **M** | **033.07** | VENTRESS CORRECTIONAL FACILITY 01488850 |

Pat. Addr.

PRISON HEALTH SERVICES                    1
379 HWY 239                               1

| Date Collected | Date Entered | Date Reported | | CLAYTON | ,AL 36016-0767 |
|---|---|---|---|---|---|
| 05/15/06 | 05/15/06 | 05/16/06 | INQY | 334-775-3331  ALN | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

|  |  |  |  |  |  | MB |
|---|---|---|---|---|---|---|
| Thyroid | | | | | | MB |
| TSH | 2.979 | | uIU/mL | 0.350 – 5.500 | | MB |
| Thyroxine (T4) | 8.1 | | ug/dL | 4.5 – 12.0 | | MB |
| T3 Uptake | 34 | | % | 24 – 39 | | MB |
| Free Thyroxine Index | 2.8 | | | 1.2 – 4.9 | | MB |
| | | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | | MB |
| WBC | 7.0 | | x10E3/uL | 4.0 – 10.5 | | MB |
| RBC | 5.14 | | x10E6/uL | 4.1 – 5.6 | | MB |
| Hemoglobin | 16.5 | | g/dL | 12.5 – 17.0 | | MB |
| Hematocrit | 47.5 | | % | 36.0 – 50.0 | | MB |
| MCV | 92 | | fL | 80 – 98 | | MB |
| MCH | 32.0 | | pg | 27.0 – 34.0 | | MB |
| MCHC | 34.7 | | g/dL | 32.0 – 36.0 | | MB |
| RDW | 13.1 | | % | 11.7 – 15.0 | | MB |
| Platelets | 299 | | x10E3/uL | 140 – 415 | | MB |
| Neutrophils | 58 | | % | 40 – 74 | | MB |
| Lymphs | 29 | | % | 14 – 46 | | MB |
| Monocytes | 8 | | % | 4 – 13 | | MB |
| Eos | 4 | | % | 0 – 7 | | MB |
| Basos | 1 | | % | 0 – 3 | | MB |
| Neutrophils (Absolute) | 4.1 | | x10E3/uL | 1.8 – 7.8 | | MB |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 0.7 – 4.5 | | MB |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1 – 1.0 | | MB |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 – 0.4 | | MB |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 – 0.2 | | MB |

*** END OF REPORT ***

------------------------------------------------------------------------
LAB: MB LabCorp Birmingham           DIRECTOR: John    N Elgin        MD
     1801 First Avenue South Birmingham, AL  35233-0000
------------------------------------------------------------------------
For inquires, the physician may contact: Branch: REPORT PHONE Lab: 205-581-3500
                       Last Page of Report

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call   REPORT PHONE

| | | REPORT | © 2003 Laboratory Corporation of America® Holdings |
|---|---|---|---|
| GREEN | , BARRETT | 245124 | All Rights Reserved |
| | | 8/9/2006 | |

08 Aug 2006 11:22 FROM: LABCORP .S F6    TO:13347753610    3BCORP    PAGE 001
To: BRENDA

Ventress Correctional Facility



| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 135-397-0177-0 | R | MB | Final PG 1 |

TIME 0000

DOB: 10/02/72

FASTING

Patient Name 000-000-0000   Sex M   Age (Yr/Mos) 033.07

**GREEN    ,BARRETT**

Pat. Addr.

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 05/15/06 | 05/15/06 | 05/16/06 | INQY |

03  01

8/8/2006    11:22 ET

RAYAPATI    245124    0000

**VENTRESS CORRECTIONAL FACILITY 01488850**
PRISON HEALTH SERVICES                    1
379 HWY 239                               1
CLAYTON         ,AL  36016-0767
334-775-3331    ALN

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 91 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 6.0 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 19 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 19 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 100 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.4 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | | 4.9 H | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, S | 92 | | IU/L | 25 - 150 | MB |
| LDH | 130 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 26 | | IU/L | - 40 | MB |
| ALT (SGPT) | | 64 H | IU/L | 0 - 55 | MB |
| GGT | 32 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 76 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 190 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 107 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | | 35 L | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 21 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | | 134 H | mg/dL | 0 - 99 | |
| Comment | | | | | MB |

_handwritten: HX Alcohol + Drug abuse_  _TP_  _8/10/06_

    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors.

| T. Chol/HDL Ratio | 5.4 H | ratio units | 0.0 - 5.0 |
|---|---|---|---|
| Estimated CHD Risk | 1.1 H | times avg. | 0.0 - 1.0 |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call   REPORT PHONE

GREEN    ,BARRETT    REPORT 245124

© 2003 Laboratory Corporation of America® Holdings
8/9/2006    All Rights Reserved

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 6/30/2006
TIME OF REPORT: 8:38 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 27/245124 | BARRETT GREEN | Ventress |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 6/29/06 | 8:30 AM | | 6/29/06 | 8:30 AM |



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

*KMB 1.19.06*

CLIA ID NO. 01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DEPARTMENT OF CORRECTIONS

DATE: _5-31-06_

### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _normal_

PROTEIN _trace_

pH _5_

BLOOD _neg_

SPEC. GRAVITY _1.025_

KETONE _neg_

GLUCOSE _normal_

HCG _/_

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Green, Barrett | #245124 | 10/2/72 | w/m | UCF |

PHS-MD-70012

**LABORATORY REPORTS**

Seg 803

Name: *Green, Barrett*

State ID No: *245124*

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

DOB *10·3·72*

INSTITUTION: *Ventress CF*

Race: *W*    Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| *Rayapaty, CCC* | *5·5·06* | | ✔ | | |

HISTORY/DIAGNOSIS:

*CCC CUHTN per protocol*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | X | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN FELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

Green

### REPORT

Chest: The heart is not enlarged. The lungs are clear.

IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 0-09-06  Maurice H. Rowell/rr  Board Certified Radiologist (Signature on file)

| X-R. TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME  EXAM PERFORMED *5-8-06* |
|---|---|---|
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

WHITE COPY-CHART COPY: CANARY-PHYSICIAN'S COPY: PINK-R COPY



ID: #STAT#06032812052̄4

D.O.B.:
Meds:
Class:
Dr:
Tech:

03/28/2006  12:05:24

Vent. Rate:        56 bpm
RR Interval:     1057 ms
PR Interval:      144 ms
QRS Duration:      86 ms
QT Interval:      396 ms
QTc Interval:     389 ms
QT Dispersion:     48 ms
P-R-T AXIS:    62°   67°   65°

Summary: ABNORMAL ECG

SINUS BRADYCARDIA
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
    Low R waves in anterior leads
POSSIBLE ANTERIOR INFARCTION - AGE UNDETERMINED

                                              * Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

L:  10  mm/mV
C:  10  mm/mV

QTc=Hodges

Alr:a 3000  (rt_rev2005032024(1004)

Serial #A3000-007713

25 mm/s
~STABLE 40 Hz

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

MH #17

| Date of Request | Requested By | | Patient Status | Rx Ordered |
|---|---|---|---|---|
| 3/20/66 | Adams | | ☐ IP  ☐ OP | |

| Clinical Diagnosis | | Date R Offset |
|---|---|---|

# EKG

FOR RECORD ONLY USE
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Date of Surgery

## AREA OF TREATMENT (CIRCLE)

PROGRESS NOTES:



## RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Green | Barrett | | | W/M | MH#17 |

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient/Status | Rx. Ordered |
|---|---|---|---|
| 5/22/06 | DR. Adams | ☑ IP   ☐ OP | |
| **Clinical Diagnosis** | | MH # 17 | **Date of MD Order** |

# EKG

| Date of Surgery |
|---|

## AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Green, Barcett | # 245124 | W/M | | | |

 **LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0600

 FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|----------|------|-------------|---------------|---|---|
| 068-205-5076-0 | S | MB | COMPLETE | Page #: | 1 |

Phone: 205-581-3500

ADDITIONAL INFORMATION

CLINICAL INFORMATION

NPY19          FASTING: N
               DOB: 10/02/1972

CD- 41139328258

| PATIENT NAME | SEX | AGE(YR/MOS.) |
|--------------|-----|--------------|
| GREEN,BARRETT | M | 33 / 5 |
| PT. ADD.: | | |

PHYSICIAN ID.          PATIENT ID.
ROBBINS M                245124

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL  36507-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|--------------------|------|---------------|---------------|------|---|
| 3/09/2006 | 6:00 | 3/09/2006 | 3/10/2006 | 7:19 | 7801 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 7.7 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.87 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.9 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.9 | % | 36.0 - 50.0 | MB |
| MCV | 90 | fL | 80 - 98 | MB |
| MCH | 32.6 | pg | 27.0 - 34.0 | MB |
| > MCHC | 36.1H | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.6 | % | 11.7 - 15.0 | MB |
| Platelets | 315 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 61 | % | 40 - 74 | MB |
| Lymphs | 27 | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 3 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 4.7 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

DATE OF REPORT: 3/10/2006
TIME OF REPORT: 11:24 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY19/245124 | BARRETT GREEN | Kilby |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 3/9/06 | 8:30 AM | | 3/9/06 | 8:30 AM |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

CLIA ID NO.  01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

Ventress Correctional Facility                                      11/06

Propranolol HCl ( for Inderal ) 40MG
Tab      60.00

Take 1 tablet(s) by mouth twice daily

9am 9 9 99 9 999 99 999 999  99 9 99 99 9 9999 9 28
9pm 9 99 9 9 9 9999 999 9 9999 9 99 999

08-05-2006                    Peasant, J.
01-31-2007                    251801810

Tums ii p⁰ TID     3A
X 90 days          9A
                   9P

11-28-06                 Peasant, MD
2-28-07

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NKA

Population
245124

**Green, Barrett**

Ventress Correctional Facility                                          10/06

Propranolol HCl ( for Inderal  ) 40MG
Tab      60.00

Take 1 tablet(s) by mouth twice daily

9Am

9Pm

08-05-2006                    Peasant, J.
01-31-2007                         251801810

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NKA

Population
245124

**Green, Barrett**

Ventress Correctional Facility                                      09/06

Inderal  40MG Tab      60.00

Take 1 tablet(s) by mouth twice daily

9Am 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9

9Pm 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9      BL

08-05-2006                Peasant, J.
01-31-2007                251801810

ES Tylenol 500mg
ïï  TID x 5 days
PRN

9A
3P
9P

9-22-06        Peasant
9-27-06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

K Lee WPN       KL /Mphison MM

Hrithly PN      MBenefield MD
                J Hurd, EA  PA

Population
245124

**Green, Barrett**

Ventress Correctional Facility                                      08/06

Prozac 20MG Cap        30.00

Take 1 capsule(s) by mouth in the
evening

9pm                D/C'd  7/31/06

05-06-2006                    Banerjee MHM, S.
08-03-2006                       251488119

---

Benadryl 25MG Cap        30.00

Take 1 capsule(s) by mouth in the
evening

9pm                D/C'd  7/31/06

05-06-2006                    Banerjee MHM, S.
08-03-2006                       251488120

---

Inderal 40mg ÷ po
B.d

9pm a 9 9 9 99 9 9 9 9 9 9

9pm a 9 9 9 99 9 9 9 9 9
6/25/06
12/25/06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Floyd CRNP

---

Population
245124

**Green, Barrett**

Ventress Correctional Facility                                      07/06

Prozac 20MG Cap         30.00

Take 1 capsule(s) by mouth in the
evening

05-06-2006                    Banerjee MHM, S.
08-03-2006                    251488119

Benadryl 25MG Cap        30.00

Take 1 capsule(s) by mouth in the
evening

05-06-2006                    Banerjee MHM, S.
08-03-2006                    251488120

Inderal 40mg + Po
B=d

6/25/06
12/25/06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Population
245124

**Green, Barrett**

Ventress Correctional Facility

06/06

Prozac 20MG Cap     30.00

Take 1 capsule(s) by mouth in the evening

05-06-2006
08-03-2006

Banerjee MHM, S.
251488119

Benadryl 25MG Cap     30.00

Take 1 capsule(s) by mouth in the evening

05-06-2006
08-03-2006

Banerjee MHM, S.
251488120

Inderal  40MG Tab     60.00

Take 1 tablet(s) by mouth twice daily

04-19-2006
06-17-2006

Rayapati, Samuel
251419253

Doxycycline 100mg
po BID x 21 days

5-31-06
6-21-06

Rayapati

Prep H- Rectal
Supp -i qhs x
30 days

5-31-06
6-30-06

Rayapati

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Population
245124

**Green, Barrett**

Ventress Correctional Facility                                    05/06

Inderal 40MG Tab          60.00

Take 1 tablet(s) by mouth twice daily

04-19-2006                    Rayapati, Samuel
06-17-2006                    251419253

Prozac 20mg po q PM
x 90 days

05/04/06                    Dr Banerjee
08/04/06

Benadryl 25mg po
q PM x 90 days

05/04/06                    Dr Banerjee
08/04/06

Doxycycline 100mg QA
po BID x 21 days qp

5-31-06                    Rayapati
7-31-06

Prep-H Supp rec.
4 qhs x 30 days qp

5-31-06                    Rayapati
6-30-06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Population
245124

**Green, Barrett**

Kilby          VCP                    3/06

Tylenol 4R mg
PC Bid x 30 d/
PRN
                    3/20/06
                    4/20/06      Adams

                 New Order
                    3/20/06

Tylenol 650mg
P.O TID PRN          0900
                    1400
                    2000

    x 30 days       3/22/06      Adams
                    4/21/06

Triavil 4/52
P.L 6 HS        12c
    x 7 day         3/23/06      McGinn
                    3/30/06

INDERAL 40g PO   0900
BID x 30D        2000
                    3/28/06      McGinn
                    4/21/06

TRIAVIL 4/50 #
PO QHS x 30D     2000
                    3/28/06      McGinn
                    4/28/06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

                            ODavis (MD)

Allergies    NKDA

Housing Unit
Patient     245124

KCF

Pamelor 75mg
P.O QHS

X60days

2000

3/9/06
5/9/06

McGion

Celexa 20mg
P.o. q HS X
70 days

2000

3-17-06
4-17-06

McGin

Trazodone
50mg Po
q HS x 30
days

200

3-17-06
4-17-06

McGin

25mg phenergan
IM
dose & labor

3-19-06
3-19-06

Inderal 20mg
P.O BID

X30days

1000

6000

3/22/06
4/22/06

McGion

Celexa 40mg
P.o q AM

X30days

0900

3/22/06
4/22/06

McGion

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies    DKDA

245124

10.2.22

4/06

Facility Name:

Stragacine 5cmg
PC e A s x 3cd    2000    D|C    3/31/06    |||

5-17-06
4-17-06

DISMISSED
FOR INMATE — MAIL CARE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Inderal 40 mg po 0900
B10 x 3cd    2000    V △ I D    3/31/06    |||

3-22-06
4-28-06

Dylurel 650 mg
PO TID PRN
x 3cd

3-22-06
4-21-06

TRIAVIL 4/50 #
PO QHS x 30D    2000    D|c'd 4/24/06 STP

3/28/06    McGINN
4/28/06

INDERAL 20g PO    0900
B10 x 60D    2000    See new order

3/31/06    McGINN
5/31/06

Inderal 90 mg    9A
PO B10 x 60D    9p

Rarapati

4-16-06
6-16-06

Diagnosis

Allergies    NKA

Housing Unit
Patient
Case Name    #295124

R. Washington    BW

T. Washington PM
B. Washington



PRISON
HEALTH
SERVICES
INCORPORATED

PHS PROPERTY NOT TO BE
CONFIDENTIAL MATERIAL
NOT TO BE PHOTO COPIED

### Vital Signs Flow Sheet

Patient Name: Green, Barrett     # 245794
Date of Birth: 10-3-72

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 3/21 | 3/23 | 3/06 | | | | | | | | | |
| Time | | | | | | | | | | | | |

**TEMPERATURE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | |
| 100 | | | 94 | | | | | | | | | |
| 98 | 98 | 94 | | | | | | | | | | |
| 96 | | | | | | | | | | | | |

Wgt | 219 | 229 | 237

**BLOOD PRESSURE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 260 | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | |
| 140 | 140 | | 140 | | | | | | | | | |
| 120 | | 130 | 90 | | | | | | | | | |
| 100 | 70 | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 60 | | 50 | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |

**PULSE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | |
| 100 | 84 | 84 | 80 | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |

**RESPIRATION**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 18 | 18 | 18 | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |

PHS-MD-70063

Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Green_  _Barrett_
                              First

Inmate Number: _245124_     Date of Birth: _10_ _02_ _1972_
                                                    MM   DD    YYYY

Date of Report: _11_ _26_ _2006_    Time Seen: _7:15_  AM (PM) Circle One
                    MM   DD    YYYY

---

**Subjective:** Chief Complaint(s): "I've been having Abd pain et blood

Onset: _in my stool." - onset Aweek_

Brief History: _9-11-06 - last episode of Abd pain et_
(Continue on back if necessary)
_Here et stool_

---

**Objective:** Vital Signs: (As Indicated) T: _98²_ P: _62_ RR: _18_ B/P: _130_,_84_  _97% O2-Sat_

Examination Findings: _⊕ BSx4 Nontender to touch, Non-_
(Continue on back if necessary)
_distended  States - has a BM q 3 days._
_5/10 on pain scale._

---

**Assessment:** (Referral Status)   Preliminary Determination(s): _Alt in comfort_

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☑ Other: _↑ PO intake et exercise_
      (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): _Percogesic ii PO now_

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr. Peasant_     Date for referral: _11_ _28_ _2006_
                                                                                      MM   DD    YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _B. Brannon LPN_     Name: _B. Brannon LPN_
   Nurses Signature                    Printed



PRISON HEALTH SERVICES, INC.
**SICK CALL REQUEST**

Print Name: _Barnett Brown_ Date of Request: _11-23-06_
ID # _245124_ Date of Birth: _10-02-72_ Location: _7A27_
Nature of problem or request: _I'm still having stomach pains_
_if you will just run the test to check for ulcers_
_I can get better. I can't eat starches. I'm feeling_
_bad. This is not the first try I've made at treatment,_
_all are slacking. I've been sick_ _Barnett Brown_
_from these for a few months here._ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _11-26-06_
Time: _7:24_ AM (PM)
Allergies: _NKDA_

RECEIVED
Date: _11/26/06_
Time: _7:24P_
Receiving Nurse Intials _BB_

**(S)ubjective:** _See Net Tool_

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**(A)ssessment:**

**(P)lan:** _Return to HCU on 11/28/06 @ 730 Am_
_for MD appt_

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_B Brannon LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool: FOR PROFESSIONAL USE ONLY Chest Pain

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: Green, Barrett
_____ Last _____ First _____ MI

Inmate Number: 245124              Date of Birth: 10 / 102 / 1922
                                                MM    DD    YYYY

Date of Report: 09 / 122 / 2006         Time Seen: 1255  AM / **PM** Circle One
                MM    DD    YYYY

**Subjective:** Chief Complaint(s): "Um having palpitations in my chest + pain"
Onset: 1030 - 1130              Activity prior to onset: Ø - Inmate states
                                that he was laying in bed.

History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

Description of Pain: ☐ Burning ☑ Stabbing ☐ Dull/Achy ☐ Pressure-like ☐ Crushing ☐ Other: ___
Duration of Pain: Hours              Does anything relieve the pain? Not sure
Onset of Pain: ☐ New onset ☐ Sudden ☐ Gradual ☑ Chronic   Pain Scale: (1-10) 5      History of injury? ☐ YES ☐ NO
Radiation: ☐ No radiation     ☐ Radiation to: ___
Aggravating Factors: ☐ Exertion ☐ Stress ☑ Food intake ☐ Movement ☐ Coughing ☐ Other: ___
Associated Symptoms: ☐ Nausea/Vomiting ☐ Diaphoresis ☐ Dyspnea ☐ Syncope ☐ Cough ☐ Sputum production ☐ Hemoptysis
                     ☐ Fever ☐ Chills
Cardiac Risk Factors: ☐ Family history ☑ Smoke: ___ ppd ___ years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD
History of: ☐ Peptic ulcer ☑ Illicit drug use   ☐ Cardiac disease ☐ Nitroglycerin use

**Objective:** Vital Signs: (As Indicated) T: 99  P: 87  RR: 18  B/P: 124 / 80
Pulse Ox %: 99%  % ☐ Room Air ☐ O2 LPM: ___

General Appearance: ☐ No acute distress ☑ Alert ☑ Oriented x 3     ☐ Anxious     ☐ Acute distress      Lung sounds:
Color: ☑ Normal ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced                                          Right        Left
Skin: ☑ Warm ☑ Dry ☐ Cool ☐ Moist/Clammy                                                          ☑  Clear      ☐
EKG ordered? ☐ YES ☐ NO                                                                           ☐  Diminished ☐
EKG interpretation / computer read or available for physician? ☑ YES ☐ NO                          ☐  Crackles   ☐
                                                                                                  ☐  Rhonchi    ☐
☐ Additional Examination: noncompliant c ordered 40mg was noncompliant +    ☐  Wheezing   ☐
(Continue on back if necessary)                                                    ☐ Check Here if continued on back
unable during assessment.

**Assessment:** (Referral Status)       Preliminary Determination(s): Alteration in Comfort
☑ Referral **NOT** Required                        R/T chest pain
☐ Referral **Required** due to the following: (Check all that apply)
   ☐ Acute distress          ☐ Abnormal vital signs              ☐ Recurrent Complaint (More than 2 visits for same complaint)
   ☐ Cardiac history         ☐ Suspicious cardiac symptomology   ☐ Cardiac Risk Factor present
   ☐ History of recent illicit drug use   ☐ Other: ___
   Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
   appropriate care to be given.

**Plan:** Check All That Apply: *Acute distress* – arrange for immediate emergency transport
   ☐ Administer oxygen if in acute distress    ☐ ASA _____ mg po
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should
      do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Instructions to return if condition worsens.
   ☑ Other: Dr. Peasant notified
                              (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List): Tylenol 500mg TID PRN x5 days

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): ___              Date for referral: __ / __ / __
                                                                              MM   DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ___    Time: ___

X _F. Smith_              Name: F. Smith Lpn
   Nurses Signature                Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Green Barrett_

Date of Birth: _10-2-72_     Social Security No.: _245/27_

Date: _9-11-06_     Time: _9 55_     A.M. / P.M.

This is to certify that I, _Green Barrell_ , currently in
(Print Inmate's Name)

custody at the _VCF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _I refuse to allow the_
(Specify in Detail)
_Dorter to exam for prostate and_
_rectal exam_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

X _Barrett Green_     _____
(Signature of Inmate)**     (Signature of Medical Person)

_V. Young Jr_     _B. Cannon PCT_
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: BARRET GREEN   Date of Request: 7/7/00
ID # 245124   Date of Birth: 10-2-72 Location: 9B3T
Nature of problem or request: Diagnosed with H-palori bacteria
need treatment, Stomach pains, Just remembered
diagnosis and not treated.

_____ Barrett Green
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 7/7/06
Time: 1245 AM (PM)
Allergies: NKA

| RECEIVED |
| --- |
| Date: 7-17-06 |
| Time: 8: |
| Receiving Nurse Intials DS |

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:** See next toal

**(P)lan:** Report to Hcu - need 7/26/06 for appt
R.N.

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE (X)      EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Green_ _____ _Barrett_ _____
_Last_ _First_

Inmate Number: _245134_ _____ Date of Birth: _10 / 2 / 79_
_MM DD YYYY_

Date of Report: _2 / 11 / 06_ _____ Time Seen: _12:45_ AM / **PM** Circle One
_MM DD YYYY_

**_Subjective:_** Chief Complaint(s): _Stomach Pain_

Onset: _2 years ago_

Brief History: _went to Dr. before getting locked up this day_
(Continue on back if necessary)
_& if flaire, never got treated for it. was taking meds_
_with a reminder my Dr. wanted to get it treated but they_
_forgot about it._

☐ Check Here if additional notes on back

**_Objective:_** Vital Signs: (As Indicated) T: _99.3_ P: _65_ RR: _20_ B/P: _90 / 70_

Examination Findings: _Alt #202 2 Sat 97% C/O pain in stomach_
(Continue on back if necessary)
_around umbilical area. no tenderness nor lumps._
_Admits having firm stools but not hard_
_stool_

☐ Check Here if additional notes on back

**_Assessment: (Referral Status)_** Preliminary Determination(s): _Alt. in Health_
☐ Referral **NOT REQUIRED** _Comfort_

☒ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☒ Other: _Stomach Pain_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:_____
(Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List):_____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. W. Barnes_ _____ Date for referral: _2/24/06_
_MM DD YYYY_

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _[signature]_ _____ Name: _J. Adisen_ _____
Nurses Signature _Printed_



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Barrett Green_    Date of Request: _7·10·06_
ID # _245124_    Date of Birth: _10-02-74_ Location: _98507_
Nature of problem or request: _Stomach pains_
_previously diagnosed with H-Pilori bacteria_
_also vision loss_
_Need Treatment_    _Barrett Green_
                                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7 / 5/06_
Time: _1956_ ___ AM PM
Allergies: _____

```
┌─────────────────────────────────────┐
│             RECEIVED                 │
│ Date:                                │
│ Time:                                │
│ Receiving Nurse Intials _____       │
└─────────────────────────────────────┘
```

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**    _waiver signed_

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
            If Emergency was PHS supervisor notified:    Yes ( )      No ( )
                    Was MD/PA on call notified:    Yes ( )      No ( )

_____
                    _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS

Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Green, Barrett

Inmate Number: 245124          First    Date of Birth: 10 10 21 1972
                                                      MM   DD    YYYY

Date of Report: 05 30 2006     Time Seen: 1845 AM / PM  Circle One
                MM  DD  YYYY
NKDA

**Subjective:** Chief Complaint(s): I'm passing blood in my stool; pain in prostate area

Onset: 2 weeks ago

Brief History: I'm passing blood in my stool & I'm having
(Continue on back if necessary)
pain in my prostate area. It's been bright red
blood

☐ Check here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 99.2  P: 70  RR: 20  B/P: 120 / 60  Wt 216 #

Examination Findings: Bowel Sound ⊕ x 4
(Continue on back if necessary)

☐ Check here if additional notes on back

**Assessment:** *(Referral Status)*      Preliminary Determination(s): _____
   ☐ Referral NOT REQUIRED
   ☒ Referral REQUIRED due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
   ☒ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
   should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
      (Describe)
OTC Medications given  ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): Dr Rajapati          Date for referral: 5 31 06
                                                                                    MM DD YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____
                                                                               Time
x G Johnson LPN          Name: G Johnson LPN
   Nurses Signature                    Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Barrett Green                    Date of Request: 05-28-06
ID # 245124                    Date of Birth: 10-02-72 Location: 9B50T
Nature of problem or request: Bloody stool. Stomach pains.
Don't know cause of, thought it was
constagation. It's been 2 or 3 weeks
like that now.
                                              Barrett Green
                                                  Signature

Refer to MD Sheet

### DO NOT WRITE BELOW THIS LINE

Date: 5/30/06
Time: 1845    AM PM
Allergies: NADA

RECEIVED
Date: 5.30.06
Time: 1845
Receiving Nurse Intials

**(S)ubjective:**

**(O)bjective:**   (V/S): T: ___  P: ___  R: ___  BP: ___  WT: ___

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:** Appt c̄ Dr Rayapati Wednesday 5/31/06
@ 0800

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

                        G Johnson LPN
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY** *OS# 9790   P-76*

| ADMISSION DATE | | TIME | ORIGINATING FACILITY | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|---|
| 5 | 13 /06 | 1610 ☐AM ☑PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐_____ | ☑ OUTPATIENT |

| ALLERGIES  *NKDA* | *H 222 Lbs* | CONDITION ON ADMISSION ☑GOOD  ☐FAIR  ☐POOR  ☐SHOCK  ☐HEMORRHAGE  ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP  *97.8*  ☑ORAL ☐RECTAL | RESP.  *20* | PULSE  *70* | B/P  *130/80* | RECHECK IF SYSTOLIC <100> 50   / |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | | | | |
|---|---|---|---|---|---|
| *Sitting here for a DOC Body chart I did have handcuffs on during my car ride from Troy, Alabama* | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ ᶻ | LACERATION / _____ SUTURES |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

*O: A+O X3, Skin is Wet D, Escorted to HCU by Officer R. Campbell. Redness was noted around both wrists. Dry scalp noted on top of right shoulder R/T old surgery*

*A: DOC Body Chart*

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| *P: Continue to monitor. Released to the custody of DOC Officer R. Campbell. For any medical CP sick appt after sick call* | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**  *As Written above*

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 05 /13 /2006  1625 ☐AM ☑PM | | ☑DOC  ☐AMBULANCE  ☐_____ | ☑SATISFACTORY  ☐POOR  ☐FAIR  ☐CRITICAL |

| NURSE'S SIGNATURE  *G Johnson LPN* | DATE  *5/13/06* | PHYSICIAN'S SIGNATURE  R | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  *Green Barrett* | DOC#  *248124* | DOB  *10/2/72* | R/S  *W/M* | FAC.  *VCF* |
|---|---|---|---|---|

(White - Record Copy, Yellow - Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY    Ventress

| ADMISSION DATE 4 /27/06 | TIME 530 AM/PM | ORIGINATING FACILITY ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98.4 | ORAL RECTAL | RESP. 20 | PULSE 82 | B/P 138,78 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

5 "Processed into seg"

Ø. amb to HCU in
NAD. a C̄ O x 3.
resp. reg & Unlabored
Denies injury or c/o
pain. No request.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

wt. 226

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A- DOC Body chart

P- Release to DOC

E- sign up for sick
call as needed.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIAGNOSIS

INSTRUCTIONS TO PATIENT
As Above

| DISCHARGE DATE 4/27/06 | TIME 547 AM/PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Deal LP | DATE 4-27-06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Green Barrett | DOC# 245124 | DOB 10/2/72 | R/S W M | FAC. VCF |
|---|---|---|---|---|

PHS HP 70007          (White - Record Copy, Yellow - Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Barrett Green _____    Date of Request: 0403006 _____
ID # 245124 _____    Date of Birth: 10·02·72 Location: _____
Nature of problem or request: Headaches, Confusion, Dizzyness,
need to get back on medication. Halucinations,
etc.
_____

                          Barrett Green _____
                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 5/2/06                │
│ Time: 8.30                  │
│ Receiving Nurse Intials DS  │
└─────────────────────────────┘

**(S)ubjective:**


**(O)bjective    (V/S): T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____


**(A)ssessment:**


**(P)lan:**    Refer to MH m

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )


_____
                *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _Ventress C.F._ | Institution: _KCF_ | _NKA_ |
| Date: _4/10/06_ Time: _1600_ AM/PM | Date: _4/8/06_ Time: _____ AM/PM | PHYSICAL EXAMINATION |

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_Kilby C.F._

RELEASE FROM:
☑ Infirmary   ☐ Segregation
☑ Population   ☐ Mental Health
☐ Other

RECEIVING MEDICAL STATUS
☑ Population
☐ Infirmary
☐ Isolation

RELEASE TO:
☐ DOC   ☐ Infirmary   ☐ Mental Health
Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: _____
Chest X-Ray Date: _____ Result: _Qul_
PPD Reading _3/10/06_
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | | ☐ | ☐ | Wears Glasses/Contacts | ☐ | ☑ |
| Urinalysis | 3/9/06 | ☐ | ☐ | Dental Prosthesis | ☐ | ☑ |
| | | ☐ | ☐ | Hearing Aide | ☐ | ☑ |
| | | ☐ | ☐ | Other Prosthesis | ☐ | ☑ |

_T. Stadlin pn_
Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_Major Depression_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_Trazd 400 7 PO Qhs_

| MEDICATIONS | ☐ Sent w/ inmate | ☐ Not sent w/ inmate |
|---|---|---|
| X-RAY FILM | ☐ Sent w/ inmate | ☐ Not sent w/ inmate |
| HEALTH RECORD | ☐ Sent w/ inmate | ☐ Not sent w/ inmate |
| Released to: | | |

Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☐ Received | ☑ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☑ Not Received |
| HEALTH RECORD | ☑ Received | ☐ Not Received |
| CHART REVIEWED | ☑ YES | ☐ NO |

Received by: _T. Stadlin pn_
Signature of Receiving Nurse
Date: _4/10/06_ Time: _1600_ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical   ☐ Dental | | | | |
| ☑ Mental Health | | | | |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No | NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | ✓ | | SKIN | Open Sores | | ✓ | Sick Call Procedures Explained | _Yes_ |
| | Mental Illness | ✓ | | | Lice | | ✓ | Height | _6'8"_ |
| | Suicide Attempt | | ✓ | | Edema | | ✓ | Weight | _231#_ |
| | Chronic Care | | ✓ | | Warm & Dry | ✓ | | Blood Pressure | _130/82_ |
| | | | | | Cool & Moist | | | Temperature | _98.6_ |
| STATUS | Special Diet | | ✓ | CONDITION | Alert | ✓ | | Pulse Resp. | _90/18_ |
| | Appearance | | | | Oriented | | | Other _____ | |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Uncooperative | | | | |
| | | | | | Depressed | | | | |

_Q.Q. ____ RN_
Signature of Nurse Completing Assessment (Sending Nurse)    Date _4/8/06_

_T. Stadlin pn_
Signature of Intake Screening Nurse (Receiving Nurse)    Date _4/10/06_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Brown, Barrett_ | _245724_ | _10/2/72_ | _W/m_ | _KCF_ |

PHS-MD-70009    (White - Medical Jacket, Yellow - Transfer Coordinator)



**PHS**
PRISON
HEALTH
SERVICES,
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Kilby_ | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|
| 3/19/06 | 0010 ☐AM ☑PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | ☑ OUTPATIENT |

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP _99⁵_ ☐ORAL ☐RECTAL | RESP. _20_ | PULSE _68_ | B/P _170/120_ | RECHECK IF SYSTOLIC <100> 50 _____/_____ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

S: C/o Chest discomfort Mid-line of chest TU epigastic region. I took anacid in the pass and it helped me. I have had this problem x 4 months I can't think straight. H/o psy-problem. I have anixety I can't take no precribed Medication "

O: Rambling communication stating chest discomf, need discomfort, palpatation, can't take medication

**PHYSICAL EXAMINATION**
psy problems, can't think straight problems x 4 months B/P 170/120 at this time.

A: Alt in comfort R/T Dx.
P: Blood pressure check Mon & Wed x 4 weeks
EKG -Unable °Do EKG agitated.
Referral to psy Nurse-Mrs Richardson
D Adams notified & states continue B/P checks.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DIAGNOSIS | | |
|---|---|---|

INSTRUCTIONS TO PATIENT
F/u B/P ✓ Mon + Wed ; psy referral

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|---|
| 3/19/06 | 0010 ☐AM ☑PM | | | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Angila Bhowen RN | 3/19/06 | (P) 3/20/06 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Green, Barrett | 245184 | 10/0/72 | W/M | Ki |

(White - Record Copy Yellow - Pharmacy Copy)

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|-----------|----------------|---------------|

11/28/06 — * Pt does not want rectal exam.

Ⓐ Abd pain ? Etio
- H/O GI Bleed
- H/O ? Giving him IV/IM injection of drug 5 him keep
H/O Smoking cocaine

Ⓟ see not

Ⓔ tx plan

1-2-07 — WT 220   B/P 130/80   P 52   R 20   T 98⁸
5 "Ulcers"

33 yo wt c/o Abd pain + rectal bleeding. Pt states he has hemorrhoids. Pt c/o skipping breakfast everyday, most time skips lunch, and eats supper — because food hurts my stomach.

Ⓞ Abd soft c̄ c/o pain on palpation of Abd mild 5 quarters

Ⓐ H/O ulcers
- c/o Hem (unchanged)
- Hem ⊕ stool on 12/4/06

Ⓟ Repeat stool for occult blood

Ⓔ tx plan

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Date/Time | Inmate's Name: | Green Barrett | D.O.B.: 10/21/72 |

7-3-06  wt 204  T 98.6, O2 Sat 98%, BP 128/80

P 82, 28 c/o blood in stool, heavy, shifting of earthquakes in head, stomach pain

(S) 33 yo wm c/o blood in stool. Last tx for blood in stool 2 days ago. Had colonoscopy 2/04 for pain in abdom + blood in stool. The blood is crimson in color.

- c/o All sudden causing me to bend over. All state food hurts my stomach + vomiting. Sut had diarrhea I would go. I feel nauseated every once in a while

- HA they wake me from sleep. I can hear a fizzing in my head. Also I feel my brain shifting out of here -- since 11/05. Double vision c/o blurred vision. If I bathe my vision is better b/c the water runs over my eyes. Pt c/o possibly having a STD

(O) Alert NAD

Neuro intact    Finger to nose wnl

PERRLA  Ears intact

Neck supple - no bruit   FOR PROFESSIONAL USE ONLY
                         CONFIDENTIAL RECORD
HR 5 reg              NOT TO BE PHOTO COPIED

Abd soft

lungs clear              Rectal - no hemorrhoids

(A) ① Rectal bleeding  No evidence of  - Heme ⊖ stool
    ② HA ? Eto
    ③ Worried about - STD's or as cause of problems
                   - ∅ VD in past  RPR ⊖ at Kilby 6/06
    ④ (+) H pylori by H/ Had colonoscopy by H/O

(C) As per order
    ② POC / ROI regarding H pylori & colon study



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Green, Barrett #245124 | D.O.B.: 10/21/72 |
|---|---|---|

5/31/06  WT-213# B/p-120/90  T-97.6  P-56  R-18
0800  Bloody Stool / Swollen prostate -

S) No Blood - Yesterday -
   2 wks -
   intermittent -
   red -
   No H/O Haemorrhoids -
   +Hd Benign Exam

DRE  mild internal Haemorrhoids palpable
     prostate relatively larger than normal
     and Tender -
     no nodule Smooth movable

A) acute -
   prob? PROSTATITIS -
   Haemorrhoids -

P) prepH
   Doxy Cycline

E) Comply
      R

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Green Barrett ~~PHS#~~ 245124  D.O.B.: 10 12 172 |
|---|---|
| 8-10-06 | Wt. 212  P 61  T 98.6  B/p 122/82  R 20  O2 sat 98% |
|  | CCC - HTN |
|  | See ccc note for 8/10/06 |
| 9-11-06 | Wt 212  P 56  T 97.8  B/p 110/80  R 20 |
|  | f/u |
|  | Ⓢ C/O still seeing blood in stools. Did not get |
|  | BP reading done. Pt c/o pain in prostate |
|  | area. (blood stated onto prostate in 5/06 |
|  | got seen referral from Dr. ____) |
|  | Ⓞ Pt refuses any ____. |
|  | (He knows what wrong) to just |
|  | want blood work done. |
|  | Ⓐ - Abd pain / blood in stool |
|  | - c/o pain in prostate area. |
|  | Ⓟ - Rectal - √ prostate √ |
|  | - Heme test blood √ ____ |
|  | Ⓔ poc: |
|  | Still need BP √ |
| 11/28/06 | CCC 𝄪 |
|  | abdominal pain / blood in stool |
|  | Ⓢ Pt c/o abd pain - can't take Zantac. |
|  | No blood in stool last 30 days. |
|  | Ⓞ alert NAD |
|  | Abd soft c epigastric TTP |
|  | over → |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON
HEALTH
SERVICES
INCORPORATED**

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / <br> ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / <br> ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Green, Barrett <br> 245/24 <br><br> D.O.B. 10/2/72 <br> ALLERGIES: NKA | DIAGNOSIS (If Chg'd) <br><br> *FOR PROFESSIONAL USE ONLY* <br> *CONFIDENTIAL RECORD* <br> *NOT TO BE PHOTO COPIED* |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Green, Barrett <br> #245124 <br> D.O.B. 10/2/72 <br> ALLERGIES: NKA <br> Use Second    Date  1/21/89 | DIAGNOSIS (If Chg'd) <br> ① Stool ⓢ occult Blood X2S bag <br> ② TD H/CW C report of bld <br> in stool in 2I° X 3Ddys <br> ③ F/U in week <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED ④ Ross/Sr MD |
| NAME: Green Barrett <br> 245124 <br><br> D.O.B. 10/2 72 <br> ALLERGIES: NKDA <br> Use First    Date 1/1 059 | DIAGNOSIS <br> ① BPV X 12 d <br> ② Stool for occult Blood <3 stool <br> ③ Seru H. pylori test <br> ④ TUMs 1 ° ° TID X 90 dys <br> ⑤ F/O 3-4 wk V Abd <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHYSICIANS' ORDERS**

---

NAME: Green, Barrett
#245124

D.O.B. 10 12 72
ALLERGIES: NKA

Use Last    Date 9/11/06

DIAGNOSIS (If Chg'd)
① Stool *souple* R3 for Haworth.
② BP ↓ q d × 14 days
③ Refused form for *Proctate*
   + rectal exam

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green Barrett
#245124

D.O.B. 10 12 72
ALLERGIES: NKDA

Use Fourth    Date 8/10/06

DIAGNOSIS (If Chg'd)
① BP ↓ q d × 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green Barrett 245124

D.O.B. 10 2 72
ALLERGIES: NKDA

Use Third    Date 8/3/06

DIAGNOSIS (If Chg'd)
Inderal 40mg ↑ po BID × 180 days
DPII *fasting per protocol*
V/O Dr. Pearson / Murphier

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett
245127

D.O.B. 10 2 72
ALLERGIES: NKA

Use Second    Date 7/2/06

DIAGNOSIS (If Chg'd)
① HCU visit 4-6wk c̄ MD

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett
#245124

D.O.B. 10 2 72
ALLERGIES: NKA

Use First    Date 7/3/06

DIAGNOSIS
D/C Prozac   (time adjusting meds)
D/C Benadryl

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

USE ONLY

CONFIDENTIAL RECORD

NOT TO BE PHOTO COPIED

**PHYSICIANS' ORDERS**

---

NAME: Green, Barrett

#245124

D.O.B| 0 , 2 , 72

ALLERGIES: NKDA

Use Last     Date 5/1 , 06

DIAGNOSIS (If Chg'd)

1) Doxy Cycline 100mg PO Bid x 3 wks
2) Prep H - Rectal supp i HS x 3d
3) D/C Store

Noted July 11 QTR 1m
7/31/04 1230A

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green Barrett

D.O.B. 10 / 2 /72

ALLERGIES: Nkda

Use Fourth     Date 5 / 5 /06

Noted
5-5-06
Thompson

DIAGNOSIS (If Chg'd)

DP II fasting per protocol + CXR
U/O Dr. Rayappaty Thompson

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: GREEN, BARRETT

245124

D.O.B. /0, 2, 72

ALLERGIES: NKA

Use Third     Date 5/4/06

Noted
1145A
Cothunwrit
5-4-06

DIAGNOSIS (If Chg'd)

Prozac 20 mg. PO Q PM ) x 90 days
Benadryl 25 mg. PO Q PM )

SBanerjee, MD

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett

#245124

D.O.B. /0 2 72

ALLERGIES: NKA

Use Second     Date 4/24/06

NOTED
3 PM
Cothunwrit
04/24/06

DIAGNOSIS (If Chg'd)

D/c Trilavil (pm refusing)

SBanerjee, MD

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett

#245124

D.O.B. /0 2 72

ALLERGIES: NKA

Use First     Date 4/6/06

Noted
Staff
4/6/06

DIAGNOSIS

Trilavil 40 mg po BID x 60 days
B/o x daily x 7 days +
Admit Gen 14 th)
U/O Dr. Rayapati T. Staci, Cpn

□ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY



# MHM Correctional Services, Inc.



## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:      /     / | |
| ALLERGIES: | |
| Use Last      Date:      /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:      /     / | |
| ALLERGIES: | |
| Use Fourth      Date:      /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:      /     / | |
| ALLERGIES: | |
| Use Third      Date:      /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.:      /     / | |
| ALLERGIES: | |
| Use Second      Date:      /     / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | |
|---|---|
| NAME: Green, Barrett # 245124 | DIAGNOSIS Major Dep |
| D.O.B.: 10/2/72 | ① D.C. Trazodone |
| ALLERGIES: NKDA | ② Decrease Inderal to 20g po BID |
| [W-96] | x 7 d then d.c. Inderal x 30 d |
| Use First      Date: 3/3/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

WHITE – MEDICAL RECORDS COPY    CANARY – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306 (800) 247-2343  PRINTED IN U.S.A.



PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHYSICIANS' ORDERS**

---

NAME: Green, Barrett
# 245124
D.O.B. 10 21 72
ALLERGIES: NKDA

Use Last    Date 3 28 06

DIAGNOSIS (If Chg'd)

① Increase ___ to 4/50 ½ p.o. hs x 30
② Increase Inderal to 40; p.o. ½10 x 30

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett
245124
D.O.B. 10 2 72
ALLERGIES: NKDA

Use Fourth    Date 3 23 06

DIAGNOSIS (If Chg'd)

① D.C. Clark
② Trial 4/50 Frosh.s Trosh.s 1d
July

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett
245124
D.O.B. 10 2 72
ALLERGIES: NKDA

Use Third    Date 3 22 06

DIAGNOSIS (if Chg'd)

① BP √s    2x/wk x 4wks
② Flu OPC ī mo   (BP √'s)
③ Increase Tylenol to 650 mg
   p.o. TID x 30d PRN
④ Need EKG ordered   3/20/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett
# 245124
D.O.B. 10 2 72
ALLERGIES: NKDA

Use Second    Date 3 20 06

DIAGNOSIS (If Chg'd)

① Inderal 20y BID x 30d
② Increase Celexa
   40; p.o. gm x 30d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Green, Barrett
D.O.B.  /  /
ALLERGIES:

Use First    Date 3 20 06

DIAGNOSIS

① Tylenol 650 mg p.o. BID x 30d PRN
② Vital signs please
③ EKG
④ Flu OPC 1wk

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY

**MHM Correctional Services, Inc.** 

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Green, Barrett<br># 245124<br>D.O.B.: 10/2/72  Kilby<br>ALLERGIES: NKDA | DIAGNOSIS (If Chg'd)<br>Anxiety NOS<br><br>① Vistaril 50 mg po × 7d |
| Use Last    Date: 3/20/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Green, Barrett<br>245124    noted<br>D.O.B.: 10/2/72   3/19/06<br>ALLERGIES: NKDA   A. Flowers<br>                    LPN<br>                    930<br>Use Fourth  Date: 3/19/06   AM | DIAGNOSIS (If Chg'd)<br>Keep on Temp. Observation until<br>evaluated on Monday (3/20/06) by<br>Psychiatrist<br>    T.O. Dr. Sanders / A. Flowers, LPN |
| Use Fourth  Date: 3/19/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Green, Barrett<br>245124<br>D.O.B.: 10/2/72<br>ALLERGIES: NKDA | DIAGNOSIS (If Chg'd)<br>① Pt. dose 25mg IM phenergan<br>② Place in cell be observation<br>③ ... when calm<br>RO Phone order Dr. ...<br>... |
| Use Third   Date: 3/19/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Green, Barrett<br>245124    0010<br>D.O.B.: 10/2/72<br>ALLERGIES: NKDA | DIAGNOSIS (If Chg'd)<br>Blood check checks on Mon +<br>Wed × 4 weeks<br><br>TVO B. Adams CRNP / A. Beesey R.N. |
| Use Second  Date: 3/18/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Green, Barrett<br>245124   Barrett<br>D.O.B.:  /  /<br>ALLERGIES: | DIAGNOSIS<br>① D.C. Pamelor.    hs.<br>② Celexa 20g po AM × 30d<br>③ Trazodone 50mg ghs × 30d |
| Use First   Date: 3/17/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Last     Date:   /   / | ❑ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Fourth     Date:   /   / | ❑ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Third     Date:   /   / | ❑ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Second     Date:   /   / | ❑ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NAME: Green, Barrett, _____ 3/9/_ | DIAGNOSIS Dep NOS |
|---|---|
| 245124          Kilby | ① Pamelor 75 g × 60 d |
| D.O.B.: 10 / 2 / 72     [E-77] | _____ |
| ALLERGIES: NKA | |
| Use First     Date: 3 / 9 / 06 | ❑ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**WHITE** – MEDICAL RECORDS COPY     **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

# EXHIBIT A.1


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 3/8/06 | AIS#: | |
|---|---|---|

| Last Name: Barrett Green | First: Barrett | Middle: |
|---|---|---|
| Birthplace: | DOB: | SS#: |

**FEMALES:** Pregnancy test: (circle one)  Positive / Negative     B/P 130/70   Temp 98.6   Pulse 60   Resp. 20   Weight 220
FSBS 105   If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
None

Previous Incarcerations (Date & Facility)
None

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Medications: ☐ None  Antidepressant  ☐ YES - Call MD/PA/CRNP
Allergies: ☐ NKA

Special ☐ NOT to be...
Past Positive TB Skin Test (circle one)  YES (Complete TB Screening Form)  NO

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ) Alert  (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected
( ) Current intoxication/Abuse  (✓) Use  ( ) Withdrawal Symptoms
( ) Drugs  ( ) Alcohol
Describe- What kind? Amount/Frequency?

• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):

4a) Behavior/Conduct: ( ) Calm  ( ) Cooperative  ( ) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4b) Affect/Mood: ( ) Normal ( ) Manic  ( ) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No
5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No
5c) Is there evidence
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control
Y or N

Triggers for Close Watch
Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense  Y or N

6a) Communication Difficulties  ( ) Yes  (✓) No
6b) Memory Defects  ( ) Yes  (✓) No
6c) Hearing Impairment  ( ) Yes  (✓) No
6d) Speech Difficulties  ( ) Yes  (✓) No

7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:  None

S)

O)     Fever  Y   N          Swollen Glands  Y   N       Signs of Infection  Y   N          Skin Intact       Y   N

A)

P)

If known Diabetic * Call M.D. for order _____.  Initial Insulin given: _____.

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Barrett Green            03.08.06                          MO-PAP  3/8/06
Inmate's Signature/Date                                    Health Provider Signature/Date

60412-AL    (rev 9/05)

# EXHIBIT A.2

N610

FOR PROFESSIONAL USE ONLY
NOT TO BE PHOTO COPIED

ALABAMA DEPARTMENT OF CORREC. CONFIDENTIAL RECORD

*RECEIVING SCREENING FORM*

Inmate's Name: Green Barrett W/245124 Date: 4-10-06 Time: 9:00 AM

DOB: 10-2-72 Officer: REYNOLDS Institution: VCF

| | *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ | |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ✓ | |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 5. | Have you ever attempted suicide? | | ✓ |
| | (If YES, When? _____ How? _____) | | |
| | Do you want to do any harm to yourself now? | | ✓ |

# EXHIBIT A.3



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Barrett Green _____ Date of Request: 03·18·06 _____
ID # 245124 _____ Date of Birth: 10·02·72 Location: M·115
Nature of problem or request: _Have been seen for Meds. Have discovered_
_hot spot on head. Causing side effects. Cool & Damp_
_rag on head seems to help. I can think straight._
_Need diagnosis. Have Blue Cross Blue Shield Insurance._
_Sincerely, Not joking._ _Barrett Green_____
                                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN   notes

CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )                     See Prog.
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )     3/20/06
          Was MD/PA on call notified:   Yes ( )   No ( )          (n

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# EXHIBIT A.4



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Green, Barrett | D.O.B.: / / |
|-----------|------|------|

**3/20/06**
**1235**

c/o "hot spot" on head "@ times" & c/o panic attacks & tapping in chest.

Ø VS Available

Ø medical chart Avail.

Hrt - S₁S₂ ; RRR ; Ø ⊕/gallop

Lgs - CTA Ⓑ

HEENT - Ⓑ Tm's - WNL

throat - CLEAR

nodes - neg

Scalp - old , well-healed scars noted Ø lesions

A/P: 1) Intermittent HA

- Tylenol x 30d PRN

2) Panic Attack R/o palpitations

- EKG / need V.S.

- F/u ↑ wk / PRN

E: Tx plan

_Bhms_

**3/22/06**
**1155**

Pt. c/o intermittent HA / ↑ BP

BP ¹⁴⁰/₁₀₀ today

Ø D in PE ; EKG Ⓟ

1) HTN - BP ✓'s / F/u ↑ mo

2) Intermittent HA - ↑ Tylenol

F/u As shed

**Complete Both Sides Before Using Another Sheet**

E: Tx plan       _Bhms_

# EXHIBIT A.5



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Green, Barrett #245124 | D.O.B.: 10.21.72 |
|---|---|---|

5/31/06 WT-213# B/P-120/90 T-97.6 P-56 R-18
0800 Bloody Stool/swollen prostate -

       No Blood - Yesterday -

(O)    2 wks -

       Intermittent -

    Red -

    No H/O Haemorrhoids -

     Abd Benign Exam

    DRE mild internal Haemorrhoids palpable

      prostate relatively larger than normal

      and Tender -

      + mucosa smooth movable

(A) acute- prof prostatitis -

      Haemorrhoids -

(P)   prepH

      Doxy Cycline

(E) Comply

        R

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# EXHIBIT A.6

| Date/Time | Inmate's Name: | Green Barrett | D.O.B.: 10/21/72 |

7-3-06  wt 204  T 98.6, O₂Sat 98% , B/P 128/80

P 82  82%  blood in stool , heavy shifting or
earthquakes in head, stomach pain

⑤  33 yo w-m  C/O blood in stool. Last test for blood
in stool 2 days ago. Had colonoscopy 2/04 for pain
in abdomen + blood in stool. the blood is crimson in color.
- C/O Abd sudden cramping mid + food aversion "All state
food Hurts my Stomach." + Vomiting svc hx'd dunker
I would go. I feel nauseated every once in a while
- HA  they wake me from sleep. I can hear a fizzing in
my head. Also I feel my groin shifting out of
limb -- since 11/05. + double vision C/o
blurred vision. If I bath my vision is better or
the water runs over my eyes. Pt C/O possibly having
a STD

⑥ Alert NAD
Nares intact  Finger to nose wnl
PERRLA  Ears intact
Neck Supple - no Bruits
Ht 5 mg ✓
Abd soft
Bwl S Edema       Rectal - no hemorrhoids
Ⓐ ① Rectal Bleeding  No evidence of  - Heme ⊖ stool
   ② HA ? Eti
③  Worried about - STD's as the cause of problems
              - ⊘ VD in past. RPR ⊖'d July 6/06
④  ⊕ H pylor  bx W/ Had colonoscopy bx w/o
Ⓒ  As per order
   ② POC / ROI regarding H. pylori + colon study

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARRETT GREEN (AIS #245124), | * | |
| | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| V. | * | 2:06-CV-1052-MEF |
| | * | |
| PRISON HEALTH SERVICES, INC., | * | |
| | * | |
|     Defendant. | * | |
| | * | |

## **AFFIDAVIT OF JOHN M. PEASANT, M.D.**

Before me, Reba Currie , a notary public in and for said County and State, personally

appeared JOHN M. PEASANT, M.D., and being duly sworn, deposed and says on oath that the

averments contained in the foregoing are true to the best of his ability, information, knowledge and

belief, as follows:

"My name is John Peasant. I am a medical doctor and am over twenty-one years of age. I am

personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician

in Alabama since 1974. I have served as the Medical Director for Ventress Correctional Facility in

Clayton, Alabama, since August 1, 2006. At all pertinent times, my employment at Ventress

Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which

currently contracts with the Alabama Department of Corrections to provide medical services to

inmates.

Barrett Green (AIS # 245124) is currently incarcerated as an inmate at Ventress Correctional

Facility. I am familiar with Mr. Green's medical history and conditions, and have seen and evaluated

him as a patient on numerous occasions. I have also reviewed Mr. Green's medical records, (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Green had made a Complaint in this matter that Ventress Correctional Facility has failed to provide him with appropriate medical treatment between March 2006 and October 2006. Mr. Green's allegations are unfounded, as this inmate has been provided appropriate care at all times.

Mr. Green has a medical history of chest pain, stomach pain, blood in his stools, and headaches. He has been treated with the appropriate medicine and tests for the above complaints. Mr. Green was also seen and treated in our Mental Health Unit for symptoms related to depression and anxiety and was again treated with the appropriate medication. He has been treated each time he raised any health complaints.

Based on my review of Mr. Green's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Ventress Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Ventress.

At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Ventress Correctional Facility, denied Mr. Green any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Green. At all times, Mr. Green's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

2

Further affiant sayith not.

JOHN M. PEASANT, M.D.

STATE OF ALABAMA                              )

COUNTY OF _Barbour_                           )

Sworn to and subscribed before me on this the 22ⁿᵈ day of Jan., 2007.

NOTARY PUBLIC
My Commission Expires: 9-8-09

3

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARRETT GREEN, (AIS #245124),          *

                                         *

        Plaintiff,

                                         *

V.                                                      2:06-CV-1052-MEF

                                         *

PRISON HEALTH SERVICES, INC.

                                         *

        Defendant.

                                         *

## **AFFIDAVIT OF NETTIE BURKS, H.S.A.**

**BEFORE ME,** Reba Currie _____, a notary public in and for said County and State, personally appeared **NETTIE BURKS, H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Nettie Burks. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associate's Degree in nursing from Wallace Community College in Dothan, Alabama. I have worked as a registered nurse at Ventress Correctional Facility in Clayton, Alabama since 1997. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Ventress Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Ventress Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Request Slip." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate request slip allows an inmate to communicate any healthcare related concern by placing the inmate request slip in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and meet with the inmate to discuss the complaint.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the Department of Corrections Shift Office or healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the inmate request slip. I again meet with the inmate to discuss his complaint.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate in a final attempt to address his concerns verbally.

It is my understanding that Barrett Green has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical care. However, Mr. Green has failed to exhaust Ventress's informal grievance procedure relating to the receipt of medical care for his alleged condition. Specifically, Mr. Green has not submitted all appropriate and required forms. As such, the healthcare unit at Ventress Correctional

Facility has not been afforded the opportunity to resolve Mr. Green's medical complaints prior to filing suit.

Further affiant sayeth not.

_NETTIE BURKS, H.S.A._

STATE OF ALABAMA          )
                          )
COUNTY OF Barbour         )

Sworn to and subscribed before me on this the _10th_ day of _Jan._, 2007.

_Reba J. Currie_
Notary Public

_____

My Commission Expires:

9-8-08