IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHREN DISTRICT

2007 MAR 19 A 10: 27

...RA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BARRETT BREEN (245124 AIS #)    *    CIVIL ACTION:2:06-CV-1052-MEF

plaintiff    *

       vs.    *

     *

PRISON HEALTH SERVICES, INC.    *

defendant    *

### RESPONSE

Comes now the plaintiff, Barrett Green, by and through pro se, and does now present this indesputable evidence derived from medical records provided by the defendant. Its submitted in tandem with aff-idavits and information downloaded from reliable sources on the internet.

## CERTIFICATE OF SERVICE

I certify that a copy of the previous response has been served by U. S. Mail on this 12th day of March, 2007, to:

/s/ Paul M. James, Jr. (Jam017)           *  Office of the Clerk
                                           *
                  C/O                      *  United States District Court
                                           *
Rushton, Stakely, Johnston & Garrett, P.A. *  P. O. Box 711
                                           *
         Attorneys at law                  *  Montgery, Al. 36101-0711
                                           *
184 Commerce Street                        *    Official Business
                                           *
P. O. Box 270                             &*
                                           *
Montgomery,Al. 36101-0270                  *
                                           *
Attorney for defendant                     *
                                           *
Prison Health Services, Inc.               *


Barrett Green (AIS#245124)

Attorney Pro Se for the

Plaintiff

MIDDLE DISTRICT OF ALABAMA
OFFICE OF
ERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

OFFICIAL BUSINESS

US POSTAGE

$01.839
03 19 2007
Mailed From  36104
US POSTAGE

F.4-0186

Ventress Correctional Facility
P.O. Box 767
Clayton, AL., 36016

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION

Middle District of Alabama
OFFICE OF
Clerk, United States District Court
P.O. Box 711
Montgomery, AL., 36101-0711
Official Business



STATE OF ALABAMA
COUNTY OF _Barbour_

### *AFFIDAVIT*

BEFORE ME, _Carolyn R. Abercrombie_____, a notary public in and for
said County and State, personally appeared ____Barrett Green AIS # 245124,
and being duly sworn, deposed and says on oath the following:

I was mis-diagnosed as soon as 3-19-06
at Kilby where nurse made clerical error. I
offered a complaint of chest and stomach pains
relieved by antacids for previous 4 months. I
was there for fear of stroke or cardiac arrest,
B.P was 170/120. And I stated "I cant think
straight". And below in conclusive area she
switched the statements around to showing mental problems
X 4 months.

Further affiant sayith not.

_Barrett Green_
Signature of Affiant

**Subscribed and sworn to before me this**

_7th_ day of _March_____, 20_07_.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007

Comm. Exp. Date

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY



| ADMISSION DATE 3/18/06 | TIME 0010 ☑AM ☐PM | ORIGINATING FACILITY  Kilby  ☐SIR ☐PDL ☐ESCAPEE ☐ | | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|---|

ALLERGIES  NKA

| | CONDITION ON ADMISSION ☐GOOD ☑FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP 97⁵  ☑ORAL ☐RECTAL    RESP. 20    PULSE 68    B/P 170/120    RECHECK IF SYSTOLIC <100> 50  /

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S: C/o Chest discomfort Mid-
line of chest TU epigastic
region. I took anacid in
the pass and it helped me.
I have had this problem x 4 months
I can't think straight. H/o
psy - problem. I have aniexty
"I can't take no precribed
medication"

O: Rambling communication
stating chest discomt, need discomfort
palpatation, can't take medication

PHYSICAL EXAMINATION

psy problems, can't think straight
problems x 4 months B/P 170/120
@ this time.

A: Alt in comfort RT DX.

P: Blood pressure check Mon +
Wed x 4 weeks
EKG - unable. ° DO EKG agitated.
Referral to psy Nurse - Mrs Richardson
D Adams notified + states continue
B/P checks.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIAGNOSIS

INSTRUCTIONS TO PATIENT
F/U B/P ✓ Mon + wed ; psy referral

| DISCHARGE DATE 3/19/06 | TIME 0010 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  Angela Bhown RN | DATE 3/19/06 | PHYSICIAN'S SIGNATURE (P) 3/20/06 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S w/ | FAC |
|---|---|---|---|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Green Barrett_

AIS #: _____    LOCATION: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Prozac | 20mg | | |
| Benadryl | 25mg | | |
| Inderal | 20mg | | |

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation:

S - The medicine is causing me to have some
thought to g harm to myself but when I stop taking it
I stop having them

Reported by: _C. Harris LPN_    Date: _07-24-2006_

**MENTAL HEALTH NURSE FOLLOW-UP:**

O - Alert to surroundings č No complaints @ present
denies harm to self/others today.
A - Non- Compliance: Prepared Problems č Meds
P - Schedule to Eye Dr. Banerjee for Medication re-evaluation

Follow-Up by: _C. Harris LPN_    Date: _07-24-06_

**PSYCHIATRIC REVIEW/PLAN:**

Please review progress notes dated 7/31/06.
SBanerjee MD.

Follow-Up by: _____    Date: _____

| Inmate Name _Green Barrett_ | AIS # |
|---|---|

DOC Form #458-01

AR 458 — August 30, 2001

STATE OF ALABAMA
COUNTY OF  Barbour

### *AFFIDAVIT*

BEFORE ME,  Carolyn R Abercrombie , a notary public in and for
said County and State, personally appeared  Barrett Green  AIS # 245124
and being duly sworn, deposed and says on oath the following:

The claim of illegal detention is caused
by the original misinterpretation on 3-19-06
leading to my submittal to mental health
instead of treating my physical problem. I
got off of psyche meds on 7-24-06 after
having suicidal thoughts. I quit prozac and
it stopped. 5% side effet of said drugs I had
been to court on 7·15·6 and should be granted
re-hearing as not mentally culpable.

Further affiant sayith not.

Barrett Green
Signature of Affiant

Subscribed and sworn to before me this
7th/6th day of March , 2007.

Carolyn R. Abercrombie
Notary Public

My Commission Expires August 18, 2007

Comm. Exp. Date

STATE OF ALABAMA
COUNTY OF Barbour

### AFFIDAVIT

BEFORE ME, Carolyn R Abercrombie , a notary public in and for
said County and State, personally appeared Barrett Green AIS #245124,
and being duly sworn, deposed and says on oath the following:

I filed on 5-28-6 stated Bloody stool and
stomach pains. Doctor did rectal said
minor symptoms of hemroid. That does
not cover stomach pains and as such
was not an accurate diagnosis.

Further affiant sayith not.

Barrett Green
_____
Signature of Affiant

Subscribed and sworn to before me this

7th day of March , 20 07.

Carolyn R. Abercrombie
_____
Notary Public
My Commission Expires August 18, 2007

_____
Comm. Exp. Date



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Barrett Green_     Date of Request: _05-28-06_

ID # _245124_     Date of Birth: _10·02·72_ Location: _9B5OT_

Nature of problem or request: _Bloody stool. Stomach pains._
_Don't know cause of, thought it was_
_constagation. It's been 2 or 3 weeks_
_like that now._

         _Barrett Green_
           Signature

_Refer to M.D. Sheet_

### DO NOT WRITE BELOW THIS LINE

Date: _5/30/06_
Time: _1845_ AM (PM)
Allergies: _NADA_

RECEIVED
Date: _5.30.06_
Time: _1845_
Receiving Nurse Intials _MB_

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:** _Appt ō Dr Rayapati Wednesday 5/31/06 @ 0800_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment     Return to Clinic PRN
                        CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
       Was MD/PA on call notified:    Yes ( )    No ( )

         _G Johnson LPN_
            SIGNATURE AND TITLE
            _Barrett Green 245124_

WHITE:    INMATES MEDICAL FILE

**PHS**

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Green Barrett_

Inmate Number: _245124_

Date of Report: _05 30 2006_
NKDA

Date of Birth: _10 1021 1972_

Time Seen: _1845_ AM / PM  Circle One

**Subjective:** Chief Complaint(s): _I'm passing blood in my stool, pain in prostate area_

Onset: _2 weeks ago_

Brief History: _I'm passing blood in my stool et I'm having
pain in my prostate area. Its been bright red
blood_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _99.2_ P: _70_ RR: _20_ B/P: _120 60_ Wt _216¾_

Examination Findings: _Bowel Sound ⊕ x4_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)          Preliminary Determination(s): _____
☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply) _____
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
               (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List) _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where) _Dr Rajapati_     Date for referral: _5 31 06_
                                                                              Time
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

x _G Johnson LPN_          Name: _G Johnson LPN_
     Nurses Signature                        Printed

STATE OF ALABAMA
COUNTY OF _Barbour_

### _AFFIDAVIT_

BEFORE ME, _Carolyn R. Abercrombie_____, a notary public in and for said County and State, personally appeared _Barrett Green AIS # 245124_, and being duly sworn, deposed and says on oath the following:

I filed another on 7·10·06 after an unsuccessful follow up visit and stated I had previously been diagnosed with H-pylori. This was reminded by my Mom after discussing this with her. Nothing done to detect H-pylori or ulcers although on 1st sick call Doctor checked Referral required.

Further affiant sayith not.

_Barrett Green_
Signature of Affiant

Subscribed and sworn to before me this

_7th_ day of _March_____, 20_07_.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Barrett Green_      Date of Request: _7·10·06_

ID # _245124_      Date of Birth: _10-02-71_ Location: _4850T_

Nature of problem or request: _Stomach pains_
_previously diagnosed with H-Pilori bacteria_
_also vision loss_
_Need Treatment_

            _Barrett Green_
                 Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _7/15/06_
Time: _1956_ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective**   (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

waiver signed

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                           CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )

                           _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE

STATE OF ALABAMA
COUNTY OF _Barbour_

## *AFFIDAVIT*

BEFORE ME, _Carolyn R. Abercrombie_ , a notary public in and for said County and State, personally appeared _Barrett Green AIS # 245124_ and being duly sworn, deposed and says on oath the following:

I was not satisfied with the results and filed another form on 7·17·06 . Still no bloodwork, or X rays or any other form of test to find problem and treat it. Doctor wanted to do rectal exam after 2 and no other tests done I refused to ⊗ take. Hoping he would see need for other tests.

Further affiant sayith not.

_Barrett Green_
Signature of Affiant

Subscribed and sworn to before me this

_7th_ day of _March_ , 20 _07_ .

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRETT GREEN_  Date of Request: _7/17/00_
ID # _245124_  Date of Birth: _10-2-72_ Location: _9B3T_
Nature of problem or request: _Diagnosed with H-palori bacteria_
_need treatment, Stomach pains; just remembered_
_diagnosis and not treated!_

_Barrett Green_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/17/06_
Time: _12 45_ AM (PM)
Allergies: _NKA_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _7-17-06_            │
│ Time: _8:00_              │
│ Receiving Nurse Intials _DS_ │
└─────────────────────────────┘

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** _See Nt total_

**(P)lan:** _Report to 4cu - Med 7/26/06 fav appt_
_& DN._

Refer to: (MD)/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_J Ellis, LPN_
SIGNATURE AND TITLE

WHITE·  INMATES MEDICAL FILE



**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Green_                    _Barrett_
                                         First                              Last                    MI

Inmate Number: _245134_                  Date of Birth: _10/2/79_
                                                        MM  DD  YYYY

Date of Report: _2/17/06_                Time Seen: _12:45_ AM / PM Circle One
                MM  DD  YYYY

**_Subjective_:**  Chief Complaint(s): _Stomach Pain_

Onset: _2 years ago_

Brief History: _Went to Dr. before getting locked up with this same complaint, never got treated for it, was taking meds with_
(Continue on back if necessary) _nothing reminded me I need to get it treated but that forgot about it._

☐ Check Here if additional notes on back

**_Objective_:**  Vital Signs: (As Indicated) T: _99.²_  P: _65_  RR: _20_  B/P: _90/120_

Examination Findings: _Wt #202, Sat 97% c/o pain in stomach._
(Continue on back if necessary) _cardiac umbilical area. No tenderness or lumps. admits having firm stools but not hard stool_

☐ Check Here if additional notes on back

**_Assessment:_ (Referral Status)**    Preliminary Determination(s): _Alt. in Health_
    ☐ Referral **NOT REQUIRED**                                        _Comfort_

☑ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☑ Other: _Stomach pain_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan_:**  Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
              (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. W. Barnes_        Date for referral: _2/26/06_
                                                                                      MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _Kellis RN_                    Name: _J. Artis, LN_

STATE OF ALABAMA
COUNTY OF _Barbour_

### *AFFIDAVIT*

BEFORE ME, _Carolyn R. Abercrombie_, a notary public in and for said County and State, personally appeared _Barrett Green AIS # 245124_, and being duly sworn, deposed and says on oath the following:

I submitted another sick call slip on 11·23·06 Stating stomach pains and requesting check for ulcers again. No action taken on 11·26·06 to determine cause of pain. I immediately sent action off to the court as my grievances and requests went un-noticed. And this was my only form of releif.

Further affiant sayith not.

_Barrett Green_
Signature of Affiant

Subscribed and sworn to before me this

_7th_ day of _March_, 20_07_.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Barnett Brown_     Date of Request: _11-23-06_

ID # _245124_     Date of Birth: _10-02-72_ Location: _7A27._

Nature of problem or request: _I'm still having stomach pains_
_if you will just run the test to check for ulcers_
_I can get better. I can't eat starches. I'm feeling_
_bad. This is not the first try I've made at treatment,_
_y'all are slacking. I've been sick_     _Barnett Brown_
_from these for a few months here._     Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _11/26/06_

Time: _7:54_ AM (PM)

Allergies: _NKDA_

| RECEIVED |
| Date: 11/26/06 |
| Time: 7:54P |
| Receiving Nurse Intials _BB_ |

**(S)ubjective:** _See Next Told_

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECOR
NOT TO BE PHOTO COPIED

**(P)lan:** _Return to HCU on 11/28/06 @ 730 Am_
_for MD appt_

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_B Brannon LPN_

SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE

PHS

Nursing Evaluation Tool:                                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Green                    Barrett
                                        First
Inmate Number: 245124

Date of Birth: 10  02  1972
                MM   DD   YYYY

Date of Report: 11  26  2006            Time Seen: 7:15  AM /PM Circle One
                 MM  DD  YYYY

**Subjective:** Chief Complaint(s): "I've been having Abd pain et blood
Onset: In my stool." - onset three week

Brief History: 9-11-06 - last episode of Abd pain et
(Continue on back if necessary) Hene in stool

**Objective:** Vital Signs: (As Indicated) T: 98² P: 62 RR: 18 B/P: 130, 84  97% 02 Sa  ☐ Check Here if additional notes on back

Examination Findings: ④ BS x 4, Nontender to touch, Non-
(Continue on back if necessary) distended States - has a BM q 3 days
5/10 on pain scale.

**Assessment:** (Referral Status)    Preliminary Determination(s): Alt in Comfort  ☐ Check Here if additional notes on back
  ☐ Referral NOT REQUIRED
  ☑ Referral REQUIRED due to the following: (Check all that apply)
      ☑ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☑ Other: ↑ PO intake et exercise
      (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List): Percogesic ii PO now

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Pleasant      Date for referral: 11 28 2006
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____  Time ____

X B.Brannon LPN      Name: B.Brannon LPN
  Nurses Signature            Printed

See pages 11 & 12
of download for gov,
mention and copyright
release.

STATE OF ALABAMA
COUNTY OF _Barbour_____

### AFFIDAVIT

BEFORE ME, _Carolyn R. Abercrombie_____, a notary public in and for
said County and State, personally appeared _Barrett Green AIS#245824_____,
and being duly sworn, deposed and says on oath the following:

My mother downloaded one 12 page report on various information of ulcers. The website appears to be nationally recognized by the gov. On page 4 there is a list of Emergency Symptoms. Preceded on page 3 by list of normal symptoms. And how relieved.

Further affiant sayith not.

_Barrett Green_____
Signature of Affiant

Subscribed and sworn to before me this

_7th_ day of _March_____, 20_07_.

_Carolyn R. Abercrombie_____
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date

STATE OF ALABAMA
COUNTY OF _Barbour_

### *AFFIDAVIT*

BEFORE ME, _Carolyn R. Abercrombie_, a notary public in and for
said County and State, personally appeared _Barrett Green AIS#245124_,
and being duly sworn, deposed and says on oath the following:

I went from weighing 225 to 202 as a
result of pain due to ulcers. I couldn't eat.
I nibbled on various items and discovered
what I could eat. Without causing pains,
and ate very little. I brought it to doctors
attention. 202 was on 7.17.06. sick call.
This is pain and suffering. Mental Anguish
also.

Further affiant sayith not.

_Barrett Green_
Signature of Affiant

Subscribed and sworn to before me this

_7th_ day of _March_, 20_07_.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date

18

# PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 5-11-06    Time: _____    Facility: Ventress

Check all applicable CIC's being evaluated: ✓ Card/HTN __DM__GI__ID__PUL__SZ __TB

SUBJECTIVE:

∅ HTA

OBJECTIVE: BP 120 80  HR 56  RR 18  Temp 97  WL 235  Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Lung CTA
CV-NPR
ExTR &ee

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:                                    Cont. Inderal

F/U:  Routine 90 days: _____ Other _6mo_    Problem List Updated: (Yes)    No

_____
Physician/NP/PA

Green, Barrett          245124
NAME                    AIS#

male      white         10-2-72
GENDER    RACE          DOB

19

STATE OF ALABAMA
COUNTY OF Barbour

### AFFIDAVIT

BEFORE ME, Carolyn R. Abercrombie, a notary public in and for said County and State, personally appeared Barrett Green AIS#245124, and being duly sworn, deposed and says on oath the following:

I filed 4 sick calls stating stomach pains, bloody stool, prior diagnosis of H-pylori. Which is the bacteria that causes ulcers. They are in my records known as Defendants Exhibits A. I also filed request slips and grievances that were not responded to. So defendants claim of not exhausting relief is not true if even relevant. Leaving this action as my only form of relief.

Further affiant sayith not.

_Barrett Green_
Signature of Affiant

Subscribed and sworn to before me this

7th day of March, 2007.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires August 18, 2007
Comm. Exp. Date

H. pylori and Peptic Ulcer
Page 1 of 12
Case 2:06-cv-01052-MEF-TFM    Document 11-2    Filed 03/19/2007    Page 21 of 32



**National Digestive Diseases Information Clearinghouse (NDDIC)**

Digestive Diseases Home

A service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), I

Digestive Diseases | Statistics | Clinical Trials

Celiac Disease Awareness Campaign | Resources | Order | About Us

Home : Digestive Diseases A-Z List of Topics and Titles : *H. pylori* and Peptic Ulcer

**Search**

**A to Z** list of Digestive Diseases TOPICS and TITLES

Easy-to-Read Publications

Spanish-language Publications

Email to a friend ✉

Print this page

Spanish Version

Also see:
What I need to know about Peptic Ulcers

# H. pylori and Peptic Ulcer

## On this page:

- What is a peptic ulcer?
- What is *H. pylori*?
- How does *H. pylori* cause a peptic ulcer?
- What are the symptoms of an ulcer?
- How is an *H. pylori*-related ulcer diagnosed?
- How are *H. pylori* peptic ulcers treated?
- Drugs Used to Treat *H. pylori* Peptic Ulcers
- Can *H. pylori* infection be prevented?
- Why don't all doctors automatically check for *H. pylori*?
- Points to Remember

## What is a peptic ulcer?

A peptic ulcer is a sore on the lining of the stomach or duodenum, which is the beginning of the small intestine. Peptic ulcers are common: One in 10



**The Digestive System**

Esophagus

Americans develops
an ulcer at some time in his or her life. One
cause of peptic ulcer is bacterial infection, but
some ulcers are caused by long-term use of
nonsteroidal anti-inflammatory agents
(NSAIDs), like aspirin and ibuprofen. In a few
cases, cancerous tumors in the stomach or
pancreas can cause ulcers. Peptic ulcers are
not caused by stress or eating spicy food, but
these can make ulcers worse.

[Top]

## What is *H. pylori?*

*Helicobacter pylori* (*H. pylori*) is a type of
bacteria. Researchers believe that *H. pylori* is
responsible for the majority of peptic ulcers.

*H. pylori* infection is common in the United
States: About 20 percent of people under 40
years old and half of those over 60 years
have it. Most infected people, however, do
not develop ulcers. Why *H. pylori* does not
cause ulcers in every infected person is not
known. Most likely, infection depends on
characteristics of the infected person, the
type of *H. pylori*, and other factors yet to be
discovered.

Researchers are not certain how people
contract *H. pylori*, but they think it may be
through food or water.

Researchers have found *H. pylori* in the
saliva of some infected people, so the
bacteria may also spread through mouth-to-
mouth contact such as kissing.

[Top]

## How does *H. pylori* cause a peptic ulcer?

*H. pylori* weakens the protective mucous coating of the stomach and duodenum, which allows acid to get through to the sensitive lining beneath. Both the acid and the bacteria irritate the lining and cause a sore, or ulcer.

*H. pylori* is able to survive in stomach acid because it secretes enzymes that neutralize the acid. This mechanism allows *H. pylori* to make its way to the "safe" area—the protective mucous lining. Once there, the bacterium's spiral shape helps it burrow through the lining.

[Top]

## What are the symptoms of an ulcer?

Abdominal discomfort is the most common symptom. This discomfort usually

- is a dull, gnawing ache

- comes and goes for several days or weeks

- occurs 2 to 3 hours after a meal

- occurs in the middle of the night (when the stomach is empty)

- is relieved by eating

H. pylori and Peptic Ulcer
Page 4 of 12
Case 2:06-cv-01052-MEF-TFM    Document 11-2    Filed 03/19/2007    Page 24 of 32

- is relieved by antacid medications

Other symptoms include

- weight loss

- poor appetite

- bloating

- burping

- nausea

- vomiting

Some people experience only very mild symptoms, or none at all.

---

## Emergency Symptoms

If you have any of these symptoms, call your doctor right away:

- sharp, sudden, persistent stomach pain

- bloody or black stools

- bloody vomit or vomit that looks like coffee grounds

They could be signs of a serious problem, such as

- perforation—when the ulcer burrows through the stomach or duodenal wall

- bleeding—when acid or the ulcer

---

Case 2:06-cv-01052-MEF-TFM     Document 11-2     Filed 03/19/2007     Page 25 of 32

> breaks a blood vessel
>
> - obstruction—when the ulcer blocks the path of food trying to leave the stomach

[Top]

## How is an *H. pylori*-related ulcer diagnosed?

### Diagnosing an Ulcer

To see whether symptoms are caused by an ulcer, the doctor may do an upper gastrointestinal (GI) series or an endoscopy. An upper GI series is an x ray of the esophagus, stomach, and duodenum. The patient drinks a chalky liquid called barium to make these organs and any ulcers show up more clearly on the x ray.

An endoscopy is an exam that uses an endoscope, a thin, lighted tube with a tiny camera on the end. The patient is lightly sedated, and the doctor carefully eases the endoscope into the mouth and down the throat to the stomach and duodenum. This allows the doctor to see the lining of the esophagus, stomach, and duodenum. The doctor can use the endoscope to take photos of ulcers or remove a tiny piece of tissue to view under a microscope. This procedure is called a biopsy. If an ulcer is bleeding, the doctor can use the endoscope to inject drugs that promote clotting or to guide a heat probe that cauterizes the ulcer.

### Diagnosing *H. pylori*

If an ulcer is found, the doctor will test the patient for *H. pylori*. This test is important because treatment for an ulcer caused by *H. pylori* is different from that for an ulcer caused by NSAIDs.



*H. pylori* bacteria

*H. pylori* is diagnosed through blood, breath, stool, and tissue tests. Blood tests are most common. They detect antibodies to *H. pylori* bacteria. Blood is taken at the doctor's office through a finger stick.

Urea breath tests are an effective diagnostic method for *H. pylori*. They are also used after treatment to see whether it worked. In the doctor's office, the patient drinks a urea solution that contains a special carbon atom. If *H. pylori* is present, it breaks down the urea, releasing the carbon. The blood carries the carbon to the lungs, where the patient exhales it. The breath test is 96 percent to 98 percent accurate.

Stool tests may be used to detect *H. pylori* infection in the patient's fecal matter. Studies have shown that this test, called the *Helicobacter pylori* stool antigen (HpSA) test, is accurate for diagnosing *H. pylori*.

Tissue tests are usually done using the biopsy sample that is removed with the endoscope. There are three types:

Case 2:06-cv-01052-MEF-TFM    Document 11-2    Filed 03/19/2007    Page 27 of 32

- The rapid urease test detects the enzyme urease, which is produced by *H. pylori*.

- A histology test allows the doctor to find and examine the actual bacteria.

- A culture test involves allowing *H. pylori* to grow in the tissue sample.

In diagnosing *H. pylori*, blood, breath, and stool tests are often done before tissue tests because they are less invasive. However, blood tests are not used to detect *H. pylori* following treatment because a patient's blood can show positive results even after *H. pylori* has been eliminated.

[Top]

## How are *H. pylori* peptic ulcers treated?

*H. pylori* peptic ulcers are treated with drugs that kill the bacteria, reduce stomach acid, and protect the stomach lining. Antibiotics are used to kill the bacteria. Two types of acid-suppressing drugs might be used: $H_2$ blockers and proton pump inhibitors.

**Drugs Used to Treat *H. pylori* Peptic Ulcers**

**Antibiotics:** metronidazole, tetracycline, clarithromycin, amoxicillin

**$H_2$ blockers:** cimetidine, ranitidine, famotidine, nizatidine

**Proton pump**

H. pylori and Peptic Ulcer
Page 8 of 12
Case 2:06-cv-01052-MEF-TFM    Document 11-2    Filed 03/19/2007    Page 28 of 32

H₂ blockers work by blocking histamine, which stimulates acid secretion. They help reduce ulcer pain after a few weeks. Proton pump inhibitors suppress acid

**inhibitors:** omeprazole, lansoprazole, rabeprazole, esomeprazole, pantoprozole

**Stomach-lining protector:** bismuth subsalicylate

production by halting the mechanism that pumps the acid into the stomach. H₂ blockers and proton pump inhibitors have been prescribed alone for years as treatments for ulcers. But used alone, these drugs do not eradicate *H. pylori* and therefore do not cure *H. pylori*-related ulcers. Bismuth subsalicylate, a component of Pepto-Bismol, is used to protect the stomach lining from acid. It also kills *H. pylori*.

Treatment usually involves a combination of antibiotics, acid suppressors, and stomach protectors. Antibiotic regimens recommended for patients may differ across regions of the world because different areas have begun to show resistance to particular antibiotics.

The use of only one medication to treat *H. pylori* is not recommended. At this time, the most proven effective treatment is a 2-week course of treatment called triple therapy. It involves taking two antibiotics to kill the bacteria and either an acid suppressor or stomach-lining shield. Two-week triple therapy reduces ulcer symptoms, kills the bacteria, and prevents ulcer recurrence in more than 90 percent of patients.

Unfortunately, patients may find triple therapy complicated because it involves taking as many as 20 pills a day. Also, the antibiotics used in triple therapy may cause mild side effects such as nausea, vomiting, diarrhea, dark stools, metallic taste in the mouth, dizziness, headache, and yeast infections in women. (Most side effects can be treated with medication withdrawal.) Nevertheless, recent studies show that 2 weeks of triple therapy is ideal.

Early results of studies in other countries suggest that 1 week of triple therapy may be as effective as the 2-week therapy, with fewer side effects.

Another option is 2 weeks of dual therapy. Dual therapy involves two drugs: an antibiotic and an acid suppressor. It is not as effective as triple therapy.

Two weeks of quadruple therapy, which uses two antibiotics, an acid suppressor, and a stomach-lining shield, looks promising in research studies. It is also called bismuth triple therapy.

[Top]

## Can *H. pylori* infection be prevented?

No one knows for sure how *H. pylori* spreads, so prevention is difficult. Researchers are trying to develop a vaccine to prevent infection.

[Top]

Case 2:06-cv-01052-MEF-TFM    Document 11-2    Filed 03/19/2007    Page 30 of 32

# Why don't all doctors automatically check for *H. pylori*?

Changing medical belief and practice takes time. For nearly 100 years, scientists and doctors thought that ulcers were caused by stress, spicy food, and alcohol. Treatment involved bed rest and a bland diet. Later, researchers added stomach acid to the list of causes and began treating ulcers with antacids.

Since *H. pylori* was discovered in 1982, studies conducted around the world have shown that using antibiotics to destroy *H. pylori* cures peptic ulcers. The prevalence of *H. pylori* ulcers is changing. The infection is becoming less common in people born in developed countries. The medical community, however, continues to debate *H. pylori's* role in peptic ulcers. If you have a peptic ulcer and have not been tested for *H. pylori* infection, talk to your doctor.

## Points to Remember

- A peptic ulcer is a sore in the lining of the stomach or duodenum.

- The majority of peptic ulcers are caused by the *H. pylori* bacterium. Many of the other cases are caused by NSAIDs. None are caused by spicy food or stress.

- *H. pylori* can be transmitted from person to person through close contact and exposure to vomit.

H. pylori and Peptic Ulcer
Page 11 of 12
Case 2:06-cv-01052-MEF-TFM    Document 11-2    Filed 03/19/2007    Page 31 of 32

- Always wash your hands after using the bathroom and before eating.

- A combination of antibiotics and other drugs is the most effective treatment for *H. pylori* peptic ulcers.

[Top]

The U.S. Government does not endorse or favor any specific commercial product or company. Trade, proprietary, or company names appearing in this document are used only because they are considered necessary in the context of the information provided. If a product is not mentioned, this does not mean or imply that the product is unsatisfactory.

---

## National Digestive Diseases Information Clearinghouse

2 Information Way
Bethesda, MD 20892–3570
Email: nddic@info.niddk.nih.gov

The National Digestive Diseases Information Clearinghouse (NDDIC) is a service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK). The NIDDK is part of the National Institutes of Health of the U.S. Department of Health and Human Services. Established in 1980, the Clearinghouse provides information about digestive diseases to people with digestive disorders and to their families, health care professionals, and the public. The NDDIC answers inquiries, develops and distributes

publications, and works closely with professional and patient organizations and Government agencies to coordinate resources about digestive diseases.

Publications produced by the Clearinghouse are carefully reviewed by both NIDDK scientists and outside experts.

This publication is not copyrighted. The Clearinghouse encourages users of this publication to duplicate and distribute as many copies as desired.

---

NIH Publication No. 05–4225
October 2004

[Top]

---

Digestive Diseases Home | Digestive Diseases A to Z | Statistics | Clinical Trials | Additional Resources | Order Publications | About Us |

Contact Us | NIDDK Health Information

**The NDDIC is a service of the** National Institute of Diabetes and Digestive and Kidney Diseases, National Institutes of Health.

National Digestive Diseases Information
Clearinghouse
2 Information Way
Bethesda, MD 20892–3570
Phone: 1–800–891–5389
Fax: 703–738–4929
Email: nddic@info.niddk.nih.gov



Privacy | Disclaimer | Accessibility