```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000604
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------
PLRA CIVIL FILING FEE
  For: BARRETT GREEN
  Case/Party: D-ALM-2-06-CV-001052-001
  Amount:        $8.96
------------------------------
CHECK
  Check/Money Order Num: 2927
  Amt Tendered:  $8.96
------------------------------
Total Due:      $8.96
Total Tendered: $8.96
Change Amt:     $0.00
```