```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001056
Cashier ID: brobinso
Transaction Date: 11/05/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: BARRETT GREEN
 Case/Party: D-ALM-2-06-CV-001052-001
 Amount:          $4.00
------------------------------------
CHECK
 Check/Money Order Num: 3006
 Amt Tendered:    $4.00
------------------------------------
Total Due:       $4.00
Total Tendered:  $4.00
Change Amt:      $0.00
```