IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

PLAINTIFF  
BARRETT GREEN  
VS.  
DEFENDANT  
PRISON HEALTH SERVICES  

#2:06-cv-01052-MEF-TFM  
MAY 14TH 2008

RECEIVED  
2008 MAY 16 A 9:22  
...RA P. HACKETT, C..  
U.S. DISTRICT COURT  
MIDDLE DISTRICT ALA

Comes now the plaintiff in this action Barrett Green by and through attorney pro se and humbly asks this court to forgive said oversight of failure to provide current address; as no correspondence was actually forwarded to me, and predominately due to the nature of severe neglect on the part of PHS in failing to provide treatment for my ulcer. And keep this action alive.

CERTICATE OF SERVICE

I Barrett Green, do certify that a copy of the preceding motion has been served to the following parties on this the 14th day May by the U.S.Mail.

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF ALABAMA  
OFFICE OF THE CLERK  
MONTGOMERY, ALABAMA 36101-0711

Paul McGee James, Jr.  
　Rushton Stakely Johnston &GarrettPC  
PO Box 270  
Montgomery, AL 36101-0270  
334-206-3148  
FAX:481-0817  
Email:pmj@rsjg.com  
Lead att. To be noticed

　　　　　　　　　　　　　　　　Barrett Green attorney pro se  
　　　　　　　　　　　　　　　　3144 AL HWY 125  
　　　　　　　　　　　　　　　　Brundidge AL. 36010  
　　　　　　　　　　　　　　　　Email:beargreen@centurytel.net

Barrett Green
3286. AL. HWY 125
Brundidge, AL. 36010



United States District Court
Middle District of Alabama
Office of the Clerk
Montgomery, AL. 36101-0711

36101/0711