IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARRETT GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1052-MEF |
| | ) | |
| PRISON HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This cause is before the Court on Plaintiff's Motion for Reconsideration (Doc. # 20), filed May 16, 2008.  Plaintiff asks this Court to reconsider its Order dated April 23, 2008 (Doc. # 18), which adopted the Report and Recommendation of Magistrate Judge Terry F. Moorer (Doc. # 17), dated April 1, 2008, that Plaintiff's case be dismissed without prejudice for failure to prosecute.  Plaintiff argues that he failed to prosecute his claims because his address changed due to his release from prison, and he did not receive any correspondence from this Court because it was not forwarded to his new address.  However, Plaintiff was notified by an Order dated December 13, 2006 that "If Plaintiff moves to a different institution *or is released, he must immediately inform the court and the defendants of his new address*." (emphasis added).  Moreover, it is evident from the record that Plaintiff received the December 13, 2006 order because mail did not begin being returned as undeliverable until April 11, 2008, and Plaintiff filed a responsive pleading on March 19, 2007 (Doc. # 11).

For the reasons articulated above, it is hereby ORDERED that Plaintiff's Motion for

Reconsideration (Doc. # 20) is DENIED.

DONE this the 3rd day of June, 2008.

                                            /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE